Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Civil Division

Case: 1:25–cv–01718 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 5/30/2025
Description: Pro Se Gen. Civ. (F–DECK)

Joanne Taylor-Cotten

)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

**Plaintiff(s)**
_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

District of Columbia Government

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: _(check one)_ ☐ Yes ☐ No

**Defendant(s)**
_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joanne Taylor-Cotten |
| Street Address | 12405 Gable Lane |
| City and County | Fort Washington |
| State and Zip Code | Maryland 20744 |
| Telephone Number | 202 5506702 |
| E-mail Address | joannetaylorj@aol.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)._ Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name District of Columbia Government

Job or Title *(if known)*

Street Address 400 6th Street

City and County

State and Zip Code Washington DC 20001

Telephone Number Washington DC 20001

E-mail Address *(if known)* 202 727 3400

oag 2 dc. gov

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S.C $ 2501        41.45C . 7103 (9)

28 U.S.C . Section 2462

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* __Joanne Taylor-Cotton__, is a citizen of the State of *(name)* __Maryland__.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual __Mayor Murul Bowser__

        The defendant, *(name)* __District of Columbia Government__, is a citizen of the State of *(name)* __District of Columbia__. Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
1.5 million dollars

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ms. Taylor Cotten a certified professional School Counselor was reinstated due to an era in a RIFT with the District of Columbia . Employee lost five years of service. The employee has worked with the District of Columbia for sixteen years and was reinstated as a temporay Counselor. Employee is a member with the Washington Teachers Union filed a grievance. Washington Teachers Union wrote a letter to Labor relations concerning following the contract procedure and scheduling a hearning. Labor relations never scheduled the hearing and retalited against employee and lowed score . Employee wa termiterminated . The pandemic The statute of limiations was tolled. Employee filed again concerning breach and Courts affirmed only on the Statute of limitations . Under D.C code 12-301

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lose of wages one million dollars over eight years. Lost of pension 100,000, lost of health care, , the continuing wrong doctrine One million in  compensatory damages and 500,00 in punitive damages, Intentional infliction of emotional distress by her Principal DeSepe Devagas. Ms. Taylor-Cotten was terminated due to budget constraints. The Agency did not follow the Judges order Joseph Lim in Office of employee appeals to reinstate employee as a whole. The contract was identified and filed with the appendix. Attorney general stated it was not identified. This is not true. i filed several complainsts first contesting my reinstatement. The last complaint field was Breach of Contract with the Washington Teachers Union.

Ms. Taylor Cotten was not terminated due to poor performance . The evaluation was a score board a with several categories. IMPACT and was only a few points away from effective. I lost eight years including my pension , because District of Columbia did not follow Judge Joseph Lims OEA order 2014 order to reinstate me as a whole Counselor. The evidence is in the brief with a letter from Washington Teachers Union. The attorney general made me look like like a person who did not do duties when my performance was excellent helping students Counseling students. I not seeking my job back I am seeking breach of contract under seal with the Washington Teachers Union

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                  05/30/2025

Signature of Plaintiff

Printed Name of Plaintiff            Joanne Taylor -Cotten

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address