AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia    ▼

Joanne Taylor-Cotter

)
)
)
)
)
)
)

*Plaintiff(s)*

v.

District 7 Columbia
Government

)
)
)
)
)
)

*Defendant(s)*

)

Case: 1:25-cv-01718 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 5/30/2025
Description: Pro Se Gen. Civ. (F-DECK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mayor Muriel Bowser
1350 Pennsylvania Av NW #406
Washington DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

   ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

   ☐ I returned the summons unexecuted because _____ ; or

   ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                  _____
                                                     *Server's signature*

                                                  _____
                                                     *Printed name and title*

                                                  _____
                                                     *Server's address*

Additional information regarding attempted service, etc: