Exhibit II




# Washington Teachers' Union

## COLLECTIVE BARGAINING AGREEMENT

*BETWEEN*

THE WASHINGTON TEACHERS UNION
LOCAL #6
OF
THE AMERICAN FEDERATION OF TEACHERS

AND

THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS

OCTOBER 1, 2016 – SEPTEMBER 30, 2019

(2007 – 2012 CONTRACT CONTINUED IN EFFECT FROM
OCTOBER 1, 2012 THROUGH SEPTEMBER 30, 2016)

1239 Pennsylvania Avenue, S.E.    Washington, D.C. 20003   T: 202.517.1477    F: 202.517.0673    www.wtulocal6.org

**COLLECTIVE BARGAINING AGREEMENT**

BETWEEN

**THE WASHINGTON TEACHERS' UNION**

**LOCAL #6 OF THE AMERICAN FEDERATION OF TEACHERS**

AND

**THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OCTOBER 1, 2016 – SEPTEMBER 30, 2019

(2007-2012 CONTRACT CONTINUED IN EFFECT FROM OCTOBER 1, 2012

THROUGH SEPTEMBER 30, 2016)

**TABLE OF CONTENTS**

|  | Page No. |
|---|---|
| PREAMBLE | 4 |
| DEFINITIONS | 5 |
| ARTICLE 1 – RECOGNITION, OTHER ORGANIZATIONS AND DUES DEDUCTION | 8 |
| ARTICLE 2 – QUALITY EDUCATION | 12 |
| ARTICLE 3 – FAIR PRACTICES | 24 |
| ARTICLE 4 – TEACHER TRANSFER POLICY | 25 |
| ARTICLE 5 – PERSONNEL FILES | 33 |
| ARTICLE 6 – GRIEVANCE AND ARBITRATION | 35 |
| ARTICLE 7 – DISCIPLINE PROCEDURE | 40 |
| ARTICLE 8 – CHAPTER MEETINGS | 45 |
| ARTICLE 9 – CONSULTATION WITH SCHOOL CHAPTER ADVISORY COMMITTEE | 45 |
| ARTICLE 10 – INFORMATION AVAILABLE TO THE WTU | 46 |
| ARTICLE 11 –TRANSPARENCY AND DISCLOSURE OF INFORMATION | 46 |
| ARTICLE 12 – BULLETIN BOARDS | 48 |
| ARTICLE 13 – TEACHER PROMOTION POLICIES | 48 |
| ARTICLE 14 – DAMAGE OR LOSS OF PROPERTY | 49 |
| ARTICLE 15 – TEACHER EVALUATION | 49 |
| ARTICLE 16 – GENERAL PROVISIONS RELATING TO SCHOOL OPERATIONS | 50 |
| ARTICLE 17 – LEAVE POLICIES | 54 |
| ARTICLE 18 – BEHAVIOR MANAGEMENT AND STUDENT DISCIPLINE | 60 |
| ARTICLE 19 – REPORTING STUDENT PROGRESS | 63 |
| ARTICLE 20 – RELIEF FROM NON-TEACHING DUTIES | 65 |
| ARTICLE 21 – ADDITIONAL SCHOOL FACILITIES | 66 |
| ARTICLE 22 – STUDENT ACTIVITY FUND | 67 |
| ARTICLE 23 – POLICIES RELATING TO WORKING CONDITIONS OF TEACHERS | 68 |
| ARTICLE 24 – AUXILIARY AND ANCILLARY SERVICES | 83 |

