in the continuing enhancement of their content knowledge and classroom practice.

2.2.4   DCPS and the WTU agree that matters dealing with quality education decisions are DCPS's responsibility. The parties agree that Teachers must be allowed to participate in the various stages of staff and curriculum development. Vital to the success of quality education is the involvement of Teachers in the development and implementation of such programs.

2.2.5   The SCAC, in consultation with Teachers, may develop surveys to seek information about the training of, and assistance provided to, Teachers on the topic of improving student achievement.

2.2.6   The Building Representative, after conducting such a survey, will share the results with the LSRT, staff and local school Supervisor for consideration during the professional development deliberations for local school plan policy recommendations.

2.3   Professional Development Standards

2.3.1   All professional development will be designed to meet DCPS's strategic goals, content/performance standards, Teacher needs, and is designed to improve student performance.

2.3.2   Professional development must be a continuous and ongoing process that promotes sustained interaction among teachers and other instructional support personnel to address issues of local common concern and DCPS as a whole.

2.3.3   Professional development programs and activities for school-based employees will be aligned to the Teaching and Learning Framework and focus on improving teaching practice and school climate issues, and to the greatest extent possible, shall be linked to reflecting upon and improving daily practice.

2.3.4   Professional development programs for teachers shall be based on the recognition of education as a dynamic, professional field characterized by new developments and knowledge about the teaching and learning process and, to the greatest extent possible, shall emphasize growth and development in addition to remediation.

2.3.5   Professional development shall be implemented as part of a comprehensive program to improve student achievement as expressed through the Teaching and Learning Framework. At the school level, for example, professional development programs should reflect school improvement planning.

2.3.6   Professional development programs shall draw on the resources and expertise of employees within schools. Programs shall also promote DCPS's partnering with the WTU, and institutions of higher education as service providers. Nothing in

14

this article shall be construed as requiring DCPS to partner with institutions of higher education.

2.3.7   Professional development shall include the following key content areas:

2.3.7.1   Enhancing content knowledge and delivery;

2.3.7.2   Using student performance data to guide instructional improvement;

2.3.7.3   Implementing content/performance standards;

2.3.7.4   Developing lessons, units and courses of study;

2.3.7.5   Developing curriculum;

2.3.7.6   Differentiating instruction;

2.3.7.7   Assessing student progress;

2.3.7.8   Managing student behavior;

2.3.7.9   Integrating instructional technology into the learning process;

2.3.7.10   Evaluating education research, programs and materials; and

2.3.7.11   Developing leadership, collaboration, conflict resolution and team building skills.

2.3.8   Professional development may include a variety of delivery models, but shall incorporate the model(s) best suited to the objectives of the program and shall consistently support individual improvement in the context of organizational goals.

2.3.9   Professional Development shall be provided by DCPS for all Teachers during the tour of duty relating to the needs of students with disabilities, including directives, guidelines, best practices, and all applicable district and federal laws.

2.3.10   DCPS and the WTU agree that quality professional development for Teachers is essential to promoting and sustaining high quality teaching and learning in the classroom. The WTU is successfully collaborating and partnering with DCPS to provide innovative and rigorous professional development for all bargaining unit Teachers to promote student achievement. To this end, the Chancellor agrees to work with the President of the WTU to secure a facility in which to hold WTU Professional development courses and workshops at minimal or no cost to the WTU.

15

2.4 Programmatic Commitments

 2.4.1 DCPS shall, in consultation with the WTU, develop and implement the following initiatives:

  2.4.1.1 New Teacher Mentoring and Induction Program

   2.4.1.1.1 The parties agree to form a joint committee consisting of the Chancellor or a designee, the President of the WTU or a designee, and 3 representatives selected by the WTU President and 3 representatives selected by the Chancellor, to develop and implement a comprehensive mentoring and induction program.

