Transfers shall be subject to the approval of the receiving supervisor.

4.2.6 Written notification to teachers granted or denied a transfer shall be made as soon as a determination is made, but in no case later than July 14. Teachers denied a transfer shall be notified in writing of the reason(s). The WTU shall receive a copy of all transfer actions.

4.2.7 A Teacher requesting a transfer must possess the certification for the position prior to the transfer.

4.2.8 Teachers requesting a voluntary transfer may arrange to interview with school principals at a mutually agreeable time by one or both of the following:

4.2.8.1 At all "open" the DCPS transfer fairs; or

4.2.8.2 With principals between April 1 and June 30.

4.2.9 After July 15, Teachers shall have the right to execute a voluntary transfer provided the Teacher's current Supervisor consents.

4.3 Involuntary Transfers

4.3.1 Involuntary transfers shall be made only after consultation and discussion with the Teacher involved. At the Teacher's request, there may be present at such discussion a representative of the WTU. A Teacher who is involuntarily transferred shall be given two (2) weeks notice, except in those cases where the transfer must be made in less than two (2) weeks, the notice shall be given as timely as possible. The notice of the transfer shall contain the reasons therefore. Teachers who are involuntarily transferred shall be given at least 3 schooldays of non-instructional duties, prior to the transfer, at no loss in salary to prepare for transfer from their current site location to their new assignment. Such preparation may include but is not limited to the purposes enumerated below:

4.3.1.1 Boxing materials for transfer to the next building assignment; and

4.3.1.2 Setting up their new classroom, gathering and organizing instructional materials.

4.3.2 DCPS further agrees to provide logistical support (boxes, storage and transporting of educational materials) for the transferring Teacher to the new building assignment.

4.3.3 A Teacher may be granted a transfer because of the inability to adapt to the open space environment.

4.3.4 Involuntary transfers shall not be made for reasons of disciplinary action.

26

4.3.5 In cases where transfers are necessary as a result of excessing, teachers will be notified in writing of their excess status by their supervisors prior to the last day of school for teachers.

4.3.6 A teacher who is involuntarily transferred shall carry forward his or her building seniority.

4.4 Mutual Consent

4.4.1 No Teacher shall be placed at school without the Teacher's and the Supervisor's consent, except as provided for in this Agreement ("mutual consent").

4.5 Performance-Based Excessing Policy

4.5.1 Definition

4.5.1.1 An excess is an elimination of a Teacher's position at a particular school due to a decline in student enrollment, a reduction in the local school budget, a closing or consolidation, a restructuring, or a change in the local school program, when such an elimination is not a 'reduction in force' (RIF) or 'abolishment.'

4.5.2 Rules Governing the Excessing Decision

4.5.2.1 DCPS shall be prohibited from excessing a Teacher by changing the name of the Teacher's position in an effort to artificially produce a change in the "local school program" without any material change in the subject matter of the position.

4.5.2.2 When DCPS determines an excess is necessary, the Local School Restructuring Team (LSRT) shall make a recommendation as to the area(s) of certification to be affected.

4.5.2.3 The Personnel Committee shall make a recommendation to the supervisor as to the Teacher(s) to be affected. The Teachers in the affected area may provide evidence to the Personnel Committee for their consideration.

4.5.2.4 The Supervisor shall consider the recommendations of the Personnel Committee and shall retain the right to make the final excessing decision.

4.5.2.5 DCPS shall retain the right to make the final excessing decision according to the following rubric:

27

| Category | Rating | Points |
|---|---|---|
| 1) Previous Year's Final Evaluation | Highest | 50 |
| | Second Highest | 40 |
| | Third Highest | 30 |
| | Fourth Highest | 0 |
| | Lowest | 0 |
| 2) Unique Skills and Qualifications | High | 20 |
| | Medium | 10 |
| | Low | 0 |
| 3) Other Contributions to the Local Educational Program | High | 20 |
| | Medium | 10 |
| | Low | 0 |
| 4) Length of Service* | 20+ Years | 10 |
| | 10-19 Years | 5 |
| | 1-9 Years | 1 |

*Individuals with DC residency at the time of excessing shall receive a five-year service credit. Individuals with veteran status at the time of excessing shall also receive a five-year service credit.

4.5.2.6    DCPS shall use all data gathered for the formal DCPS educator evaluation process as of the date of the excessing decision when assigning points for Category 1 for Teachers who are new to DCPS (as they will not have an evaluation from a previous year). If an excess occurs sufficiently early in the academic year such that no data have yet been gathered for the formal DCPS educator evaluation process, DCPS shall use all other available data on the Teacher's performance for Category 1.

4.5.2.7    The Teacher in the competitive area (as determined in accordance with Title 5 of the DCMR) with the lowest point value overall according to the rubric above shall be the first Teacher to be excessed. The Teacher with the second lowest point value shall be the second Teacher to be excessed, and so on.

