designee) shall make every effort to provide her/his counterpart with a list of agenda items at least twenty-four (24) hours prior to each meeting.

11.2.4    The Chancellor (or her/his designee) and the WTU President (or her/his designee) shall be permitted to invite Teachers of their respective organizations to the meetings, as necessary.

11.2.5    DCPS and the WTU agree that they shall jointly establish ad hoc working groups, as necessary, to address issues that arise during the standing bi-monthly meetings.

## ARTICLE 12 - BULLETIN BOARDS

12.1    The Supervisor shall provide a minimum of sixteen (16) square feet of bulletin board space in the main office for the exclusive use of the WTU.

12.2    If sufficient bulletin board space does not exist to satisfy the requirements outlined above, the WTU shall have a minimum of one-half (1/2) of the space on the existing board(s) in the school office. If half (1/2) of the space on such boards does not equal sixteen (16) square feet, the Supervisor shall permit the WTU to install new bulletin boards or shall make WTU-approved accommodations in lieu of additional space.

12.3    The Building Representative shall provide the Supervisor with a copy of all materials the WTU plans to display in its dedicated bulletin board space.

## ARTICLE 13 - TEACHER PROMOTION POLICIES

13.1    Teacher Promotion Policies

13.1.1    All teachers are entitled to have knowledge of promotion policies and procedures. A copy of promotion policies shall be maintained in the business office in each school and shall be available for use by teachers.

13.1.2    All vacancies to be filled competitively shall be advertised by the school system. The advertisement shall set forth the grade level, application procedures and deadline date for submission of applications. Additional information concerning positions may be secured from the Office of Human Resources.

13.1.3    Announcements of vacancies shall be posted in a conspicuous place on the business office bulletin board in each school or office by the responsible officer in charge. Copies shall be sent to the WTU.

13.1.4    After the date of publication of the announcement, applicants shall be given at least fourteen (14) calendar days to submit their applications for the vacancies they are seeking to fill.

48

13.1.5   Every Teacher applicant who is not selected will be advised in writing within twenty (20) school days after the position has been filled. An applicant may request a conference through the Office of Human Resources.

### ARTICLE 14 - DAMAGE OR LOSS OF PROPERTY

14.1   Protection from Liability

14.1.1   Teachers shall not be held liable for loss, damage, or destruction of school property when such loss, damage, or destruction is not the fault of the Teacher.

14.1.2   Teachers shall report any loss, damage, or destruction of school property to their Supervisor immediately upon becoming aware of such loss, damage, or destruction.

14.2   Protection from Loss, Damage, or Destruction of Personal Property

14.2.1   DCPS shall process under applicable District of Columbia regulations any application by a Teacher for reimbursement for loss, damage, or destruction, while on duty in the school, of personal property of a kind normally worn to or brought into school when the Teacher has not been negligent. An application shall not be processed if the loss is covered by insurance. The term "personal property" shall not include cash.

14.2.2   The terms "loss," "damage," and "destruction" shall not include the effects of normal wear and tear and use.

### ARTICLE 15 - TEACHER EVALUATION

15.1   Per D.C. Code § 1-617.18, notwithstanding any other provision of law, rule, or regulation, during fiscal year 2006 and each succeeding fiscal year, the evaluation process and instruments for evaluating District of Columbia Public Schools employees shall be a non-negotiable item for collective bargaining purposes.

15.2   Though not required to do so per Section 15.1 above, DCPS makes the following commitments:

15.2.1   The WTU shall have the opportunity to consult with the Chancellor on the Teacher evaluation process prior to its implementation.

15.2.2   Teachers will be provided a copy of the documentation of all formal observations prior to the end of the school year. A teacher shall be given a copy of his/her final evaluation promptly following the final evaluation conference between the teacher and the rating officer. The copy, which includes the signature of the reviewing officer, shall be given to the teacher promptly after the evaluation year but not later than September 30 of that calendar year.

15.2.3   Copies of the evaluation process shall be made available to each teacher.

15.2.4    DCPS and the WTU recognize the importance of the evaluation process. To that end, DCPS shall develop and implement professional development for all Teachers on the evaluation process.