ARTICLE 25 – SUPPLIES, EQUIPMENT, TEXTBOOKS,                     88
TECHNOLOGY, AND RELATED EDUCATIONAL MATERIALS

ARTICLE 26 – SUPERVISORY RELATIONSHIPS                           90

ARTICLE 27 – EXTRA DUTY PAY ACTIVITIES                           90

ARTICLE 28 – PERSONAL AFFAIRS DURING NON-DUTY HOURS              92

ARTICLE 29 – SUMMER AND PART-TIME SCHOOLS AND                    92
PROGRAMS

ARTICLE 30 – MEETINGS ON POLICY MATTERS                          93

ARTICLE 31 – COPY OF AGREEMENT                                   93

ARTICLE 32 – TAX-SHELTERED ANNUITY                               93

ARTICLE 33 – NO STRIKE CLAUSE                                    93

ARTICLE 34 – CONFORMITY TO LAW-SAVING CLAUSE                     94

ARTICLE 35 – MATTERS NOT COVERED                                 94

ARTICLE 36 – COMPENSATION                                        94

ARTICLE 37 – BENEFITS                                            99

ARTICLE 38 – PAYMENT POLICIES                                    100

ARTICLE 39 – REDUCTION-IN-FORCE, ABOLISHMENT AND                 101
FURLOUGH

ARTICLE 40 – SUFFICIENT FUNDS                                    102

ARTICLE 41 – AVERAGE TEACHER SALARY                              103

ARTICLE 42 – DURATION OF AGREEMENT                               103

## MEMORANDUMS OF AGREEMENT

ATHLETIC TRAINERS – Covering 2007-2012 Collective Bargaining Agreement   104

ATHLETIC TRAINERS – Covering 2016-2019 Collective Bargaining Agreement   106

DC:STAR – District Collaborative: Supporting Teaching                    108
and Academic Reform (DC:STAR)

## SALARY SCHEDULES

FY 2016 – 2017 ET 15 SALARY SCHEDULE                             113

FY 2017 – 2018 ET 15 SALARY SCHEDULE                             114

FY 2018 – 2019 ET 15 SALARY SCHEDULE                             115

FY 2017 – 2019 EG 09 SALARY SCHEDULE                             116

## PREAMBLE

Enhanced student achievement based upon high standards and expectations must be the driving force behind every activity of the Washington Teachers' Union (WTU) and the District of Columbia Public Schools (DCPS). To accomplish this, we must reinvent schools so that decision-making is shared by those closest to students, including parents, teachers, administrators, and other stakeholders. Layers of bureaucratic impediments must be peeled away so that transparency, flexibility, creativity, entrepreneurship, trust, and risk-taking become the new reality of our schools.

To this end, the WTU and DCPS mutually agree to use this Agreement as a powerful vehicle to achieve the overarching goal of increased student achievement for all children in the school system. Along with other partners, we will collaboratively redesign and improve our schools. We must challenge ourselves each day to improve student learning, based upon academic rigor, necessary supports, newfound flexibility, meaningful assessments, and true accountability. Roles and responsibilities of parents, staff, and other partners must be defined. The standards to which we hold our students must never be lower than those we hold for our own children. To accomplish this, we must focus on both the depth and breadth of each proposed instructional and operational change. And each change must be designed to support children and their teachers, whom we expect to meet rigorous standards.

Change must be service-oriented, supportive, and sufficiently flexible so that each school's educational vision can become a reality. It must be practical, efficient, and timely. Respect for each other and for every student must be unconditional if we are to accomplish what we must.

4

DEFINITIONS

AGREEMENT. This contract between the District of Columbia Public Schools (DCPS) and the Washington Teachers' Union (referred to herein as either the WTU or the Union).

BUILDING REPRESENTATIVE. An elected representative for the WTU, or a WTU designee in each School, who shall serve as chairperson of the School Chapter Advisory Committee.

CHANCELLOR. The chief executive officer of the District of Columbia Public Schools as designated pursuant to D.C. Code § 38-174.

COLLABORATION. For the purposes of this Agreement, collaboration means extensive and meaningful consultation.

COLLABORATIVE PLANNING. Teacher and Teacher planning, Teacher and principal planning, and Teacher and student planning.

DCPS. The District of Columbia Public Schools, an agency of the District of Columbia.

EXCESS. An excess is an elimination of a Teacher's position at a particular school due to a decline in student enrollment, a reduction in the local school budget, a closing or consolidation, a restructuring, or a change in the local school program, when such an elimination is not a 'reduction in force' (RIF) or 'abolishment.'

EVALUATION PROCESS. The evaluation process refers to the procedures set forth in the District of Columbia Schools Effectiveness Assessment System for School-Based Personnel.

FULL AND EQUAL PARTNERSHIP COMMITTEE (FEP). A joint committee established by the Chancellor of the District of Columbia Public Schools and the President of the Washington Teachers' WTU with responsibility for ensuring the full and successful implementation of this Agreement.