   2.4.1.1.2 The joint committee shall develop and implement a mentoring and induction program by the beginning of the 2010 - 2011 school year that will:

    2.4.1.1.2.1 Require the participation of all teachers within their first three years of service in DCPS.

    2.4.1.1.2.2 Begin with an initial 2 or 3 days of training in classroom management and effective teaching techniques.

    2.4.1.1.2.3 Offer a continuum of professional development for all teachers.

    2.4.1.1.2.4 Recruit, develop, and assign mentor teachers with the newest staff to ensure that each new Teacher is assigned a mentor.

    2.4.1.1.2.5 Provide ongoing support and mentoring for all new teachers throughout the 3-year induction program.

    2.4.1.1.2.6 Include a specific allocation within the DCPS budget to cover costs required for implementation and maintenance of the program for a minimum of 3 consecutive years.

   2.4.1.1.3 If, after one (1) year of the program, DCPS and the WTU agree that the Induction Program is making a significant

16

positive impact on student achievement, DCPS shall, in collaboration with the WTU, develop an expansion plan, budget permitting. If, after one (1) year of the program, DCPS and the WTU agree that the Induction Program is not making a significant positive impact on student achievement, DCPS shall, in collaboration with the WTU, develop and implement a new more effective program.

2.4.1.2    The Instructional Coach Model

2.4.1.2.1    DCPS shall, in collaboration with the WTU, implement an Instructional Coach Model, through which every DCPS School shall be provided with a full-time Instructional Coach, whose sole responsibility shall be to provide professional development in a job-embedded manner.

2.4.1.2.2    Instructional Coaches shall be formally trained and certified on the new DCPS Teaching and Learning Framework and shall have no evaluative duties and play no role in any Teacher's evaluation.

2.4.1.3    "Workshop Catalogue" Based on the DCPS Teaching and Learning Framework

2.4.1.3.1    DCPS shall develop, in collaboration with the WTU, a "Workshop Catalogue" that shall provide DCPS educators with a variety of professional development options to help develop their proficiency in the new DCPS Teaching and Learning Framework.

2.4.1.3.2    This catalogue shall evolve over time in response to feedback from Teachers.

2.4.1.4    Professional Development Centers (also known as "Teacher Centers")

2.4.1.4.1    DCPS shall provide funding for three WTU (3) pilot Teacher Centers and a citywide support unit modeled after those established in the New York City Public Schools.

2.4.1.4.2    The Teacher Centers will be implemented beginning with the 2010-2011 school year. The WTU and DCPS will use the 2009-2010 school year for planning.

17

2.4.1.4.3   The Chancellor and the WTU President shall mutually select the three (3) DC Public Schools to house the WTU "Teacher Center" model and the location of the city-wide unit.

2.4.1.4.4   The project will be guided by a Teacher Center Policy Board composed of an equal number of Teachers selected by the WTU and additional Teachers selected by DCPS.

2.4.1.4.5   If, after two years of the pilot, DCPS and the WTU agree that the Teacher Centers are making a significant positive impact on student achievement, DCPS shall develop, in consultation with the WTU, an expansion plan, budget permitting.

2.4.1.5   Targeted Training Programs for Teachers in Areas of Special Emphasis

2.4.1.5.1   Upon ratification of this Agreement, DCPS shall, in collaboration with the WTU, develop Targeted Training Programs for a subgroup of educators including WTU Teachers who will provide intensive professional development and support to all Teachers starting at the beginning of each school year and not later than the beginning of the 2010-2011 school year, on the following areas of special emphasis:

2.4.1.5.1.1   Special education and inclusion;

2.4.1.5.1.2   Classroom management and Chapter 25 of the DCMR;

2.4.1.5.1.3   The use of student data to assist in instruction;

2.4.1.5.1.4   Differentiated instruction with an emphasis on teaching diverse populations;

2.4.1.5.1.5   All instructional methodologies required by DCPS found in the Teacher evaluation system; and

2.4.1.5.1.6   The use of technology to assist in instruction and for record-keeping.

2.5   Supports for Teachers Rated Minimally Effective

18

2.5.1    DCPS will consult with the WTU on the development of professional development opportunities that will be made available to teachers rated as Minimally Effective.

2.6    Professional Development Days

2.6.1    DCPS shall provide a minimum of ten (10) non-instructional days for professional development during the 2009-2010 school year.