4.5.2.8    When the Supervisor's final decision departs from the recommendation of the LSRT, as to the area affected, the Supervisor shall prepare a written justification. A copy of the justification shall

28

be provided to the Chancellor and the President of the WTU. Upon the request of the WTU President, the justification shall require the approval of the Chancellor, or the Chancellor's designee prior to implementation of the excess at that school.

4.5.2.9    When the Supervisor's final decision departs from the recommendation of the School Personnel Committee, as to the individual Teacher(s) to be affected, the Supervisor shall prepare a written justification. A copy of the justification shall be provided to the Chancellor and the President of the WTU. Upon the request of the WTU President, the justification shall require approval of the Chancellor, or the Chancellor's designee prior to implementation of the excess of that school.

4.5.3    Notification

4.5.3.1    DCPS shall provide written notification to all Teachers who are to be excessed at least (10) school days prior to the effective date of the excess.

4.5.3.2    If a vacancy for which an excessed member is qualified occurs within the school prior to the effective date of the excess, the excessed status of the teacher shall be rescinded.

4.5.4    Placement of Excessed Teachers

4.5.4.1    The placement of excessed teachers shall be subject to the mutual consent policies outlined in this Agreement.

4.5.4.2    To facilitate the placement of excessed Teachers, DCPS shall post all known vacancies on the DCPS website in a timely fashion.

4.5.4.3    DCPS shall provide vacancy lists to the WTU, upon request.

4.5.4.4    Included in each vacancy listing shall be the School name, discipline or specialized program, position, and required certification.

4.5.4.5    DCPS shall post on its website copies of all position descriptions, when available.

4.5.4.6    To further facilitate the placement of excessed Teachers, DCPS shall provide multiple hiring opportunities (e.g., hiring fairs and other similar activities).

4.5.5    Options for Excessed Permanent Status Teachers

29

4.5.5.1    Excessed permanent status Teachers shall have sixty (60) calendar days following the effective date of the excess to secure another placement in DCPS under mutual consent.

4.5.5.2    An excessed permanent status Teacher who is unable to secure a new placement within the sixty (60) calendar days following the effective date of the excess shall have five (5) calendar days immediately following expiration of the sixty (60) calendar day period to select one (1) of the following options. Any Teacher who does not make a selection shall be subject to separation from DCPS on the 66th calendar day following the effective date of the excess.

4.5.5.3    The Three (3) Options:

    4.5.5.3.1    Option 1: Buyout

        4.5.5.3.1.1    Excessed permanent status Teachers shall have the option to receive a $25,000 cash buyout resulting in separation from DCPS. This provision shall be subject to necessary government approvals.

        4.5.5.3.1.2    An excessed permanent status Teacher who opts for the buyout shall not be eligible for employment with DCPS for a period of three (3) years.

        4.5.5.3.1.3    This option shall only be available to permanent status Teachers whose most recent evaluation score was "Effective" or higher.

    4.5.5.3.2    Option 2: Early Retirement

        4.5.5.3.2.1    Excessed permanent status Teachers with twenty (20) or more years of creditable service shall have the option of retiring with full benefits. This provision shall be subject to necessary government and budgetary approvals.

        4.5.5.3.2.2    This option shall only be available to permanent status Teachers whose most recent evaluation score was "Effective" or higher.

    4.5.5.3.3    Option 3: A Year to Secure a New Placement

30

4.5.5.3.3.1    Excessed permanent status Teachers who have been unable to secure a new placement during the sixty (60) calendar days following the effective date of the excess, and who have not selected Option 1 or Option 2 above, shall have the right to select Option 3: An Extra Year to Secure a New Position (hereafter referred to as the "Extra Year.")

4.5.5.3.3.2    The Extra Year shall begin on the effective date of the excess and shall conclude exactly one calendar year thereafter.

4.5.5.3.3.3    Excessed permanent status Teachers who select the Extra Year, shall, during the year, be:

    4.5.5.3.3.3.1.    Provided with full salary and benefits;

    4.5.5.3.3.3.2.    Provided with multiple hiring opportunities (e.g., hiring fairs and similar activities);

    4.5.5.3.3.3.3.    Provided with the opportunity for a minimum of twelve (12) hours of professional development that shall include instruction on interviewing skills and the creation of professional portfolios; and

    4.5.5.3.3.3.4.    Assigned by DCPS to serve in one (1) or more instructional support capacities (e.g., one-on-one tutoring, small group instruction, class coverage, long-term Teacher replacement, or

31

central office support) that are within the Teacher's discipline and located at a maximum of two (2) work locations per school year.

4.5.5.3.3.4    In making the assignment referenced above, DCPS shall consider the teacher's preference and the best interests of the school system.

4.5.5.3.3.5    DCPS shall have the right, at the conclusion of the Extra Year, to separate from DCPS all excessed permanent status Teachers who are unable to secure a new placement within the school system under mutual consent during the year.

4.5.5.3.3.6    The Extra Year shall only be available to permanent status Teachers whose most recent evaluation score was "Effective" or higher.