15.3    DCPS's compliance with the evaluation process, and not the evaluation judgment, shall be subject to the grievance and arbitration procedure.

15.4    The standard for separation under the evaluation process shall be "just cause," which shall be defined as adherence to the evaluation *process* only.

15.5    Employees maintain their rights to appeal below average or unsatisfactory performance evaluations pursuant to Title 5 of the DCMR, Sections 1306.8-1306.13.[1]

15.6    If a Teacher decides to challenge an alleged violation of the evaluation process, s/he has the option to request mediation at Step 1 or to commence a grievance at Step 2. If the alleged violation occurs in connection with an evaluation that results in termination, the hearing at Step 2 shall receive priority over all other pending grievances except those related to termination.

15.7    The commitments in Section 15.2 above shall in no way constitute a limitation on DCPS's authority over the evaluation process and instruments as described in section 15.1 above.

ARTICLE 16 - GENERAL PROVISIONS RELATING TO SCHOOL OPERATIONS

16.1    Interruption of the scheduled program of instruction during the day shall be kept at a minimum.

16.2    In buildings where no central communication system is in operation, routine announcements shall be posted on the bulletin board, published in the daily bulletin, or shall be sent to teachers at scheduled times previously agreed upon by the Supervisor and the School Chapter Advisory Committee.

---

[1]   5 DCMR Sections 1306.8-1306.13 are as follows:

1306.8 Employees shall have the right to appeal below average or unsatisfactory performance evaluations.

1306.9 Except as provided in § 1306.3, appeal of a performance rating of "below average" or "unsatisfactory" shall be made in writing to the Superintendent of Schools within thirty (30) days of receipt of the contested evaluation.

1306.10 An appeal shall set forth the reasons for the appeal. Upon receipt of an appeal, the Superintendent may establish an Impartial Review Board consisting of three persons.

1306.11 The Impartial Review Board shall be responsible for reviewing, on behalf of the Superintendent, the information available concerning performance of the individual.

1306.12 The Superintendent of Schools shall advise the employee, in writing, of the disposition of the contested evaluation.

1306.13 Any further appeal from the decision of the Superintendent by the employee shall be to the D.C. Office of Employee Appeals, pursuant to procedures established by that office.

16.3    In buildings where the central communication systems are operable, the system shall be used only for:

    16.3.1    Routine announcements at scheduled times determined by the Supervisor or his/her designee in consultation with the School Chapter Advisory Committee;

    16.3.2    Emergency directions concerning all personnel at any time; and

    16.3.3    Individual communications of any emergency nature to any given room only when time is an essential factor.

16.4    Under no circumstances will the electronic communication system be used to monitor the activities in a classroom or teachers' cafeteria without the knowledge and consent of the Teacher(s).

16.5    In cases of emergency, phone messages for Teachers shall be delivered immediately or as soon as the Teacher can be reached. Other telephone messages will be placed in the teachers' mailboxes. This message shall include the date and time of the call.

16.6    The handling of funds in any school will be worked out by Agreement between the Supervisor and the Teacher or teachers involved. This provision shall not apply to a Teacher who handles funds for an activity initiated by the Teacher. Teachers in career development centers/vocational programs who teach shop may be required to handle funds for shop work. Such teachers shall be covered against any loss of life or limb by Disability Compensation and any claim for personal property lost while handling such funds shall be processed in accordance with applicable laws.

16.7    Solicitation of Money

    16.7.1    Solicitation of teachers in any school building for contributions or donations shall be limited to announcement of opportunities for such contributions.

    16.7.2    Teachers shall not be required to collect money for any non-school-related organization.

16.8    Emergency School Closing

The Chancellor shall announce any emergency closing at the earliest possible time and shall submit such announcements for broadcast by local radio and television stations.