FULL RETIREMENT BENEFITS. Those benefits that retiring Teachers would be entitled to with 30 years of service and at least 55 years of age, as defined by the District of Columbia Retirement Board (DCRB) (except where provided for under 4.5, Performance-Based Excessing)

GOVERNING LICENSURE BOARD. An organization or agency responsible for granting a license or license requirement for students of vocational study.

JOINT COMMITTEE. A committee consisting of an equal number of representatives from DCPS and the WTU to be co-chaired by the Chancellor (or her/his designee) and the WTU President (or her/his designee).

LOCAL SCHOOL RESTRUCTURING TEAM (LSRT). A consensus group of local school stakeholders (e.g., administrators, Teachers, WTU representatives, students, parents/guardians, community members, etc.), who are elected or appointed to advise the Supervisor on matters of

5

local school policy, and which shall operate under the guidelines established in the Planning Guide for LSRTs (to be developed jointly by DCPS and the WTU).

MENTOR TEACHERS. Teachers who have been released from the classroom on a full-time basis to mentor new Teachers to DCPS.

PARTIES. The District of Columbia Public Schools (DCPS) and the Washington Teachers' WTU (WTU).

SCHOOL. Any work location to which a Teacher is assigned; a group of two (2) or more work locations where students are taught under the direction of a single Supervisor (e.g., a cluster); a group of Teachers of a single discipline who function at multiple locations under the direction of a single Supervisor (e.g., individual service provider groups, athletic trainers); and a group of Teachers of varied disciplines who function at multiple locations under the direction of a single Supervisor (e.g., mentor teachers, visiting instruction service teachers).

SCHOOL CHAPTER: The group of full dues paying members of the WTU who serve at a particular School.

SCHOOL CHAPTER ADVISORY COMMITTEE (SCAC). A committee consisting of not more than seven (7) full dues paying members of the Washington Teachers' Union in each School that shall advise the Supervisor on all matters related to the implementation of this Agreement.

SCHOOL DAYS. Days on which Teachers are contractually obligated to report to work.

SCHOOL PERSONNEL COMMITTEE. Each School will have a School Personnel Committee that will interview and recommend all candidates for any vacant positions at the school. The Personnel Committee will include: the administrator or his/her designee; the WTU Building Representative or his/her designee; the department head or grade level chairperson (or his/her designee) from the department or grade level affected by the vacancy, or a member of the appropriate non-Teacher employee group (e.g., custodians, paraprofessionals); at least one additional Teacher, but not more than four (4), elected by the WTU chapter at the school; and a parent of a current student mutually selected by both the WTU Building Representative and the Supervisor.

SENIORITY. There are two forms of seniority: system-wide seniority and building seniority.

A.   System-wide seniority is based upon continual length of service as a Teacher in the District of Columbia Public School System. Periods of service divided by a break shall not be added together to determine system-wide seniority.

B.   Building seniority is based upon the length of uninterrupted service in a particular school or school administrative unit in a particular area of certification.

1.   A resident special subject Teacher, who is reassigned as an itinerant special subject Teacher, if subsequently reassigned as a resident special subject Teacher, will carry

6

over the building seniority accumulated in the resident assignment immediately preceding the itinerant assignment.

2. A Teacher who remains in a building and is appointed by the DCPS Office of Human Resources to a position in another area of certification shall have his/her building seniority in that area of certification counted from the date of appointment to the new position.

3. A Teacher who is appointed by the Office of Human Resources to a position outside of the WTU and receives pay for it shall lose his/her building seniority as of the effective date of appointment.

SPECIAL SUBJECT TEACHERS. A Teacher of a special subject (e.g., physical education, science, mathematics, foreign language, speech, reading, music, art, and language arts) who is assigned to give specialized instruction to students on a resident or itinerant basis.

STUDENT ACHIEVEMENT. Measures of student achievement may include but shall not be limited to test scores in core academic subjects. Other measures of student achievement may include portfolios, performance-based assessments, and classroom or school-created assessments.

SUPERVISOR. The administrative head of a School.