2.6.2    DCPS shall continue to provide a minimum of ten (10) non-instructional days for professional development during the 2010-2011 and 2011-2012 school years, in a manner determined by DCPS, but in consultation with the WTU.

2.6.3    Every year, DCPS shall, in consultation with the WTU, develop and implement a professional development program and calendar for all Teachers on the most relevant issues facing Teachers including, but not limited to, the new Teaching and Learning Framework which is the basis of the new Educator Evaluation System. The professional development program will be developed and begin implementation by September 15th of each school year.

2.7    Joint Training

2.7.1    The Parties shall jointly develop and conduct two mandatory trainings on the content of this Agreement.

2.7.2    One training shall be a joint training for Supervisors and Building Representatives. This training shall be a minimum of three (3) hours in duration. This training shall be held in August of each school year.

2.7.3    One training shall be for Teachers and all Supervisors to be held at the local School. This training shall be a minimum of one and one half (1.5) hours in length and shall be conducted over the course of the three (3) Thirty-Minute Morning Blocks (as established in this Agreement).

2.7.4    Representatives of the WTU and DCPS shall conduct the trainings. The DCPS representatives may include individuals from the Office of the Chancellor, the Office of the General Counsel, Labor Management Employee Relations, and the Office of Human Resources.

2.7.5    The trainings shall occur within the first ninety (90) School Days of each school year.

2.8    Notice of School Reform or Restructuring

DCPS shall provide written notice of potential school reform, inclusive of all options under NCLB for restructuring, to the WTU and all Teachers in the affected schools that have been identified. This notice of potential reform shall be made within seven (7) calendar days of the decision to include the school in a reform effort.

19

2.9     Partnership Schools

    2.9.1     Definition

        2.9.1.1     The term "Partnership Schools" shall mean DCPS schools operated by private, not-for-profit management companies under contracts with DCPS pursuant to 20 U.S.C. § 6316(b)(8)(B)(iii) of the No Child Left Behind Act (NCLB).

        2.9.1.2     All Partnership Schools shall be schools that are required to be restructured under NCLB.

        2.9.1.3     All Partnership Schools shall remain DCPS schools.

2.10     Special Rules

    2.10.1     Notwithstanding anything to the contrary in this Agreement, the following rules shall apply to Teachers at Partnership Schools:

        2.10.1.1     All Teachers at Partnership Schools shall continue to be WTU Teachers.

        2.10.1.2     These Teachers shall receive, at a minimum, the salaries and benefits provided by this Agreement.

        2.10.1.3     Assignment to a Partnership School shall be voluntary.

        2.10.1.4     Teachers who are employed at Partnership Schools may be required to work a longer day and a longer year than is required under this Agreement.

        2.10.1.5     Teachers who are employed at Partnership Schools may be required to undertake job responsibilities and to participate in staff meetings and other activities beyond the requirements of this Agreement.

        2.10.1.6     In advance of accepting assignment to a Partnership School, Teachers shall receive, for each School, information detailing any differences, if any, in the working conditions at the Partnership Schools and those in this Agreement including, but not limited to:

           2.10.1.6.1     The length of the school day and school year at each school;

           2.10.1.6.2     The amount of work time required for non-teaching activities beyond the regular school day;

           2.10.1.6.3     Any additional work time required during summer or school vacations; and

20

2.10.1.6.4   Any other duties or obligations beyond the requirements of this Agreement.

2.10.1.7   DCPS is prohibited from substantially changing the working conditions at any Partnership School during any school year.

2.10.1.8   If DCPS desires to implement working conditions or compensation at any Partnership School that are different than those found in this Agreement, DCPS must first negotiate such terms with the WTU. If the Parties are unable to agree, the working condition or compensation at the Partnership Schools shall remain the same as defined in this Agreement.

2.10.1.9   The evaluation process in Partnership Schools shall be the same as other DCPS schools.

2.11   The Collaborative

2.11.1   Definition

2.11.1.1   The term "The Collaborative" shall mean a combination of schools formed to provide intensive professional development programs for teachers in those schools, to share best practices, to provide mutual professional support, to implement a new school leadership model involving increased Teacher responsibility, and to monitor the schools' progress through regular assessments.