4.5.5.3.4    The three (3) options listed above shall not be provided to members who have not made a "substantial effort" (defined below) to secure a placement within DCPS. Such Members shall be subject to separation on the 66th calendar day following the effective day in which they were excessed.

4.5.5.3.5    A Member shall be deemed to have made a "substantial effort" if s/he:

4.5.5.3.5.1    Has made a good faith effort to interview at a minimum of five (5) Schools; or

4.5.5.3.5.2    Has made a good faith effort to interview for all vacant positions for which the Member is qualified if the total number of such positions system wide is less than five (5).

4.5.5.3.6    Teachers who have challenged their excess through the grievance and arbitration procedures shall have ten (10) calendar days following receipt of written notice of the

32

Step 2 grievance decision to select one of the three options in section 4.5.5.3.

4.5.5.3.7    DCPS shall notify Teachers in writing of the process for selecting one of the three options and for notifying DCPS of the selection.

4.5.6    Special Rules Governing the Placement of Excessed Permanent Status Teachers Who Qualify for the DCPS Performance-Based Compensation System

4.5.6.1    Excessed permanent status Teachers who qualify and volunteer for the DCPS Performance-Based Compensation System shall have sixty (60) calendar days following the effective date of the excess to secure another placement in DCPS under mutual consent.

4.5.6.2    DCPS shall offer multiple hiring opportunities (e.g., job fairs, interviews, access to job postings, etc.) for all such Teachers during the sixty (60) calendar day period.

4.5.6.3    All such Teachers who are unable to secure a placement under mutual consent during the sixty (60) calendar day period shall be subject to separation from DCPS on the 61st calendar day.

4.5.6.4    All such Teachers shall not have access to the options described in Section 4.5.5.3.

4.5.7    Reapplication Rights

4.5.7.1    All Teachers who are separated by DCPS according to the provisions of this article shall have the right to reapply to DCPS at any time, except as otherwise required by applicable law.

4.5.7.2    If rehired, such Teachers shall be placed on the next salary step for which they would have been eligible at the time of their separation.

4.5.7.3    If rehired within one year of separation, such Teachers shall incur no break in service for pension purposes.

ARTICLE 5 - PERSONNEL FILES

5.1    Personnel Files

5.1.1    General

5.1.1.1    A Teacher's official personnel file shall be maintained at the DCPS Office of Human Resources. This file shall be the Teacher's only official personnel file.

33

5.1.1.2    A Teacher's official personnel file shall be treated as confidential.

5.1.1.3    Documentation of a Teacher's performance shall be maintained in her/his official personnel file.

5.1.1.4    Anonymous material shall not be placed in a Teacher's official personnel file.

5.1.1.5    The Parties agree to collaborate on the development of policies regarding electronic official personnel files.

### 5.1.2   Viewing

5.1.2.1    A Teacher shall be permitted to examine her/his own official personnel file in the presence of a DCPS Office of Human Resources representative.

5.1.2.2    A Teacher shall be permitted to obtain a copy of the material contained in her/his official personnel files pursuant to D.C. Code § 1-631.05.

5.1.2.3    A WTU representative shall be permitted to examine a Teacher's official personnel file in the presence of a representative from the DCPS Office of Human Resources upon written authorization from the Teacher.

5.1.2.4    The DCPS Office of Human Resources shall maintain a record reflecting the name and title of each person who has been granted access to a Teacher's official personnel file. Teachers shall be provided a copy of the record upon request.

5.1.2.5    DCPS shall keep accurate records pertaining to building and system seniority for each Teacher.

### 5.1.3   Adverse Material

5.1.3.1    Documentation that may lead to or result in an adverse action against a Teacher shall not be placed in a Teacher's official personnel file until a copy of such material has been provided to the Teacher.

5.1.3.2    Placement of material in a Teacher's official personnel file shall not be construed as agreement by the Teacher with the contents of the material.

5.1.3.3    Should the Teacher disagree with the contents of the material, s/he shall have the right to respond, and the response shall be included in the Teacher's official personnel file.

34

5.1.3.4    A Teacher shall be free to request that materials of an adverse nature that are older than three (3) years be removed from the Teacher's official personnel file. DCPS shall consider all such requests unless it can demonstrate that the removal of such material will compromise the interests of the school system. If approved, the removal shall take place within thirty (30) School Days of the request.

5.1.3.5    Materials of an adverse nature that become the subject of a grievance shall be removed from a Teacher's official personnel file if so stipulated by the resolution of the grievance.

5.1.3.6    Lost Files

     5.1.3.6.1    Lost files shall, within reason and if possible, be retrieved, reconstructed, or restored at DCPS's expense.

     5.1.3.6.2    If the retrieval, reconstruction, or restoration of a Teacher's official personnel file indicates that additional compensation or benefits are due to the Teacher, DCPS shall provide such compensation or benefits as soon as possible.