16.9    All teachers shall be provided a locker, or a locker-cabinet, and a desk in each building to which the Teacher is assigned. One of the items shall be lockable. In the event that any Teacher places an additional lock on such property, either a duplicate key or the combination thereof shall be provided to the Supervisor. In emergencies where the Supervisor needs to open the locked property, the Supervisor shall first seek to reach the Teacher and obtain the consent to unlock the property. In the event the Supervisor is unable to reach the Teacher, or obtain consent, the Supervisor may open the lock.

51

16.10   DCPS shall not hold a Teacher responsible for any injury to a student, which the Teacher could not reasonably prevent.

16.11   Department Chairpersons

    16.11.1   Department Chairpersons who receive a stipend shall be chosen from the current staff by the following process:

    16.11.2   Candidates for such positions will be interviewed by the School Personnel Committee (that shall consist of a member of the department for which the person is being interviewed), which will rank the candidates they deem qualified in order of preference.

    16.11.3   The Personnel Committee shall make a final recommendation to the Supervisor, who shall make the final decision.

    16.11.4   This process shall take place during the month of May of each school year. Chairpersons shall be appointed to a one-year term beginning on the day after the last day of school for students.

    16.11.5   In schools where department or grade-level chairpersons do not receive stipends, Teachers in each department or grade level shall be free to elect their own chairperson from among themselves by majority vote in secret ballot of all Teachers in the department or grade level. Upon his/her election, the elected chairperson will notify the building administrator in writing of his/her chairpersonship. Said election shall be held during the month of May of each school year. DCPS shall not be involved in any part of the election procedure described in this paragraph.

    16.11.6   Specific duties, responsibilities and requirements shall be developed for department and grade-level chairpersons by the Office of Human Resources.

16.12   Safe Conditions in Schools

    16.12.1   No class shall be held in any room or building where the teachers or children would be in physical danger because of the existence of unsafe conditions as determined by the Supervisor in consultation with the School Chapter Advisory Committee or with the appropriate District of Columbia government agency. The decision reached shall be made in the best interest of all concerned.

    16.12.2   DCPS shall be responsible for furnishing and maintaining conditions of employment that are free of hazards that are causing, or are likely to cause accidents, injury or illness to employees.

    16.12.3   Employees shall be guaranteed protection from any restraint, interference, coercion, discrimination or reprisal for filing a report of an unsafe or unhealthful condition, or for any other participation in a safety program.

16.13    Personnel Committee

16.13.1  Each school will have a School Personnel Committee that will interview and recommend all candidates for any vacant positions at the school, except the selection of the Principal. After interviewing the candidates for any vacant positions, the Personnel Committee will rank all the candidates in order of preference using a consensus method. This recommendation will be forwarded to the Supervisor, who will consider the recommendation in making the hiring decision.

16.13.2  When DCPS determines an excess is necessary, the Personnel Committee will make a recommendation as to which Teachers is excessed based on consensus. This recommendation will be forwarded to the Supervisor, who will consider the recommendation in making the excessing decision. The Teachers in the affected area may submit evidence to the Personnel Committee for their consideration. An individual who is in the affected area shall recuse him or herself from the Personnel Committee for this decision.

16.13.3  The members of the Personnel Committee will include:

16.13.3.1  The Supervisor or his/her designee;

16.13.3.2  The WTU Building Representative or his/her designee;

16.13.3.3  The Department Head, or grade level chairperson (or his/her designee) from the applicable department or grade level affected by the vacancy, or a member of the appropriate employee group (e.g., custodians, paraprofessionals, etc.). However, in the event the Personnel Committee is considering excessing, the Personnel Committee will instead include any one Department Head or grade level chairperson, or his or her designee;

16.13.3.4  At least one additional Teacher, but not more than four (4), elected by the WTU chapter at the school; and

16.13.3.5  A parent of a current student mutually agreed upon by both the WTU Building Representative and the building Supervisor.

16.13.4  At any time, any School Personnel Committee member can excuse him or herself from any Personnel Committee business.

16.13.5  All Personnel Committee business shall be conducted in a confidential manner. All information received, discussed and/or disclosed during the interview, hiring and excessing process shall be considered confidential, and will not be shared by any member of the Personnel Committee.. Nothing herein shall require DCPS to provide confidential personnel information to the Personnel Committee.