TEACHER. A member of the Washington Teachers' Union bargaining unit. This term shall apply to dues-paying members of the bargaining unit as well as "agency fee" members as defined in Article I of this Agreement.

WTU. The Washington Teachers' WTU, Local #6, American Federation of Teachers, AFL-CIO.

Note: Whenever the singular is used in this Agreement, it shall be deemed to include the plural, as appropriate. Whenever a masculine or feminine pronoun is used in this Agreement, it shall be deemed to refer to both the male and female gender.

7

ARTICLE 1 - RECOGNITION, OTHER ORGANIZATIONS, AND DUES DEDUCTION

1.1     Recognition

DCPS recognizes the WTU as the sole and exclusive bargaining representative for the purpose of negotiating all matters related to rates of pay, wages, benefits, hours of employment, and working conditions for employees in the occupational bargaining units and job classifications defined in this article, and collectively referred to in this Agreement as "Teachers."

1.2     ET Teachers' Bargaining Unit

1.2.1   All full-time employees and regular part-time employees who work at least one half-time in the job classifications listed below:

| POSITION TITLE | PAY PLAN/GRADE |
|---|---|
| Attendance Officer | ET 15 |
| Athletic Trainer | ET 15 |
| Audio Visual Coordinator | ET 15 |
| Counselor (elementary school) | ET 15 |
| Counselor (secondary school) | ET 15 & ET15/11 |
| Curriculum Development Specialist | ET 15 |
| Hearing Therapist | ET 15 |
| Instructional Coach | ET 15 |
| Job Coordinator | ET 15 |
| Librarian (elementary school) | ET 15 |
| Librarian (secondary school) | ET 15 |
| Literacy Professional Developer | ET 15 |
| Numeracy Professional Developer | ET 15 |
| Placement Counselor | ET 15 |
| Psychiatric Social Worker | ET 15 |
| Reading Specialist | ET 15 |
| School Psychologist | ET 15 |
| School Social Worker | ET 15 |
| Speech and Language Pathologist | ET 15 |
| Teacher (elementary school) | ET 15 |
| Teacher (secondary school) | ET 15 |
| Teacher (special education) | ET15 |
| Junior ROTC Instructor (holding BA) | ET 15 |
| Mentor Teacher | ET 15/12 |
| Incarcerated Youth Services (IYP and YSC) | ET 15/12 |

1.3     ET 15/12 and ET 15/11 Teachers' Bargaining Unit

1.3.1   ET 15/12 employees are those who work twelve months per year and are entitled to the same working conditions as all ET 15 bargaining unit members, except as

8

specifically defined within this Agreement, and are paid on a special ET15/12 salary schedule.

1.3.2    ET 15/11 employees are those who work eleven months per year and are entitled to the same working conditions as all ET 15 bargaining unit members, except as specifically defined within this Agreement, and are paid on a special ET15/11 salary schedule.

1.4    EG Teachers' Bargaining Unit

1.4.1    All full-time employees who work a forty (40) hour week and fifty-two (52) weeks a year in a probationary or permanent status, who are rendering educational services and receive compensation pursuant to the "EG" salary schedule, excluding supervisors, management personnel, confidential employees, employees engaged in personnel work other than in purely clerical capacities, employees in the ET bargaining unit, any other personnel currently represented by a labor organization and employees engaged in administering the provisions of Title 1, Section 618 of the D.C. Code, in the job classifications listed below. The WTU and DCPS agree to collaborate on the conversion of EG classification bargaining unit members to ET classification immediately following the effective date of implementation of this Agreement. Only in situations where such conversions can be made without negative impact or harm to the affected Teacher, DCPS and the WTU agree to make the conversions.

1.4.2    POSITION TITLE                                      PAY PLAN/GRADE

| Counselor | EG 09 |
| Education Technician | EG 09 |
| Guidance Counselor | EG 09 |
| Instructor | EG 09 |
| Teacher (adult education) | EG 09 |
| Teacher (bilingual education) | EG 09 |
| Teacher (secondary education) | EG 09 |
| Teacher (vocational education) | EG 09 |
| Teacher Coordinator | EG 09 |
| Training Instructor | EG 09 |
| Training Specialist | EG 09 |
| Vocational Rehabilitation Specialist | EG 09 |
| Junior ROTC instructors (without Bachelor's) | EG 09 |

1.4.3    When any such personnel are serving in any capacity other than in the EG 09 job classifications above, the WTU will not represent them in that capacity unless such job classification has a community of interest with the WTU bargaining unit.