2.11.1.2   The schools forming the Collaborative, which shall not exceed eleven in total (unless otherwise mutually agreed by the WTU and DCPS), shall be a combination of high-, middle-, and low-performing schools, as defined by DCPS.

2.11.1.3   All schools participating in the Collaborative shall remain DCPS schools.

2.11.2   Special Rules

2.11.2.1   Notwithstanding anything to the contrary in this Agreement, the following rules shall apply to Teachers employed at Schools in the Collaborative:

2.11.2.1.1   All Teachers employed at Schools in the Collaborative shall continue to be WTU Teachers.

2.11.2.1.2   These Teachers shall receive, at a minimum, the salaries and benefits provided by this Agreement.

21

2.11.2.1.3  Assignment to a School participating in the Collaborative shall be voluntary.

2.11.2.1.4  Teachers who are employed at Schools participating in the Collaborative may be required to work a longer day and a longer year than is required under this Agreement.

2.11.2.1.5  Teachers who are employed at Schools participating in the Collaborative may be required to undertake job responsibilities and to participate in staff meetings and other activities beyond the requirements of this Agreement.

2.11.2.1.6  In advance of accepting assignment to a Collaborative, Teachers shall receive, for each School, information detailing any differences, if any, in the working conditions at the Collaborative and those in this Agreement including, but not limited to:

2.11.2.1.6.1  The length of the school day and school year at each school;

2.11.2.1.6.2  The amount of work time required for non-teaching activities beyond the regular school day;

2.11.2.1.6.3  Any additional work time required during summer or school vacations; and

2.11.2.1.6.4  Any other duties or obligations beyond the requirements of this Agreement.

2.11.2.1.7  DCPS is prohibited from substantially changing the working conditions at any Collaborative School during any school year.

2.11.2.1.8  If DCPS desires to implement working conditions or compensation at any Collaborative that are different than those found in this Agreement, DCPS must first negotiate such terms with the WTU. If the Parties are unable to agree, the working condition or compensation at the Collaborative shall remain the same as define in this Agreement.

2.11.2.1.9  The evaluation process in Collaborative shall be the same as other DCPS schools.

2.12    Improvement Schools

22

2.12.1   DCPS and WTU are in Agreement that an effective approach to turning around our lowest performing schools is essential. Based upon models that have proven effective in school districts around the country, the parties agree to collaborate on planning, designing and implementing rigorous programs to achieve this goal.

2.12.2   Beginning in the fall of 2010, the WTU will facilitate obtaining high-level, research based, national-level professional development for teams of teachers and building principals on school turnaround. This training will support school-based teams to work collaboratively to develop turnaround plans based upon proven models for improving student achievement.

2.12.3   The LSRT shall apply to the WTU for participation in the professional development on school turnaround.

2.12.4   This professional development and support will focus on the numerous areas around which plans are needed for effective school turnaround to occur. These include, but are not limited to: instructional programs, including English language arts and math; well-rounded curriculum; professional development (embedded as part of school day and thereafter); parent and community outreach and involvement; individual and small group tutoring for students in greatest need; facilities improvement; extracurricular activities; class size; wrap-around services to meet the social, medical and related needs of students; classroom supplies, materials, books and equipment; staffing; leadership; possibility of extended time; and other areas, as needed.

2.12.5   Before March 31 of the 2010-11 school year, schools involved in this process will have developed plans for implementation for the 2011-12 school year. Plans will be reviewed and approved by the Chancellor of DCPS and the President of the WTU so that implementation can begin will in advance of the 2011-12 school year. Time lines may be modified by mutual agreement of the parties.

2.12.6   Such schools shall be designed to increase student achievement and attract new families to DCPS through innovative practices.

2.12.7   Innovations in the Improvement Schools may also include, but shall not be limited to, the following elements: leadership, scheduling, instruction, technology, wrap-around services, personnel policies, and Teacher compensation.