## ARTICLE 6 - GRIEVANCE AND ARBITRATION

6.1    Statement of Principle

6.1.1    It shall be a guiding principle of this procedure that the parties shall make every reasonable effort to resolve any dispute between them by mutual agreement. The parties also agree that if a grievance is filed, the parties shall make every reasonable effort to resolve the grievance by agreement at the lowest possible step of the grievance procedure. Further, the parties agree to utilize those methods already contained in the CBA, such as the SCAC and the LSRT, to facilitate resolving disputes by mutual Agreement. Finally, the parties expect that good faith observance, by their respective representatives, of the principles and procedures set forth herein will result in the settlement or withdrawal of substantially all grievances initiated hereunder at the lowest possible step, and recognize their obligation to achieve that end.

6.2    Definition

6.2.1    A grievance is a complaint involving a work situation or a complaint that there has been a deviation from, misinterpretation of, or misapplication of a practice or policy; or a complaint that there has been a violation, misinterpretation, or misapplication of any provision of this Agreement.

35

6.3     Procedure

    6.3.1     Either an employee or the WTU may raise a grievance, and, if raised by the employee, the WTU may associate itself with the grievance at any time except as otherwise provided. If raised by the WTU, the employee may not thereafter raise the grievance himself, and if raised by the employee, he may not thereafter cause the WTU to raise the same grievance independently. Any grievance raised by the WTU on behalf of an employee must identify the employee. The WTU may not process a grievance on behalf of an employee without that employee's consent.

6.4     Grievances shall be resolved as follows:

    6.4.1     STEP 1: Three stage mediation process

        6.4.1.1     Stage 1

            6.4.1.1.1     Any Teacher who wishes to raise a grievance must do so in writing within fourteen (14) school days of the date the Teacher or the WTU first learned of its cause. The grievance shall be submitted in writing on a form developed by the WTU. The form shall include:

                6.4.1.1.1.1     The name(s) of the employee(s) involved;

                6.4.1.1.1.2     A brief statement of the facts giving rise to the grievance;

                6.4.1.1.1.3     Where appropriate, a reference to the provision(s) of the Agreement alleged to be violated; and

                6.4.1.1.1.4     The relief requested.

            6.4.1.1.2     Within five school days after receipt thereof, the principal and the Teacher should meet to resolve the dispute informally and expeditiously. At the Teacher's option there may be present at such discussion a representative of the WTU or any other school employee, or outside representative selected by the aggrieved employee who is not an officer, agent or representative of another Teacher organization. At the immediate Supervisor's option, there may be present at such meeting additional employees of the school system selected by the immediate Supervisor. Prior to the discussion the Teacher or the WTU shall identify the discussion as Step 1, Stage 1 of this grievance procedure. If the matter in dispute is not settled during the Step 1,

Stage 1 discussion, immediately prior to the termination of the Step 1, Stage 1 discussion, the Teacher or the WTU shall execute a duplicate form provided by the WTU showing the date, time, place, persons involved in the discussion, a written statement of the grievance discussed, and the relief requested. The form shall be signed by the employee and the immediate Supervisor.

6.4.1.1.3    If the parties reach no resolution of the grievance by the end of the Step 1, Stage 1 discussion, the grievance shall automatically move to Step 1, Stage 2 of this grievance procedure. In addition, if no Step 1, Stage 1 meeting occurs within five school days after the grievance is first raised, that grievance shall automatically move to Step 1, Stage 2 of this grievance procedure.

6.4.1.2    Stage 2

6.4.1.2.1    Within ten school days after the grievance reaches Step 1, Stage 2 of this grievance procedure, the Teacher and/or WTU shall meet with the Instructional Superintendant in an effort to resolve the grievance. If the parties reach no resolution of the grievance by the end of the Step 1, Stage 2 meeting, the grievance shall automatically move to Step 1, Stage 3 of this grievance procedure. In addition, if no Step 1, Stage 2 meeting occurs within ten school days after the grievance first reaches Step 1, Stage 2 of this grievance procedure, the grievance shall automatically move to Step 1, Stage 3 of this grievance procedure.

6.4.1.3    Stage 3

6.4.1.3.1    Within ten school days after the grievance reaches Step 1, Stage 3 of this grievance procedure, the Teacher and/or the WTU shall meet with a representative of DCPS' Office of Labor Management and Employee Relations (LMER) in an effort to resolve the grievance.

6.4.1.3.2    If the parties reach no resolution of the grievance by the end of the Step 1, Stage 3 meeting, the parties may mutually agree to submit the grievance to voluntary mediation in accordance with the then current Rules/Guidelines of the Federal Mediation and Conciliation Service ("FMCS"). The parties shall establish the timelines for completion of this mediation. If the grievance is not resolved through the voluntary

37

mediation process with the agreed upon timeline, the WTU shall have the right to move to Step 2 of the grievance process, within 10 school days.