53

16.13.6   The WTU Building Representative shall ensure the election of the bargaining unit members on the Personnel Committee and call and conduct the meetings of the Personnel Committee.  The Principal shall be responsible for reviewing the recommendations of the Personnel Committee and providing any required documentation of the Principal's decision.  If the Personnel Committee fails to meet or act then DCPS will not be held responsible for the failure of the Personnel Committee to perform its duties under this section.

## ARTICLE 17 - LEAVE POLICIES

17.1   Sick and Emergency Leave

17.1.1   For the purposes of accruing and using sick leave, a day of leave is defined as eight (8) hours, regardless of the tour of duty. For leave recordkeeping purposes, one-half of the tour of duty is calculated as four hours. For leave implementation at the local school level one half, day of leave is equivalent to one half of the required work day, which equals three hours forty five minutes. Twelve (12) days (96 hours) of sick leave are posted at the beginning of each school year for ten (10) month teachers. Four (4) sick leave days may be used for general leave. General leave shall not be cumulative. Unused sick leave shall be carried forward from year to year.

17.1.2   In addition to the sick leave days, one day of "individual professional development leave" shall be posted at the beginning of each school year for all Teachers. Such leave shall be cumulative and unused "individual professional development leave" shall be carried over from year to year as part of the cumulative sick leave. The Chancellor and the President of the WTU shall mutually agree on the parameters associated with the use of "individual professional development leave."

17.1.3   Fifteen days (15) days (120 hours) of sick leave are posted at the beginning of each school year for twelve (12) month Teachers (ET 15/12). Four (4) sick leave days may be used for general leave. General leave shall not be cumulative. Unused sick leave shall be carried forward from year to year.

17.1.4   Thirteen and one half (13.5) days (108 hours) of sick leave are posted at the beginning of each school year for eleven (11) month teachers (ET 15/11). Four (4) sick leave days may be used for general leave. General leave shall not be cumulative. Unused sick leave shall be carried forward from year to year.

17.1.5   A Teacher who becomes sick or disabled to the point that he/she is unable to do his/her job, or has a scheduled medical or dental appointment, shall be permitted to use his/her accumulated leave in accordance with the Rules of the Board. (DCMR) Leave requests for medical or dental appointments must be made by the Teacher to his/her immediate Supervisor as soon as the appointment is known to the employee. If a Teacher cannot report for work due to illness,

54

he/she shall notify the Supervisor or designee as soon as possible, but in no case later than the first fifteen (15) minutes of the Teachers' work day.

17.1.6   A Teacher may be required to submit a doctor's certificate after three (3) or more consecutive days of absence due to illness, provided, however, that a Teacher may be required to submit such a certificate in support of sick leave for any lesser period if the Supervisor has reason to believe that the use of such leave has been abused.

17.1.7   In cases of emergencies, teachers may be required to submit appropriate documentation in support of such absences.

17.1.8   Teachers may be excused immediately from class, with charge to leave, for emergencies at any time upon oral explanation and notification to the Supervisor or his/her designee. For the purpose of this Article, emergency shall be defined as any situation requiring immediate attention over which the employee has no control.

17.1.9   Leave (sick and emergency), not to exceed thirty (30) days may be advanced to permanent and probationary teachers in cases of personal serious disability, illness or an emergency, which requires the Teacher's personal attention. Teachers in a temporary status may be advanced sick leave in amounts equal to anticipated sick leave accruals during their temporary appointments. A request for advanced leave must be submitted and approved in writing at least five (5) days prior to the absence.

17.1.10   Use of Hourly Leave

   17.1.10.1   Teachers shall be permitted to use hourly leave in one (1) hour and two (2) hour increments. DCPS and the WTU shall mutually agree on the format for the use of hourly leave and use of hourly leave shall be implemented no later than the beginning of the 2010-2011 school year.

17.1.11   Sick Leave Buy-Back Plan

   17.1.11.1   Teachers who have perfect attendance (no absences and no use of sick leave during a given school year) shall have the right to return to DCPS all of the sick leave they accrued during the year.