9

1.5      New Titles or Categories of Employees

    1.5.1      During the term of this Agreement, should DCPS create a new title, classification or category of employees having a community of interest with employees in the WTU bargaining unit described herein, employees in such new title or category shall be included within the WTU bargaining unit, and upon request of the WTU the parties shall negotiate the terms and conditions of employment for such new title or category of employees. Nothing contained herein shall be construed as requiring renegotiation of the terms and conditions of employment applicable to employees in the existing WTU bargaining unit as a result of the Chancellor's reclassification of the title or category of employees in the unit.  If the WTU and DCPS disagree as to whether a new title, classification, or category of employees has a community of interest with employees in the WTU bargaining unit, the parties shall request a unit clarification from the Public Employees Relations Board.

    1.5.2      DCPS shall not, during the life of this Agreement, change the duties and/or responsibilities of an existing job classification without first bargaining to agreement with the WTU.

    1.5.3      Within 10 school days after DCPS decides to implement new titles or classifications of employees within the community of interest, or substantially change the titles or classifications of employees within the community of interest, and at least 30 school days prior to any DCPS action to implement the decision, the Chancellor shall notify the WTU President in writing regarding such changes.

1.6      WTU Dues

    1.6.1      Upon receipt of a lawfully executed written authorization from employees covered by this Agreement, DCPS agrees to process such forms to the District of Columbia Government for the deduction of the regular WTU dues of such employees from their bi-weekly pay. Arrangements for dues deduction and the revocation of such dues deduction shall be made in accordance with the procedures of the Office of Financial Management Pay and Retirement, District of Columbia Government. The WTU shall be the only teacher organization eligible to use payroll deduction for membership dues.

    1.6.2      Teachers have the right to join any teacher organization, but membership in a teacher organization shall not be required as a condition of employment.

    1.6.3      In recognition that the WTU feels that employees who benefit by the Agreement should share in the costs, employees who do not pay WTU dues shall be required to remit to the WTU through payroll deduction an amount equivalent to eighty-five percent (85%) of the amount of WTU dues effective the first pay period beginning on or after the effective date as provided in the Article titled

10

"Duration of Agreement." Such deductions shall be made only as long as the WTU shall demonstrate on a semi-annual basis that at least sixty-five percent (65%) of the employees in the unit are having full membership dues remitted to the WTU as evidenced by payroll deduction or copies of checks submitted for payment of WTU dues by unit Teachers. The WTU shall indemnify and hold DCPS harmless against any and all claims, demands and other forms of liability, which may arise from the operation of this provision. In any case in which judgment is entered against DCPS as a result of dues deduction or other fees, the amount found to be improperly deducted from an employee's pay, and actually transferred to the WTU by DCPS, shall be returned to DCPS or conveyed by the WTU to the employee(s) as appropriate.

1.7     WTU Activities

1.7.1     It is expected that the investigation of grievances and other appropriate activities related to the administration of this Agreement shall be conducted outside of normal school hours or during unassigned teaching periods (periods when Teachers are not assigned students).

1.7.2     When necessary, the Supervisor shall provide appropriate time during normal school hours for the Building Representative to investigate grievances and to engage in other appropriate activities.

1.7.3     Whenever Teachers are mutually scheduled by the Parties to participate, during working hours, in conferences or meetings at the central or administrative offices, they shall suffer no loss of pay.

1.7.4     WTU officials shall have the right to investigate grievances and engage in other appropriate activities throughout the school system at times that do not interfere with the instructional program. The Supervisor shall afford full cooperation in such investigations and activities.

1.7.5     WTU officials, upon arrival at a School, shall inform the Supervisor or her/his designee of their presence and shall abide by the School's regular security procedures.

1.7.6     DCPS agrees to release, during normal school hours, a reasonable number of Teachers, upon request of the WTU President, for the purpose of serving on mutually agreed upon committees and participating in mutually agreed upon activities.