2.12.8   The Chancellor (or her/his designee) and the President of the WTU (or her/his designee) shall meet to establish any additional timelines and parameters that may be needed for the development and implementation of any Improvement Schools.

2.12.9   In advance of accepting assignment to an Improvement School, Teachers shall receive, for each School, information detailing any differences, if any, in the

23

working conditions at the Collaborative and those in this Agreement including, but not limited to:

2.12.9.1    The length of the school day and school year at each school;

2.12.9.2    The amount of work time required for non-teaching activities beyond the regular school day;

2.12.9.3    Any additional work time required during summer or school vacations; and

2.12.9.4    Any other duties or obligations beyond the requirements of this Agreement.

2.12.10    DCPS is prohibited from substantially changing the working conditions at any Improvement School during any school year.

2.12.11    If DCPS desires to implement working conditions or compensation at any Improvement School that are different than those found in this Agreement, DCPS must first negotiate such terms with the WTU. If the Parties are unable to agree, the working conditions or compensation at the Improvement School shall remain the same as defined in this Agreement.

2.12.12    The evaluation process in Improvement Schools shall be the same as other DCPS schools.

## ARTICLE 3 - FAIR PRACTICES

3.1    DCPS shall not discipline, retaliate against, or discriminate against any Teacher on the basis of:

3.1.1    Membership in any educator organization;

3.1.2    Association with the activities of the WTU; or

3.1.3    For requiring that DCPS adhere to the terms of this Agreement.

3.2    The WTU recognizes its responsibility as bargaining agent and agrees to represent all employees in the bargaining unit without regard to WTU membership, within the provisions outlined in this Agreement.

3.3    Informal Mediation for WTU Building Representatives and Principals

3.3.1    Any WTU Building representative who asserts retaliation, discrimination, or discipline based on the performance of his/her duties and responsibilities as a WTU building representative shall file a written request for informal mediation directly with the office of the Chancellor and the WTU President. The complaint shall be filed on a form developed and mutually agreed by the WTU

24

and DCPS. The request must be filed within ten (10) school days following the date of the alleged act(s) by the supervisor. The Chancellor or designee and the WTU President or designee shall meet with the Supervisor and Building Representative within ten (10) school days of receipt of the request in an effort to resolve the issue.

3.3.2   If the complaint is not resolved during the meeting, the WTU Building Representative shall have the right to invoke STEP 1 of the grievance and arbitration procedure.

3.3.3   Upon request by the WTU Building Representative or the WTU, the office of the Chancellor shall immediately review all documentation related to the excessing of the WTU Building Representative for procedural compliance, violations, and fair practices. The Building representative and the WTU shall be provided copies of all documentation related to the excessing of the affected Building Representative immediately upon request to the supervisor or Chancellor. The office of the Chancellor shall provide the Building Representative and the WTU a copy of the Chancellor's findings and decision in writing within ten (10) business days of receipt of the request for review.

## ARTICLE 4 - TEACHER TRANSFER POLICY

4.1   DCPS in transferring ET-15, ET15/12, ET15/11 and EG-09 employees shall apply the policy hereinafter set forth.

4.2   Voluntary Transfers

4.2.1   A voluntary transfer is a change in a building assignment from one work location to another when initiated by a teacher.

4.2.2   A Teacher shall be eligible to apply for a voluntary transfer annually.

4.2.3   Lists of vacancies, to the extent known, shall be prepared and posted on or before April 1 annually.

4.2.4   The vacancy list shall be posted by the Supervisor in all schools and offices where Teachers of the bargaining unit are located and a copy shall be provided To the WTU Building Representative. The list will indicate the school, program, position and the certification required for the position. The Director of Human Resources shall provide a copy of the vacancy list, along with position descriptions to the President of the Washington Teachers' Union. Position descriptions shall be provided to bargaining unit Teachers upon request from the Human Resources Division when available.

4.2.5   Requests for transfers will be honored to the extent they do not conflict with law, instructional requirements, and/or the best interest of the school system. The supervisor(s) of a Teacher requesting a voluntary transfer shall not in any way impede the transfer by making false statements or providing false information.

25