6.4.2    STEP 2

6.4.2.1    If the matter is not resolved at Step 1, the grievance shall advance to Step 2.

6.4.2.2    The Chancellor, or his/her designee, and those he/she may further name, shall meet with the representatives of the WTU, and with the persons referred to in Step I, within ten school days of such submission, and the Chancellor or designee shall render a decision, in writing, within ten days of such meeting. This meeting shall take the form of a hearing, before a neutral hearing officer during the course of which all parties are afforded the opportunity to present evidence, witnesses, and arguments in support of their respective position(s). The hearing officers shall submit his/her decision to the parties and the decision is binding absent a request for arbitration by either party.

6.4.3    STEP 3

6.4.3.1    If either party is dissatisfied with the decision rendered at Step 2, it may invoke arbitration of the grievance by filing notice with the American Arbitration Association within thirty (30) school days after its receipt of the Step 2 decision. Simultaneously, notice shall be sent to the Chancellor of DCPS, and the Office of Labor Management and Employee Relations.

6.4.3.2    The question in dispute, jointly stipulated to if possible, shall be referred to an arbitrator selected by the Parties, or to an arbitrator selected by the Parties from a panel provided by the American Arbitration Association.

6.4.3.3    The arbitrator shall hear and decide only one grievance in each case. S/he shall not be bound by formal rules of evidence. S/he shall be bound by and must comply with all the terms of this Agreement. S/he shall have no power to delete or modify in any way any of the provisions of this Agreement. S/he shall have the power to make appropriate awards. The arbitrator shall render his/her decision in writing, setting forth the arbitrator's opinion and conclusions on the issues submitted within thirty (30) days after the conclusion of the hearing. The decision of the arbitrator shall be final and binding upon DCPS, WTU and all Teachers.

6.4.3.4    No provision of this Agreement, which is a matter of policy, shall be subject to arbitration.

        6.4.3.5      Fees and expenses of the arbitrator shall be borne by the non-prevailing party.

        6.4.3.6      No individual employee may invoke arbitration.

        6.4.3.7      When a grievance is raised and involves a matter of general application, the initial step shall be Step 2.

6.5    General

    6.5.1    No matter shall be entertained as a grievance, unless it has been raised with the other party within ten (10) school days after the Teacher or the WTU first learned of its cause.

    6.5.2    All time limits set forth in this Article may be extended by mutual agreement, but if not extended, must be strictly observed.

    6.5.3    If a Teacher or the WTU fails to file a grievance within the time limits specified in these procedures, and DCPS does not object within five (5) school days after receipt of the grievance, its right to object to the late filing is waived. However in no case may a grievance be filed more than thirty (30) school days after the Teacher or the WTU learned of the event giving rise to it. If the matter in dispute is not resolved within the period provided for any step, the next step may be invoked.

    6.5.4    Once a grievance has been filed, it may not be altered, except that the Grievant may delete items from the grievance.

    6.5.5    If the WTU is not a party to Steps 1 or 2 of this Article, then the disposition of the dispute shall not be a precedent with respect to it.

    6.5.6    No hearing shall be open to the public unless all parties agree.

    6.5.7    The fact that a grievance is filed by an employee, regardless of its disposition, shall not be recorded in the employee's personnel file, any file or record used in the promotion process, for any recommendation for job placement; nor shall an employee be placed in jeopardy or be subject to reprisal for having pursued this grievance procedure.

    6.5.8    Any hearing provided for in this Article shall be conducted at a time and place which will afford a fair and reasonable opportunity for all persons, including witnesses, required to attend. Witnesses shall be present in the hearing only when their testimony is presented. When hearings are held during school hours, employees required to be present shall be excused with pay for that purpose.

    6.5.9    The Parties to this collective bargaining agreement may, only by mutual, written consent, agree that either Party may present witness testimony using video conferencing technology at Step 2 and/or arbitration Hearing.

    6.5.10   DCPS and the WTU shall have the right, at their own expense, to legal and/or

39

stenographic assistance at Step 3.

6.5.11    Employees and the WTU shall follow the procedures in this Article regarding any grievance.

6.5.12    No recording device shall be used at Step 1, 2, or 3 of this procedure. No person shall be present at any of these steps for the purpose of recording the discussion.

6.5.13    At Step 3, there shall be a single chief spokesperson on each side, provided that this shall not preclude any participant at Step 3 from speaking.

6.5.14    DCPS shall comply with grievance settlements and arbitration awards within 60 days of the effective date of the completion of the settlement or receipt of the arbitrator's award and submission of all necessary paperwork submitted by the employee.

6.5.15    The Parties shall conduct joint training for all Teachers and Supervisors on the content of this Agreement and conflict resolution. This training shall be conducted as a part of the ongoing professional development program by the Director of Human Resources or his/her designee, the General Counsel of DCPS or his/her designee(s) and the President of the WTU or his/her designee(s). The joint training shall be conducted once each year, within the first three months of the School Year under the auspices of the FEP.