   17.1.11.2   A Teacher may elect to return to DCPS one half (1/2) of the sick leave days accrued but not taken during the current year at the current daily rate of pay. Unreturned sick leave shall be credited each year to the Teacher's sick leave balance and shall not be subject to the Sick Leave Buy-Back Plan.

17.1.11.3    Teachers who return accrued sick leave in accordance with Sections 17.1.11.1 and 17.1.11.2 above shall be compensated at the daily rate of pay that corresponds to their annual salary.

17.1.11.4    All unused and unreturned sick leave shall be carried forward from year to year.

17.1.12    WTU Leave "Banks"

17.1.12.1    A Teacher "Sick Leave Bank" shall be operated under guidelines approved by DCPS and the WTU.

17.1.12.2    Teachers shall have the right to donate one (1) day of their sick leave per year to the "Sick Leave Bank."

17.1.12.3    A Teacher "Maternity/Paternity Leave Bank" shall be operated under guidelines approved by DCPS and the WTU.

17.1.12.4    Retiring Teachers who have excess leave days following their retirement calculation shall have the right to donate the excess leave days to the "Maternity/Paternity Leave Bank."

17.1.12.5    Guidelines and operating procedures for the "Maternity/Paternity Leave Bank" shall be developed during the 2009-2010 school year and retiring Teachers shall be eligible to donate excess leave days effective April 1, 2010.  The WTU shall determine the starting date for bank use by Teachers.

17.2    General and Annual Leave

17.2.1    Twelve (12) month teachers (EG09) shall receive annual leave with pay for each calendar year, exclusive of Saturdays, Sundays and holidays as follows:

17.2.1.1    Teachers with less than three (3) years service shall receive thirteen (13) days;

17.2.1.2    Teachers with three (3) but less than fifteen (15) years of service shall receive twenty (20) days; and,

17.2.1.3    Teachers with fifteen (15) or more years of service shall earn twenty-six (26) days.

17.2.2    A request for the use of general or annual leave (Application for Leave) shall be given to the Supervisor or his/her designee at least one (1) day prior to the expected absence.  The unavailability of the application form at the school shall not be a reason for denial of leave.

17.3    Funeral/Bereavement Leave

56

17.3.1    Teachers shall be granted up to a total of four (4) days of leave (in addition to sick leave) during each school year without loss of pay or benefits for funeral or bereavement purposes.

17.3.2    The above shall not preclude the use of sick leave if additional days are needed for funeral or bereavement purposes.

17.3.3    Unused funeral/bereavement leave shall expire at the conclusion of each school year.

17.4    Administrative Leave

17.4.1    Administrative leave shall be granted to a Teacher when it is necessary for the Teacher, in a major hardship case, to use time during the school day to seek redress under the terms of this Agreement.

17.4.2    Teachers who are authorized by DCPS to attend appropriate job-related technical, scientific and professional conferences, conventions, meetings, seminars, symposiums, approved training courses, workshops and to visit industry and other schools during regular duty hours are considered to be in an administrative leave status.

17.4.3    Teachers shall be carried in a leave without loss of pay status when summoned to serve as a juror on a petit or grand panel, or to appear in court as a subpoenaed witness in their official capacity, or on behalf of federal, state, or municipal governments. The Teacher shall furnish his/her Supervisor with a copy of the summons within twenty-four (24) hours of his/her receipt of the summons. If a Teacher is excused from jury duty for a day or a substantial portion thereof, he/she shall report to the place of his/her employment and perform the duties assigned for that day or portion thereof. Any pay received for service as a witness or juror, other than expenses, shall be handled in accordance with applicable policy or law.

17.4.4    When a Teacher is injured in the performance of his/her duties, he/she shall be considered in a duty status during the time required for initial examination, emergency treatment, or treatment during duty hours.

17.4.5    A Teacher shall be granted a reasonable amount of time to present appeals in connection with adverse actions, grievances and discrimination complaints.