1.7.7     Whenever Teachers are mutually scheduled by the parties to participate during working hours in conferences or meetings or in negotiations respecting the collective bargaining agreement, they shall suffer no loss in pay. To plan for, study and to participate in mutually established committees relating to the collective bargaining agreement and educational reform as proposed by DCPS, DCPS agrees to release during the year and during working hours a reasonable number of Teachers upon request of the WTU President. The President shall

11

submit to the Chancellor for approval the names of WTU Teachers proposed for release in accordance with a predetermined schedule at least three (3) days prior to any meeting.

1.8     Local School Restructuring Team (LSRT)

1.8.1     All schools shall establish a Local School Restructuring Team (LSRT) and the Team shall operate under guidelines established in the Planning Guide for LSRTs to be mutually developed by DCPS and the WTU. The School Chapter Advisory Council shall receive all recommendations or matters generated by the LSRT.

1.8.2     Decisions reached by the LSRT shall not change or supersede any contractual agreement, city regulations, or DCPS policies or procedures.

1.8.3     The LSRT and the principal shall collaborate to determine the composition of the School Improvement Team (SIT).

ARTICLE 2 - QUALITY EDUCATION

2.1     Full and Equal Partnership

2.1.1     With this contract, the WTU and DCPS are committed to establishing a partnership, which we define as shared commitment, responsibility, and accountability for student achievement. This partnership requires open communication, trust, respect, collaboration, shared decision making, and compliance with all agreements. It requires full participation on all issues concerning education of DCPS students.

2.1.2     To that end, we establish the Full and Equal Partnership Committee (FEP). It will consist of the Chancellor and the President of the WTU, and as many designees (an equal number from DCPS and the WTU) as they deem appropriate. All other joint committees described herein, with the exception of the committees working on Pilot schools and the Career Ladder, will work under the auspices of the FEP.

2.1.3     The FEP is primarily responsible for ensuring the full implementation of this collective bargaining agreement. It will also work to build collaborative relationships among stakeholders (Teachers, administrators, parents, students and others) in order to create a healthy climate for improved learning.

2.1.4     DCPS and the WTU agree that all students are entitled to a high quality education. To this end, the parties agree that all educational programs offered by DCPS and taught by Teachers must align with the Office of the State Superintendent of Education's academic standards, provide equitable opportunity, have the appropriate resources, and be comprehensive and rigorous.

12

2.1.5    The Parties agree that high-quality professional development is essential to the goal of ensuring that every DCPS student receives an excellent education.

2.2    Professional Development and Curriculum

2.2.1    Professional development is a critical component in supporting high quality teaching and learning. Creating a coherent system of professional supports for improving professional skills and competencies to increase student learning, including high-functioning Teacher Centers described in this Article of the Agreement, will help organize school personnel into learning communities whose goals are aligned with those of the school and district. This will require a continuum of professional development for all teachers resulting in:

2.2.1.1    A clear statement of job performance expectations;

2.2.1.2    A clear statement of support to be given to teachers;

2.2.1.3    A shared vision and philosophy of the school system;

2.2.1.4    The provision of instructional materials and classroom resources to facilitate the successful delivery of instruction;

2.2.1.5    The support of all teachers by providing relevant, research-based professional development; based on district goals, best practices and proven methods of increasing student success; and

2.2.1.6    A significant impact on the social, emotional, and academic growth of each child in DCPS.

2.2.2    The WTU and DCPS mutually recognize the necessity of aligning standards, curriculum and assessment. This alignment is necessary in order to provide meaningful professional development that can be successfully incorporated into classroom content and instruction.

2.2.3    Therefore, the parties agree to work cooperatively to develop well-articulated programs of instruction aligned to DCPS's Teaching and Learning Framework for each grade level that will guide and support teachers in aligning classroom instruction with the standards, curriculum and assessment system in order to support improved student achievement. The programs of instruction will outline for teachers and parents as what students should know and be able to do, and incorporate relevant research-based developments in the areas of teaching and learning and effective practice. National and local curriculum programs, models and materials will be reviewed on an ongoing basis to determine their value for alignment with the framework, and where deemed appropriate will be incorporated into the programs of instruction. Professional development aligned to the framework, standards, curriculum and assessments will support teachers

13