6.5.16    At the discretion of the WTU, any grievance concerning discipline, and/or discharge (including discharges that are evaluation related to violations of the evaluation process), may be initiated at Step 2 of this grievance procedure.

6.6    Joint Grievance Committee

6.6.1    The parties shall establish a joint grievance committee to meet once monthly to accomplish the following:

6.6.1.1    Monitor and track the status of grievances at Step 1 and 2.

6.6.1.2    Collect and analyze data regarding the frequency and location of particular grievances and report to the FEP Committee.

6.6.1.3    The Joint Grievance Committee shall have the discretion to intervene in schools where the data indicates that the most grievances are filed.

6.6.1.4    This committee shall operate under the auspices of the FEP.

ARTICLE 7 - DISCIPLINE PROCEDURE

7.1    The intent of this Article is to establish a process for progressive discipline, which may lead to a written reprimand, a suspension, or a disciplinary discharge.

7.2    In the administration of this Article, the primary principle shall be that discipline shall be corrective in nature rather than punitive.

40

7.3    The standard for disciplining permanent employees shall be just cause. The standard for disciplining probationary employees shall be not arbitrary or capricious, as opposed to at will.

7.4    Disciplinary actions shall be subject to the grievance and arbitration process provided for in this Agreement.

7.5    Discussion

    7.5.1    For minor offenses, management has a responsibility to discuss such matters with the employee. Such discussions are not considered discipline and are not subject to the grievance procedure. Such discussions shall not be noted in the employee's Official Personnel File, and may not be cited as an element of prior adverse record in any subsequent disciplinary action against the employee.

7.6    Written Reprimands

    7.6.1    A written reprimand is a disciplinary notice in writing, identified as an official disciplinary written reprimand, which shall include an explanation of a deficiency or misconduct to be corrected.

    7.6.2    A written reprimand based upon an act or omission by the Teacher shall be placed in the personnel file within a reasonable period of time following the incident, provided that the Teacher has had an opportunity to review the materials and to comment thereon.

    7.6.3    A reasonable period of time following the incident shall be for the purpose of investigating the incident, but shall not exceed five (5) days, unless there is written mutual Agreement to extend the period.

    7.6.4    If the Administrator concludes that there is no basis for the allegations, no reprimand will be placed in the file.

    7.6.5    If the Administrator concludes that there is a basis for the allegation, the reprimand shall be placed in the personnel file after the Teacher has been provided a copy. Should the Teacher disagree with the contents of the material, the Teacher shall have the right to answer such material, and the answer shall be filed with the reprimand in the Teacher's personnel file.

    7.6.6    A Teacher has the right, upon request, to have a WTU representative present during an investigatory meeting with the Administrator.

    7.6.7    If a reprimand is placed in a Teacher's official personnel file contrary to the procedures described above, that reprimand shall be immediately removed from the Teacher's official personnel file.

41

7.7    Procedures for Written Reprimands:

    7.7.1    The steps set forth below will be followed with respect to WTU Teachers whose performance or conduct warrants a written reprimand by his/her Supervisor. Reasons for a letter of reprimand include, but are not limited to, unsatisfactory performance, unprofessional conduct, and persistent violation of or refusal to obey the school laws of the District of Columbia or reasonable regulations prescribed by DCPS of Education.

    7.7.2    Verbal warning (oral only, not provided in writing);

    7.7.3    Written warning (maintained in unit Teacher's site or program personnel file);

    7.7.4    Letter of Reprimand (maintained in unit Teacher's district personnel file).

    7.7.5    The Supervisor shall have the discretion to determine the number of verbal and written warnings prior to issuing a written reprimand.

    7.7.6    In cases of egregious conduct, the Supervisor may issue a letter of reprimand without previously having issued either a verbal or written warning.

    7.7.7    A written reprimand based upon an act or omission by the Teacher shall be placed in the personnel file within a reasonable period of time following the incident, provided that the Teacher has had the opportunity to review the materials and to comment thereon.

7.8    Suspensions or Disciplinary Discharge

    7.8.1    In the case of suspensions or disciplinary discharges, the official taking the action shall provide the employee with advance written notice of the charge[s], which shall include a specific statement of the evidence supporting such charge[s], no later than ten (10) school days prior to the effective date of the discipline. At the option of DCPS, an employee shall either remain on the job or in pay status for the entire ten (10) day period.

    7.8.2    Within five (5) school days of the receipt of the notice, the WTU and/or employee has the right to review all documents related to the charges, meet with representatives from the Office of the Chancellor before implementation of the proposed suspension or disciplinary discharge, and to provide a written reply along with supporting documents against the charges. The decision shall go into effect as stated unless upon consideration of all relevant facts by the official taking the action, the action is to be modified, at which time the employee and the WTU shall be so notified in writing of the modification. The disciplinary action or disciplinary discharge shall not take effect until the requirements of this article are satisfied. All suspensions shall be administered in a manner which causes the Teacher to lose no more pay than the actual days of suspension.