17.4.6    Leave shall not be charged when schools are closed to Teachers for emergency reasons.

17.4.7    Teachers who are injured on the job and are unable to work shall be entitled to compensation as provided for in Section 1-624.2 of the D.C. Code. Upon notification that a Teacher has been hurt on the job, the building Supervisor shall immediately notify the Office of Risk Management and submit all appropriate

57

documentation in a timely manner.  Copies of workmen's compensation forms shall be available at the work site.

17.5    Extended Leaves of Absence

    17.5.1    Extended leaves of absence with or without pay for periods in excess of thirty (30) days and not to exceed two (2) years may be granted by DCPS to permanent or probationary Teachers.  Among the reasons, but not limited to, for which such leaves of absence may be used are the following:

        17.5.1.1    Personal illness leave

        17.5.1.2    Family care leave

        17.5.1.3    Maternity leave

        17.5.1.4    Paternity leave

        17.5.1.5    Adoption leave

        17.5.1.6    Educational leave with pay

        17.5.1.7    Educational leave without pay

        17.5.1.8    Military service leave

    17.5.2    A Teacher who is granted an extended leave of absence for maternity/paternity purposes may elect to use her accrued sick leave at the time she begins the extended leave of absence from duty.

    17.5.3    A Teacher returning from an extended leave, as defined in this section, shall have the right to return to his/her former or comparable position.  The Teacher's return is not subject to mutual consent placement.

    17.5.4    A Teacher shall be permitted to return from maternity/paternity, adoption, or educational leave upon a thirty (30) day written notice of intent to return to work prior to the end of a semester.  This shall not preclude a Teacher from an earlier return at the discretion of DCPS.

    17.5.5    Military leave shall be granted as provided under Section 1-613.3(m) of the D.C. Code and Title 5, Section 1204.1 of the District of Columbia Municipal Regulations.

17.6    Educational Leave With Pay

    17.6.1    A permanent Teacher may be granted a leave of absence at the discretion of the Chancellor with one-half (1/2) of his/her salary after six (6) continuous years of service in the Public Schools of the District of Columbia to pursue full-time graduate study in a program approved by DCPS.

17.6.2   Such leave as granted in paragraph 1 above may be terminated at any time if the Teacher fails to pursue in a satisfactory manner the purpose for which said leave of absence was granted.

17.6.3   All years of satisfactory service as a probationary/permanent Teacher in DCPS shall be credited in determining eligibility for leaves of absence for educational purposes, with or without pay.

17.6.4   Teachers on approved educational leave shall be required to notify DCPS by May 1 annually of their intent to return for the following fall semester, and by November 1 annually of their intent to return for the following spring semester.

17.7   Family and Medical Leave

Teachers shall receive benefits as provided in the Family and Medical Leave Act of 1993, as amended, and as provided in the District of Columbia Family and Medical Leave Act of 1990.

17.8   Incarcerated Youth Program

In accordance with the MOA between DCPS and the Department of Corrections (DOC), Teachers working at the Incarcerated Youth program housed at DC Jail and the Correctional Treatment Facility shall be provided with paid vacation leave for the workdays between the end of the regular school year and the start of summer school, as well as 10 workdays of paid vacation leave immediately following the summer school session that ends in August of each school year. WTU and DCPS agree to continue discussions regarding implementation of hazardous duty pay for Teachers working in these correctional facilities.

17.9   WTU Service Leave

17.9.1   Upon proper application, permanent teachers may be granted a leave of absence without pay for one (1) school year to serve as a full time employee of the WTU pursuant to D.C. Code § 1-612.03(p). Such leave of absence shall be renewable on an annual basis upon request of the Teacher and the President of the WTU.

17.9.2   Teachers shall be on a leave of absence from their positions as employees with DCPS and shall suffer no loss in benefits during their service, but the pay and benefits cost to DCPS shall be repaid by the WTU.

17.9.3   The annual term of WTU service leave shall be from July 1 to June 30.

17.9.4   Teachers shall be required to reapply annually for WTU service leave no later than June 1.

17.9.5   A Teacher returning from WTU Service Leave, as defined in this section, shall have the right to return to his/her former or comparable position.