7.8.3   The initiation of the disciplinary action shall be taken no later than forty-five (45) school days after the Supervisor's knowledge of the alleged infraction. In cases requiring an investigation, any investigation conducted by or on behalf of DCPS into the alleged infraction shall be completed, with any investigation report provided to the employee involved and to the WTU within forty-five (45) days after the Supervisor's knowledge of the alleged infraction. This time limit may be extended by mutual consent, but if not so extended, must be strictly adhered to.

7.8.4   In cases where retaining the employee on duty may be injurious to the employee, students, or to others, the employee may be placed immediately on administrative leave pending further administrative action.

7.8.5   Teachers may not be suspended on non-school days.

7.9   Disciplinary Conferences

Any Teacher has the right, upon request, to be represented at any disciplinary conference. The Teacher shall be notified in advance of said administrative conference. A WTU representative may accompany the Teacher to said conference and may speak on behalf of the Teacher upon the Teacher's request.

7.10   Allegations of Corporal Punishment

As soon as a Supervisor becomes aware of an allegation of corporal punishment, the Supervisor shall immediately notify the affected Teacher and the WTU Building Representative that an allegation of corporal punishment has been made. Additionally, within two school days of the Supervisor's knowledge of an allegation, the Supervisor shall provide the Teacher and WTU with written notification that an allegation of corporal punishment has been made against the Teacher. Prior to any investigatory meeting, interview, or discussion with DCPS, the Supervisor shall inform the Teacher of his or her right to be accompanied by a WTU representative. In circumstances where allegations of corporal punishment are reported to the Principal, prior to notifying security or the police, the Supervisor shall give the Teacher the option of reporting to the police precinct, accompanied by a WTU Field Representative if desired, to discuss the allegation with the proper law enforcement authorities.

7.11   Professional Courtesy

7.11.1   As appropriate protocol, and when possible, all differences of an interpersonal nature should be worked out between an informal conference between the Teacher and the Administrator. When interpersonal differences occur, the parties recognize that it is inappropriate to criticize each other in the presence of others.

7.12   Complaints

7.12.1   When a Teacher becomes the subject of a complaint, the following processes should be adhered to:

43

7.12.1.1    Every effort should be made to resolve the complaint at the earliest possible stage. Whenever possible, the complaint concerning the Teacher should be made directly by the complainant to the Teacher against whom the complaint is made.

7.12.1.2    If the complainant is unable or unwilling to resolve the complaint directly with the Teacher involved, he/she may submit a written complaint to the Teacher's Supervisor.

7.12.1.3    Upon receipt of a written complaint, a copy shall be provided to a Teacher within seventy-two (72) hours. During school vacation periods, such copy shall be sent Certified Mail, Return Receipt Requested. After receipt of the copy, a Teacher shall have up to five (5) days to prepare his/her response.

7.12.2    The written complaint must include:

7.12.2.1    The name of each of the parties involved;

7.12.2.2    A brief but specific summary of the complaint and the facts surrounding it; and

7.12.2.3    A specific description of any prior attempts to discuss the complaint with the Teacher.

7.12.3    Areas of concern regarding the complaint shall be discussed with the Teacher in private. All matters relating to a complaint are to be kept confidential.

7.12.4    Documents, communications, and records dealing with the complaint shall be placed in the Teacher's personnel file. When a complaint is unfounded and unsubstantiated, all related documents and records will be returned to the Teacher within five working days.

7.12.5    The investigation and resolution of all complaints shall be completed within fifteen (15) calendar days, unless the time is extended by mutual written consent of the parties.

7.12.6    The Administrator investigating the complaint shall proceed in an impartial manner and shall objectively weigh all facts of the complaint prior to reaching a conclusion.

7.12.7    The complaint process outlined in this section is not applicable to DCMR, Title 5, Chapter 14, and "ADVERSE ACTIONS". Nor is it applicable in cases of sexual harassment or physical/sexual abuse of a student.

44

ARTICLE 8 - CHAPTER MEETINGS

8.1    SCAC and Local School Chapter Meetings

    8.1.1    On or before the last school day in September, the WTU Building Representative shall notify the Supervisor of the dates during the school year when the SCAC and Local School Chapter will hold their regularly scheduled meetings.

    8.1.2    The Supervisor shall include the Chapter and SCAC meeting dates and times in the local school calendar.

    8.1.3    Local School Chapter Meetings shall be held during the lunch period or outside of normal school hours in a manner that will not interfere with the School's instructional program.

    8.1.4    Within 24 hours of each meeting, the WTU Building Representative shall notify the building Supervisor of the names of persons other than chapter Teachers or WTU officials who plan to attend.