59

17.10    Return to Classroom for Teachers in Central Office Programs

Until the Council of the District of Columbia approves this Agreement, Mentors, Instructional Coaches, and other Bargaining Unit Teachers who are serving in non-teaching positions shall have the right to return to their former assignment or a comparable assignment. It shall be the responsibility of the Chancellor to ensure appropriate placement.

ARTICLE 18 - BEHAVIOR MANAGEMENT AND STUDENT DISCIPLINE

18.1    Behavior Management and Student Discipline

18.1.1    The parties agree that Title 5, DCMR Chapter 25 is the policy which establishes the procedures for maintaining student discipline.  The parties recognize that effective discipline will foster a productive learning environment whereby students develop self-control and self-direction.  Maintenance of discipline is necessary for an effective educational program to be conducted.  To that end, the WTU shall develop and provide to the Chancellor a system-wide template that will include the required components of school discipline/behavior management plans along with models of best practices.  DCPS shall distribute the template throughout the district by September 1.

18.1.2    Each local school shall form a Student Behavior Management Committee (SBMC).  The SBMC shall include, but not be limited to, the building administrator/designee, WTU Building Representative/designee, the LSRT Chairperson/designee, the president of the local parent/teacher association/designee, a representative from building security, and the president of the student government association (if one exists) and others as determined by the consensus of the team.

18.1.3    In accordance with the procedures, template, and model plans provided by the Subcommittee, the local school SBMC shall design a school wide discipline and behavior management plan based on the local school's disciplinary needs and consistent with Chapter 25 of DCPS rules. During the 2010-2011 school year, this plan shall be submitted to a joint DCPS/WTU Committee (one person appointed by the President of the WTU, one person appointed by the Chancellor, and a mutually agreed upon neutral) by January 15, 2011.  For each subsequent year, the plan shall be submitted to the joint committee within the first thirty (30) school days of each school year. The joint committee shall review the discipline and behavior management plans submitted by each SBMC, within sixty days (60) days of receipt of the plans, and the subcommittee shall approve or provide appropriate feedback.

18.1.4    The local school's discipline and behavior management committee shall conduct training to implement its specific plan.  Training shall be provided as soon as possible, but not later than the end of the first advisory.  The subcommittee shall provide oversight and assistance to schools in the training and implementation

60

of their plan, as well as ongoing monitoring of local school compliance with the discipline and behavior management plan.

18.1.5  Teachers shall exercise the responsibility for the supervision and discipline of students through the use of, but not limited to, appropriate instructional activities and materials, classroom management techniques, human relations skills, and referrals to available resources.  This responsibility shall be exercised throughout the school during the school day, during school sponsored activities, during out-of-school hours when the activity is Teacher initiated or is one for which the Teacher volunteers.

18.1.6  If a student conducts himself/herself in such a manner that seriously impedes learning for himself/herself and other students, or if the safety of himself/herself, other students, or the Teacher is seriously threatened, a Teacher shall be free to send or escort the student to the Supervisor's office, or to send for the Supervisor or his/her designee.

18.1.7  When a student is sent or escorted from class or other school area, the Teacher will confer with the Supervisor or his/her designee to provide the necessary information concerning the problem and shall provide a written statement of the problem at the end of the Teacher's work day on a form provided by DCPS.

18.1.8  When a student is referred to the Supervisor's office because of behavior difficulties, the Supervisor shall confer with the Teacher involved before making a decision on the disposition of the student.  Every effort should be made by the Supervisor and the Teacher to confer on the same day as the reported incident. Every consideration should be given to resolving the incident in a manner intended to return the student to a productive and acceptable learning environment as soon as possible.  However, the Teacher shall have the right to request that the student not return to his/her class prior to a parent conference if the student 's behavior is so severe as to interfere with the Teacher's ability to provide instruction.