ARTICLE 9 - CONSULTATION WITH SCHOOL CHAPTER ADVISORY COMMITTEE

9.1    Supervisor Consultation with School Chapter Advisory Committee

    9.1.1    On or before the last school day of August, the building Supervisor and his/her designees (Teachers excluded) and the School Chapter Advisory Committee (SCAC) shall meet and establish the dates during the school year for their monthly meetings. Once established, these dates shall be included in the school calendar. Each month these meetings shall be held to discuss instructional issues, school policy and questions pertaining to the implementation of this Agreement. Decisions reached at these meetings shall not change the Agreement, established Board Rule or any system-wide policy or procedure.

    9.1.2    The names of the Teachers of the School Chapter Advisory Committee shall be furnished to the principal within ten (10) school days after the election. Any change in the membership of the School Chapter Advisory Committee shall be reported to the Supervisor, in writing, as soon as possible, after the change is made.

    9.1.3    If the Building Representative plans to invite other WTU officials, s/he shall provide the Supervisor with notice at least twenty-four (24) hours prior to the meeting. Likewise, if the Supervisor plans to invite other DCPS officials, s/he shall provide the Building Representative with notice at least twenty-four (24) hours prior to the meeting.

45

9.1.4    In an effort to ensure that such meetings are as productive and as efficient as possible, the Supervisor and the SCAC shall provide each other with a list of agenda items at least twenty-four (24) hours prior to each meeting.

9.1.5    The School Chapter Advisory Committee shall be free to invite WTU officials to attend such meetings. The Supervisor shall be free to invite central officials to such meetings.

9.1.6    No persons attending such meetings shall use the information obtained in said meetings for any purpose inconsistent with the purpose of this Agreement.

ARTICLE 10 - INFORMATION AVAILABLE TO THE WTU

10.1    Information Sharing at the Organization Level

10.1.1    Upon request, the Parties shall make available to each other, in a timely manner, all information relevant to contract negotiations and to the enforcement of this Agreement, including, but not limited to, Teachers' names and addresses, Teachers' length of service, Teachers' employment data, vacancies, and School budgets, that is not confidential or otherwise protected from disclosure by law.

10.1.2    DCPS shall make available to the WTU, in a timely manner, unedited copies of all documents relevant to grievance cases that are not protected from disclosure by law.

10.1.3    DCPS shall offer training on the School budgeting process to all LSRT Teachers.

ARTICLE 11 - TRANSPARENCY AND DISCLOSURE OF INFORMATION

11.1    Transparency and Disclosure of Information

11.1.1    All official announcements to teachers and other information of interest to teachers shall be posted upon receipt by the Supervisor on the school's main office bulletin boards for review by teachers. Simultaneously, a copy will be provided to the Building Representative. When such announcement contains compliance deadlines, or where timelines are a factor in the content of the announcement, copies shall be distributed to all teachers.

11.1.2    A copy of the current teaching and non-teaching assignments and the per-period class coverage rotation list will be posted on the school's main office bulletin board in each school by October 1st. Changes resulting from the addition, deletion or reorganization of teachers in a building will be posted promptly. A copy will be furnished to the Building Representative within two school days of any change.

11.1.3    A current copy of a comprehensive staff roster, the school building seniority list, and full information concerning regular and extra-duty assignments shall be made available upon request. The seniority list shall contain the name of the

46

Teacher, the date of entry into the school, the number of years of building seniority, and the date of certification.

11.1.4    A copy of the DCMR and the Chancellor's Directives shall be maintained in the school business office and shall be available for use by teachers and the WTU Building Representative.

11.1.5    Information pertaining to Local School Plans, school budgets and financial expenditures shall be available to Teachers in the following manner:

11.1.5.1    A current copy of the Local School Plan, including an up-to-date school budget, shall be maintained in the school library and the main office at all times for review by teachers. Teachers shall be provided a copy or allowed to make a copy upon request.

11.1.5.2    The Supervisor shall inform the Building Representative of proposed changes to the Local School Plan and budgetary spending priorities before making them.

11.1.5.3    The Supervisor shall meet with the teaching staff to obtain input on the Local School Plan and budgetary spending priorities during the development of the plan. Once the plan is completed, the Supervisor shall meet with the staff to present the plan in its final form for review and discussion, prior to submission to the central office.

11.1.5.4    The Supervisor shall provide the Building Representative and all members of the LSRT a copy of all budgetary information and other relevant documentation (e.g., test data, etc.) needed to reasonably and effectively participate in decision-making in the development of the Local School Plan and the budgetary priorities.

11.1.6    In buildings where no central communication system is in operation, routine announcements shall, in a timely manner, be posted on a bulletin board in the main office, published in a daily bulletin to be placed in Teachers' School mailboxes, or sent via e-mail.

11.2    DCPS-WTU Meetings

11.2.1    The Chancellor (or her/his designee) and the WTU President (or her/his designee) agree to meet twice per month to foster collaboration and to proactively and constructively address any disagreements.

11.2.2    The Parties agree to establish a calendar for such meetings no later than September 30 annually.

11.2.3    In an effort to ensure that such meetings are as productive and as efficient as possible, the Chancellor (or her/his designee) and the WTU President (or her/his

47