18.1.9  The Teacher shall have the right to be accompanied by a representative of his/her choice in all phases of any follow up procedures following the disciplining of a student. Appropriate legal assistance and support will be provided to the Teacher in cases where the Office of the Attorney General of the District of Columbia so determines.

18.1.10  Possession, use or threatened use of weapons, firearms and controlled substances and the paraphernalia to use controlled substances, are crimes as defined in D.C. Code 22-3201 through 22-3217 and 33-601 through 33-603.

18.1.11  Employee and student safety is best protected through the administration of swift, decisive and certain consequences for inappropriate actions and breaches of student discipline. It is important to reinforce for students, parents and the

61

public at large, the notion that an illegal act is an illegal act, even if committed within the confines of the public school setting.  There is no sanctuary in a public school building for actions recognized as crimes under law or D.C. Code.

18.1.12 Where appropriate, a policy of Zero Tolerance, on matters of student misbehavior, acts of violence or threatened acts of violence, and assault and battery on school personnel will be applied in accordance with the District of Columbia Municipal Regulations, Chapter 25.

18.2 Personal Injury Procedures:

18.2.1 A Teacher who is the victim of an act of violence and who sustains disability on the job and acting within the course and scope of his/her duties shall be allowed leave with pay in accordance with workers compensation law and provisions, for such reasonable time as determined by the employee's physician(s).

18.2.2 A reasonable loss of time, not to exceed ten (10) days, resulting from an assault on a Teacher shall not be deducted from the Teacher's unused sick leave, provided that the Teacher has filed with the District the details of the assault and has filed a written report of the assault with the appropriate police department. Said sick leave shall be, when necessary, in addition to worker compensation leave provisions.

18.2.3 DCPS shall provide the Teacher with administrative leave for court appearances related to such event.

18.3 Supports for Students

18.3.1 In an effort to help students make positive behavior choices, DCPS shall:

18.3.1.1 Pilot an advisory model that pairs Teachers (and other school adults) with small cohorts of students;

18.3.1.2 Pilot a new Student Support Team model (school-based committees that shall include administrators, Teachers, other school staff, and parents/guardians) to coordinate academic and behavioral interventions for students who are academically below grade level, chronically absent or tardy, or at-risk for grade-level retention; and

18.3.1.3 Pilot alternative school settings for students whose needs are not being met in the traditional classroom. These settings shall include, but shall not be limited to:

18.3.1.3.1 "Twilight programs" for secondary students who, due to retention, are significantly older than their peers; and

18.3.1.3.2 Alternative high schools designed to more strategically engage students in the learning process.

62

18.4 Supports for Teachers

 18.4.1 Professional Development

  18.4.1.1 DCPS shall provide professional development for all Teachers on student discipline. It shall provide training on:

   18.4.1.1.1 How to keep students engaged in learning;

   18.4.1.1.2 How to establish clear expectations, routines, rules, and consequences;

   18.4.1.1.3 How to deemphasize inappropriate behavior by highlighting positive student choices;

   18.4.1.1.4 How to effectively enforce consequences for inappropriate behavior in a manner that helps reduce confrontation; and

   18.4.1.1.5 How to engage students' families in an effort to correct inappropriate behavior.

 18.4.2 Other

  18.4.2.1 DCPS shall also support Teachers and Schools by:

   18.4.2.1.1 Streamlining student discipline procedures and paperwork;

   18.4.2.1.2 Piloting a robust wraparound services model as a means of addressing the root causes of many student discipline issues;

   18.4.2.1.3 Piloting other innovative models such as robust in-school suspension programs to help Schools better manage student discipline challenges; and

   18.4.2.1.4 Ensuring the removal of severely disruptive students from the traditional classroom settings.

## ARTICLE 19 - REPORTING STUDENT PROGRESS

19.1 Reporting Student Progress

 19.1.1 The primary responsibility for evaluating the work of the student shall rest with the Teacher. In the event that any grade should be challenged, the Teacher must produce tangible, pertinent, detailed and dated records to substantiate the grade given. In the absence of such reports, the Teacher must raise or lower such grade in accordance with all factors involved. In no case shall a grade be changed by

63