the Supervisor or the Chancellor or her/his designee, unless the Teacher fails to adhere to the provisions above.

19.1.2   In the event a grade is challenged, the Supervisor shall immediately notify the affected Teacher of the challenge in writing. Such notice shall be appropriately documented by the Supervisor. The Supervisor and the Teacher shall meet to discuss and review the documentation substantiating the grade. If any grade modifications are made pursuant to the challenge process herein described, the relevant Teacher shall be notified in writing by the Supervisor prior to the change and include the reasons for the change.

19.1.3   If a student is failing a course or grade, the Teacher shall notify the student, his/her parent or guardian, and the Supervisor as soon as such is determined, but in no case later than mid-advisory/mid-grading period, on a form provided by the Chancellor for this purpose. Conferences shall be held by the Teacher if the student, Supervisor, parent or guardian requests them. Each conference shall be followed by a written report, a copy of which shall be given to the parent or guardian and the Supervisor before the end of the advisory grading period.

19.1.4   Accurate and current records of student progress shall be maintained by teachers at all times in a manner determined by the Chancellor after collaboration and discussion with the WTU. Such records shall be available for examination by the students, parents, and Supervisors.

19.1.5   The Chancellor shall furnish sufficient storage, including folders and file cabinets, for the storing of documentation associated with student achievement.

19.1.6   All final failing grades for students must be submitted to the school office by the date established by the Chancellor.

19.2   Student Grades:

19.2.1   Teachers shall record student grades on the form provided by the Chancellor. The report cards shall be prepared within five (5) school days after the close of each advisory/grading period, except in June when report cards shall be issued on the last day of school for students.

19.2.2   In computerized schools, teachers shall complete and submit the computer mark report and attendance forms to the school office within five (5) school days after the close of the advisory/grading period and/or the receipt of the form by the Teacher.

19.2.3   Where applicable, teachers shall complete the report required by the Governing Licensure Board.

19.3   The Chancellor agrees to provide one-half (1/2) day of recordkeeping at the end of each of the first three advisories for all WTU bargaining unit Teachers. The Chancellor agrees to provide one-half (1/2) day of recordkeeping for the fourth advisory on or before the last

64

day of school for teachers.  DCPS shall provide sufficient time for Teacher recordkeeping during the workday, including use of the 30-minute morning block when necessary.

19.4    Promotion and Graduation

19.4.1    In each high school, the Supervisor will provide teachers with lists of students who are candidates for graduation within ten (10) days after the end of the 2nd advisory, within ten (10) days after the end of the 3rd advisory, and immediately upon the completion of the 4th advisory and before graduation ceremonies.

ARTICLE 20 - RELIEF FROM NON-TEACHING DUTIES

20.1    Teachers shall not be required to perform any of the following:

20.1.1    Any work in the roll book, including related Forms 1, 1A and 3.

20.1.2    Duty on buses carrying children between home and school.

20.1.3    School-wide detention.

20.1.4    Duties as to Impact Aid Forms, except distribution, collection and completion of the related membership form.

20.1.5    Duty on buses carrying children to and from school activities other than:

20.1.5.1    Activities initiated by the Teacher;

20.1.5.2    Activities beginning during the school day; and,

20.1.5.3    Class projects.

20.1.6    Clerical work as to health records on the secondary level.

20.1.7    Initial clerical entries on health records on the elementary level.

20.1.8    Initial clerical entries on cumulative records.

20.1.9    Clerical entries on permanent records in the senior high schools and career development centers.

20.1.10    Regularly scheduled lavatory duties, except on the elementary level where teachers shall continue to escort their classes to and from the lavatory during the health period.

20.1.11    Clerical duties with respect to questionnaires from non-DCPS sources.

20.1.12    Scoring citywide tests.

20.1.13    Collection of money:

65

       20.1.13.1   In the middle, junior or senior high schools for any purpose;

       20.1.13.2   In the career development centers for any purpose other than for shop work; and,

       20.1.13.3   In the elementary schools for any purpose other than to collect insurance envelopes, and except in each case of Teacher initiated activities.

    20.1.14  Clerical duties as to roster cards.

    20.1.15  Clerical duties as to student schedule cards.

    20.1.16  Keep school-wide inventories of supplies, equipment, and textbooks, which are not related to the Teacher's instructional program.

    20.1.17  Monthly reports for all special education programs, except the updating of said forms as needed.

20.2    Educational aides and school assistants, who are assigned to the school, shall be scheduled to assist teachers with cafeteria and playground duty.

20.3    Teachers will not be required to fill out any forms unless they are official DCPS forms or forms required by a government agency or forms devised jointly by SCAC and the Administration.

## ARTICLE 21 - ADDITIONAL SCHOOL FACILITIES

21.1    Adequate facilities and supplies will be made available in Teacher washrooms. Dispensers for female needs shall be made available in an appropriate location in the school. Proceeds from these dispensers shall be used to supply and maintain such dispensers.

21.2    To encourage the use of technology in instruction and other instruction that requires extended room preparation, where possible DCPS shall assign each classroom Teacher a permanent individual classroom from which to provide classroom instruction to students. When the number of teachers exceeds the number of available classrooms, the SCAC and the building Supervisor shall ensure appropriate teaching facilities for teachers not assigned a permanent classroom.

21.3    Copying Facilities

    21.3.1  DCPS shall provide Teachers with access, throughout the workday, at each school with an appropriate and functioning copying machine:

    21.3.2  The copier shall be placed in a convenient location for Teachers' use and shall be sufficiently maintained and supplied.

    21.3.3  The Supervisor and the SCAC shall jointly develop procedures to ensure equitable and appropriate use of the copy machine.

21.4    File Cabinets

    21.4.1    The Supervisor shall provide each Teacher at her/his School with a file cabinet for the purpose of storing student papers.

    21.4.2    The Supervisor shall also provide each Teacher with a sufficient number of file folders.

21.5    Personal Storage

    21.5.1    All Teachers shall be provided a locker, or a locker-cabinet, and a desk in each building to which the Teacher is assigned. One of the items shall be lockable. For classroom Teachers, these items shall be inside the classroom.  For non-classroom Teachers the items shall be located within their assigned office.  In the event that any Teacher places an additional lock on such property, either a duplicate key or the combination thereof shall be provided to the Supervisor. In emergencies where the Supervisor needs to open the locked property, the Supervisor shall first seek to reach the Teacher and obtain the consent to unlock the property. In the event the Supervisor is unable to reach the Teacher, or obtain consent, the Supervisor may open the lock.

21.6    Teacher Lounge

    21.6.1    Teachers shall have access to a lounge, exclusively for their use, in each School.

    21.6.2    The SCAC shall develop policies and procedures for the use of the lounge.

21.7    Parking

    21.7.1    Where possible, DCPS shall provide free parking to Teachers at each School.

    21.7.2    When the School co-located with a charter school, Teachers shall have priority in parking unless a preexisting Agreement provides otherwise.

    21.7.3    The Parties agree to explore means of providing free parking for Teachers when such parking is insufficient at a School.

### ARTICLE 22 - STUDENT ACTIVITY FUND

22.1    Money earned through school projects shall be kept in the Student Activity Fund (SAF) maintained at each school. The Supervisor has the ultimate responsibility for all SAF monies received or disbursed within the school. The procedures for the allocation of this money in any school shall follow Section 22.2 through Section 22.7 of this Article.

22.2    The administration of the funds shall be in accordance with the "Student Activity Funds Policy Manual" issued June 1996 and the Superintendent's revised Directive #623 on Student Activity Funds.

67

22.3    "School project" shall be defined as any project initiated by an individual Teacher, a group of teachers (e.g., departmental or grade level), or by the faculty as a whole, which is held on public school property, during, before or after school hours, and involves the use of school personnel (pupils and school staff) for the purpose of raising funds. Projects shall be reviewed and approved by the Supervisor before being started.

22.4    Any funds raised under the conditions described in this Article shall be deposited in the SAF and shall be used for school purposes only. Funds raised by individual teachers or groups of teachers for specific uses (e.g., classroom grade level, departmental or recognized school club needs), shall be administered through the SAF as a separate "Activity" and used for the purpose for which the funds were raised, except that those persons involved in the fund raising may agree to use all or part of the funds for other school purposes. Funds raised for the benefit of all students in the School shall be deposited in the "General Fund Activity" within the SAF. Funds raised by the faculty as a whole for general school purposes shall be allocated under procedures developed by the Supervisor and the School Chapter Advisory Committee.

22.5    Unused funds in specific accounts at the end of the school year shall be carried over in the account to the next year, unless otherwise specified in the Student Activity Fund Policy Manual.

22.6    The School Chapter Advisory Committee and the WTU shall have the right to have vending machines installed in Teacher lounges and shall assume all responsibilities therefore. Funds earned through vending machines in teachers' lounges shall be deposited in a faculty account within the SAF and used only for faculty and school purposes as designated by the SCAC. The funds shall be subject to semi-annual audits and reports to the Supervisor, faculty and the WTU. DCPS and the WTU agree that financial distribution of funds from vending machines SCAC teachers' lounges shall be in accordance with the memorandum of understanding between DCPS and WTU.

22.7    Both internal and external audit reports on the SAF shall be available, upon request, to the faculty, School Chapter Advisory Committee and the public.


ARTICLE 23 - POLICIES RELATING TO WORKING CONDITIONS OF TEACHERS

23.1    Work Year

  23.1.1    ET-15 Teachers

    23.1.1.1    The work year for 10-month ET-15 Teachers shall be one hundred ninety-two (192) days, of which not more than one hundred eighty-five (185) shall be Instructional Days.

    23.1.1.2    DCPS shall have the right to extend the work year up to one hundred ninety-six (196) days, provided that each additional day beyond the

68

one hundred ninety-two (192) days referred above is used for professional development jointly developed by DCPS and the WTU.

23.1.2   ET-15/11 Teachers

The work year for eleven-month Teachers shall be two hundred ten (210) days. ET 15/11 Teachers shall receive the same holidays and breaks as ET 15 Teachers, including July 4th, the day after Thanksgiving and winter and spring breaks.

23.1.3   ET-15/12 Teachers

The work year for twelve-month Teachers shall be 228 days. ET 15/12 Teachers shall receive the same holidays and breaks as ET 15 Teachers, including July 4th, the day after Thanksgiving and winter and spring breaks.

23.1.4   EG-09 Teachers

EG-09 Teachers shall receive the same holidays and breaks as ET 15 Teachers, including July 4th, the day after Thanksgiving and winter and spring breaks.

23.2   Work Day

23.2.1   The work day for ET-15 and ET-15/12 Teachers shall be seven-and-one-half (7.5) consecutive hours beginning no earlier than 7:30 AM and ending no later than 4:30 PM, inclusive of a duty-free lunch period, except as provided for elsewhere in this Agreement.

23.2.2   The workweek for EG-09 Teachers shall be forty (40) hours.

23.2.3   Individual Teacher schedules and the schedules of groups of teachers in their respective Schools may be adjusted but in no case shall a Teacher's schedule exceed the length of the workday specified above without the Teacher's consent or as otherwise provided for in this Agreement.

23.3   Signing In and Out

23.3.1   Teachers shall, immediately upon their arrival, record in the main office of their School the time of their arrival, and shall report to their classroom or place duty at least thirty-five (35) minutes prior to the start of the official school day for students.

23.3.2   Teachers shall record in the main office of their School the time of their departure at the end of the school day.

23.3.3   Itinerant Teachers shall record the time of their arrival and departure in the main office of each of their assigned Schools.

23.3.4   Teachers shall not be required to use time clocks.

23.4    Leaving the School Building

 23.4.1    Teachers shall have the right to leave the School building during their duty-free lunch period provided they return at the end of the lunch period in time to perform their scheduled duties and responsibilities.

23.5    Emergency School Closing

 23.5.1    DCPS shall announce any emergency closing via the DCPS website at the earliest possible time.

 23.5.2    DCPS shall also submit such announcements to the local media in a timely fashion.

 23.5.3    Teachers shall not have their sick leave reduced as a result of emergency closings.

23.6    Planning Periods

 23.6.1    Purpose

  23.6.1.1    The Parties agree that planning periods shall be used for instructional purposes: planning lessons, reviewing student work, maintaining student records, holding conferences, and other similar activities.

 23.6.2    Elementary Planning Periods

  23.6.2.1    General Rules

   23.6.2.1.1    All Teachers serving in elementary schools shall receive two hundred twenty-five (225) minutes per week for planning periods.

   23.6.2.1.2    The planning periods shall be scheduled during the normal workday, as defined in this Agreement.

   23.6.2.1.3    The Supervisor, in consultation with the SCAC, shall implement the following options, in the order provided below, to achieve the two hundred twenty-five (225) minutes for planning periods. The Supervisor shall proceed to the next option only if the previous option cannot be achieved.

  23.6.2.2    Options

   23.6.2.2.1    Priority 1

    23.6.2.2.1.1    Teachers receive 45-minute planning periods five days a week.

70

| Frequency | Planning Period Length |
|---|---|
| 5 Days of the Week | 45 Minutes Per Day |

23.6.2.2.2  Priority 2

23.6.2.2.2.1  Teachers receive planning time four days a week.  Three days of 45 minute planning periods and one 90 minute planning period.

| Frequency | Planning Period Length |
|---|---|
| 3 Days of the Week | 45 Minutes Per Day |
| 1 Day of the Week | 90 Minutes Per Day |

23.6.2.2.3  Priority 3

23.6.2.2.3.1  Teachers receive planning time three days a week.  One day of 45 minute planning period and two days of 90 minute planning periods

| Frequency | Planning Period Length |
|---|---|
| 1 Day of the Week | 45 Minutes Per Day |
| 2 Days of the Week | 90 Minutes Per Day |

23.6.2.2.3.2  OR two days of 45 minute planning periods and one day of 135 minute planning period.

| Frequency | Planning Period Length |
|---|---|
| 2 Days of the Week | 45 Minutes Per Day |
| 1 Day of the Week | 135 Minutes Per Day |

23.6.2.2.4  Priority 4

23.6.2.2.4.1  This option shall be implemented only for those teachers for whom the Supervisor is unable to achieve the required minimum of 225 minutes of weekly planning time through use of option 1, option 2, or option 3 of this section. In such case, each

71

Teacher affected shall be provided a minimum of 225 minutes per week of individual planning time using the following procedures.

23.6.2.2.4.2    The Supervisor shall provide each Teacher with at least three (3) minimum 45-minute daily individual planning periods between the hours of 8:40 am and 3:15 pm each week.

23.6.2.2.4.3    The Supervisor shall use two (2) of the 30-minute morning blocks (60 minutes), if there is a need to achieve one (1) additional individual planning period for the Teacher.

23.6.2.2.4.4    The Supervisor shall use three (3) of the 30-minute morning blocks (90 minutes), if there is a need to achieve 2 additional individual planning periods for the Teacher.

23.6.2.2.4.5    One example of priority 4 shown below:

| Frequency | Planning Period Length |
|---|---|
| 3 Days of the Week | 45 Minutes Per Day |
| 3 Days of the Week | 30 Minutes Day (During the Thirty-Minute Morning Block) |

23.6.2.2.4.6    All planning periods provided through the use of the 30-minute morning blocks shall be at least 30 minutes in duration and shall be scheduled from 8:10 am to 8:40 am, unless agreed to by the Teacher.

23.6.3    All special subject classes will begin on the first day of school.

23.6.4    In instances where a special subject Teacher is not available to provide coverage for a Teacher's scheduled planning period, the building Supervisor shall:

23.6.4.1    Seek a substitute;

23.6.4.2    Utilize an alternative planning schedule; and/or

72

23.6.4.3    Implement an alternative planning mechanism to be determined by the Supervisor and the SCAC.

23.6.5    Secondary Planning Periods

23.6.5.1    All secondary school teachers shall be given at least five (5) daily planning periods per week that are equal in length to a class period, except as may be mutually agreed between the Supervisor and the Teacher.

23.6.5.2    The planning periods shall be scheduled during the normal workday, as defined in this Agreement.

23.7    Lunch Period

23.7.1    Secondary Schools

23.7.1.1    In secondary schools, each Teacher shall have a duty-free lunch period equal in length to a full teaching period. However, in no case shall a Teacher's lunch period be less than 45 minutes or exceed 60 minutes. A duty-free lunch period shall not include the supervision of students.

23.7.2    Elementary Schools

23.7.2.1    In the elementary schools, the Supervisor and the School Chapter Advisory Committee shall develop a schedule and utilize available resources, so that each Teacher shall have a minimum forty-five (45) minute, duty-free, uninterrupted lunch period each day. When it is impossible to configure the master schedule to provide each Teacher a daily minimum forty-five duty free lunch period, the schedule shall be arranged to provide each Teacher a minimum of 225 minutes of duty free lunch per week. In such cases, each Teacher shall be given no less than a thirty minute, duty free, uninterrupted lunch period daily. Teachers, Teacher-aides, and school assistants shall be rotated for lunch duty on an equitable basis throughout the school year. The rotation system shall be arranged in consultation between the Supervisor and the School Chapter Advisory Committee. During the duty-free lunch period, a Teacher shall not be required to monitor students, escort students to and from lunch, escort students to the playground or to class or other activities.

23.7.3    Special Education City-Wide Schools

23.7.3.1    In the Special Education City-Wide Schools, the Supervisor and the School Chapter Advisory Committee shall develop a schedule and utilize available resources, so that each Teacher shall have a minimum forty-five (45) minute, duty-free, uninterrupted lunch

period each day. When it is impossible to configure the master schedule to provide each Teacher a daily minimum forty-five duty free lunch period, the schedule shall be arranged to provide each Teacher a minimum of 225 minutes of duty free lunch per week. In such cases, each Teacher shall be given no less than a thirty minute, duty free, uninterrupted lunch period daily. Teachers, Teacher-aides, and school assistants shall be rotated for lunch duty on an equitable basis throughout the school year. The rotation system shall be arranged in consultation between the Supervisor and the School Chapter Advisory Committee. During the duty-free lunch period, a Teacher shall not be required to monitor students, escort students to and from lunch, escort students to the playground or to class or other activities.

23.7.4   Career Development Centers/Vocational Programs

23.7.4.1   In these schools, each Teacher shall have a duty-free lunch period equal in length to a full teaching period. However, in no case shall a Teacher's lunch period be less than 45 minutes or exceed 60 minutes. A duty-free lunch period shall not include the supervision of students.

23.7.4.2   Whenever possible, teachers with double shops in the career development centers/vocational programs will be relieved of section duties.

23.7.4.3   In the career development centers/vocational programs, each Teacher shall have a duty-free lunch period of a full teaching period.

23.7.4.4   In shops and other classrooms where special work projects are carried on, requests for such projects shall be channeled to the Teacher through the Supervisor. These special work projects will be performed under the direction of the Teacher. Any request relating to community programs, improvements, or renovation shall come first to the attention of the Supervisor and then shall be forwarded to the shop Teacher affected. The Teacher, in consultation with the Supervisor, shall decide whether the project is to be undertaken.

23.8   Thirty-Minute Morning Block

23.8.1   The Thirty-Minute Morning Block shall be defined as the period from 8:10 AM until 8:40 AM for all DCPS schools that operate under a traditional instructional schedule (8:45 AM to 3:15 PM).

23.8.2   The Thirty-Minute Morning Block shall be defined as the thirty (30) minutes prior to a five minute period before the start of the school day for students for all DCPS schools that operate under a non-traditional instructional schedule (anything other than 8:45 AM to 3:15 PM).

74

23.8.3   Each School shall establish a Morning Block Team (MBT), which shall consist of the Supervisor (or her/his designee), the Building Representative (or her/his designee), the Instructional Coach, all department and grade level chairs, and other Teachers as designated by the Supervisor or the Building Representative.

23.8.4   The MBT shall develop a Morning Block plan and a monthly calendar of the use of the Morning Block that shall be provided to all Teachers. The Morning Block plan shall include schedules, procedures, and substantive details, within the guidelines established below and developed with faculty input.

23.8.5   It is understood that in order to be effective, the use and format of Morning Block must be cooperatively designed by principals and teachers, and both need professional development in facilitation of collaborative planning.

23.8.6   The Morning Block plan shall be available, upon request, to both DCPS and the WTU.

23.8.7   The Morning Block plan shall be consistent with the requirements of a School's restructuring program or intervention model.

23.8.8   The Morning Block shall be used only for the following purposes:

   23.8.8.1   Collaborative planning, which may include:

      23.8.8.1.1   Analysis of student data;

      23.8.8.1.2   Sharing of best practices;

      23.8.8.1.3   Implementation of the DCPS standards-based curricula;

      23.8.8.1.4   Alignment of instruction with assessments; and

      23.8.8.1.5   Discussion of educational issues.

   23.8.8.2   Individual Teacher planning;

   23.8.8.3   Recordkeeping; and

   23.8.8.4   Professional development.

23.8.9   The Parties agree to provide training on collaborative planning to Teachers and Supervisors.

23.9   Conference with Parents

23.9.1   The responsibility of the Teacher to be available for conferences with parents is recognized as a Teacher's professional responsibility and shall be encouraged by the Parties. Such contact with parents may be accomplished by personal appointment, parent-Teacher conference meetings, home visits, and e-mail or

telephone conversations. In order to contact parents, DCPS shall provide a sufficient number of dedicated phones for Teachers.

23.9.2   Teachers are required to attend, for the sole purpose of meeting with parents, not more than four parent-Teacher conference meetings during each school year. Three of these shall be held on non-instructional days from 12:00 noon to 7:00 pm, including a one-hour break. One of the four conferences shall be a "Back-to-School" night, which shall be scheduled in accordance with each school's needs.

23.10   Shared Scheduling

23.10.1   Teachers who are shared between two (2) Schools shall alternate between the Schools in the following manner:

23.10.1.1   During "Week 1," such Teachers shall report for three (3) full days to Site A, and then for two (2) full days to Site B.

23.10.1.2   During "Week 2," such Teachers shall report for two (2) full days to Site A, and then for three (3) full days to Site B.

23.10.1.3   Such Teachers shall mutually determine with their Supervisors which School shall be Site A and which shall be Site B.

23.10.1.4   The provisions above shall be strictly adhered to unless the Teacher and her/his Supervisors mutually agree to an alternate arrangement.

23.11   Faculty Meetings

23.11.1   DCPS and the WTU agree that faculty meetings shall encourage dialogue between the Supervisor and Teachers on all matters related to the School. To this end, both the Supervisor and Teachers shall be free to discuss matters of concern at such meetings.

23.11.2   The Supervisor shall have the right to call one (1) required general faculty meeting per month.

23.11.3   The Supervisor shall have the right to call one (1) additional required general faculty meeting in the months of September and June, as necessary.

23.11.4   The Supervisor shall have the right to call one (1) additional required general faculty meeting in all other months of the school year, provided that:

23.11.4.1   The Supervisor fully complies with his or her requirement to schedule and meet monthly with the SCAC, pursuant to Section 9.1.;

76

23.11.4.2   The Supervisor consults with the SCAC on the dates and times of the additional meetings;

23.11.4.3   The Building Representative (or her/his designee) is afforded no less than ten (10) minutes during each meeting to discuss WTU related business; and

23.11.4.4   At least two of the additional meetings are for faculty discussion of and input into the Local School Plan and the School Budget, of which:

23.11.4.4.1 One (1) shall be during the development phase; and

23.11.4.4.2 One (1) shall be after the Supervisor finalizes the Local School Plan and the School Budget, but prior to her/his submitting them to DCPS.

23.11.5   Attendance at such meetings is required, but in the event of an emergency, the Teacher will be excused upon notification to the Supervisor or his/her designee.

23.11.6   The Supervisor shall provide to Teachers an agenda at least twenty-four (24) hours in advance of each faculty meeting.

23.11.7   No faculty meeting shall exceed one (1) hour in duration, nor extend beyond 4:30 PM, unless mutually agreed to by the Supervisor and the Building Representative.

23.11.8   Nothing in this article shall prevent the Supervisor from calling additional meetings for Teachers to attend on a voluntary basis.

23.12   Non-Instructional Days Prior to the First Day of School for Students

23.12.1   The Supervisor shall have the right call one (1) mandatory, introductory meeting for Teachers during the non-instructional days that precede the first day of school for students. This meeting shall be no more than three (3) hours in length, unless the SCAC and the Supervisor mutually agree to an extension.

23.12.2   Teachers shall be provided with a minimum of one and half (1.5) days for planning and room preparation.

77

23.13    Class Size

23.13.1  Except as provided in Section 23.13.3, maximum class size shall not exceed the following:

| Class Type | Maximum Size |
|---|---|
| Pre-Kindergarten Without an Aide | 15 |
| Pre-Kindergarten With an Aide | 20 |
| Kindergarten Through Grade 2 | 20 |
| Grades 3 Through 12 | 25 |
| Remedial Classes | 12 |
| Career and Technology Education | 18 |

23.13.2  Special Provisions for Classrooms that Serve Students with Disabilities

23.13.2.1  Self-Contained Classrooms

When the Least Restrictive Environment (as defined by the Individuals with Disabilities Education Act) is a self-contained classroom, maximum class size shall not exceed the following:

| Class Type | Maximum Size |
|---|---|
| Autism | 6 |
| Emotional Disabilities | 8 |
| Hearing Impairments/Deafness | 5 |
| Mental Retardation (Mild/Moderate) | 12 |
| Mental Retardation (Severe) | 6 |
| Mental Retardation (Profound) | 4 |
| Orthopedic Impairments | 10 |
| Physical Disabilities | 4 |
| Speech/Language Impairments | 12 |
| Traumatic Brain Injury | 10 |
| Visual Impairments/Blindness | 5 |

23.13.2.2  Learning Centers

78

When the Least Restrictive Environment (as defined by the Individuals with Disabilities Education Act) is a Learning Center, maximum class size shall not exceed the following:

| Class Type | Maximum Size |
|---|---|
| Learning Center | 10 |

23.13.2.3   Inclusion

Due to the complexities of class size provisions in any contract, the WTU and DCPS agree to form a committee to review the possibility of developing and using a "weighted formula" for determining appropriate class size in DCPS. In addition, this committee will recommend solutions when DCPS is unable to meet the class size provisions.

23.13.2.4   IEP Caseloads

Individual Education Plan (IEP) caseloads shall not exceed fifteen (15) per Teacher.

23.13.3   An acceptable reason for altering the class size may be any of the following:

23.13.3.1   Lack of sufficient funds for equipment, supplies, or rental of classroom space;

23.13.3.2   Lack of classroom space and/or personnel available to permit scheduling of any additional class or classes in order to reduce class size;

23.13.3.3   Conformity to the class size objective because it would result in the organization of half or part time classes;

23.13.3.4   A class larger than the above is necessary and desirable in order to provide for specialized or experimental instruction;

23.13.3.5   Placement of pupils in a subject class for which there is only one (1) on a grade level;

23.13.3.6   Size of specific classroom space is inadequate.

23.14   Teaching Assignments

23.14.1   Teachers may express in writing to the Supervisor their preference of grade assignment in the elementary school and subject assignment in the secondary school. If a Teacher does not receive his/her requested assignment, he/she shall be so notified in writing with the reason(s) stated.

79

23.14.2  Teachers' programs will be established in accordance with the following guidelines:

    23.14.2.1  Teachers' abilities and preparation shall be a prime consideration;

    23.14.2.2  The number of different rooms in which assignments occur for a Teacher shall be held to the minimum;

    23.14.2.3  Equitable standards shall be applied within a school for exemptions from homeroom and building assignments; and,

    23.14.2.4  In rooms with specific stations (shops, typing rooms, laboratories), the number of pupils assigned to such rooms shall not exceed the number of stations available, provided that in the programming of such classes, an extra number of pupils equal to the anticipated attrition rate may be included.

23.14.3  Teachers shall have the opportunity to express their preference of assignment to school committees and other extracurricular activities for which there is no pay. These requests shall be honored on the basis of competency of the individual in the judgment of the Supervisor.

23.14.4  Elementary teachers shall receive their tentative grade assignments and secondary teachers shall receive their tentative subject assignment for the next school year no later than the last day of the current school year.

23.14.5  In the secondary schools, there shall be no more than three (3) consecutive periods of academic teaching assignments, except where the Teacher agrees. However, in schools with block schedules, there should be no more than two consecutive teaching periods, except where the Teacher agrees.

23.14.6  In the secondary schools, efforts shall be made to keep the number of lesson preparations to a minimum, consistent with an effective teaching program.

23.14.7  A secondary Teacher may be assigned to a duty in lieu of a teaching period.

23.15  Non-Traditional Scheduling

23.15.1  The SCAC must consider requests for non-traditional scheduling.

23.15.2  If the SCAC recommends the implementation of such nontraditional scheduling, then the entire faculty must, by secret ballot vote, approve the measure by a percentage of no less than 66 and 2/3% before such implementation may occur.

23.15.3  Where non-traditional schedules are adopted, the term "teaching period" shall mean at minimum, the average length of time for a class period in a traditional secondary instructional day.

80

23.15.4 Teachers who are unable to adapt to non-traditional scheduling shall be permitted to seek a voluntary transfer to another school in accordance with Teacher Transfer Policy.

23.15.5 Secondary Schools include high schools, junior high schools, grades 6, 7 and 8 in middle schools and educational centers.

23.16    Substitute Service

23.16.1 Teachers shall not be required to obtain their own substitutes.

23.16.2 DCPS shall make every effort to provide substitute service for every absence of a Teacher, provided the Teacher notifies her/his Supervisor of the absence in accordance with the rules established in this Agreement.

23.16.3 In cases when a Teacher fails to notify her/his Supervisor of the absence in accordance with the rules established in this Agreement, DCPS shall make a concerted effort to provide a substitute, but shall be under no obligation to do so.

23.16.4 Except where it is not possible to do so, Teachers shall have available for substitute teachers current class lists, lesson plans, and other appropriate materials to enable the substitute Teacher to carry out her/his duties.

23.16.5 DCPS agrees to review and revise, in collaboration with the WTU, the recruitment, training, and evaluation of substitute teachers with the goal of ensuring a highly effective substitute pool of sufficient size to support Teachers.

23.17    Class Coverage

23.17.1 In emergencies and in cases when substitute service cannot be obtained for an absent Teacher, other Teachers may be required to provide class coverage.

23.17.2 If a Teacher notifies the principal or his designee less than twenty-four (24) hours before the start of the Teacher's tour of duty that he/she will be absent, that shall constitute an emergency. In such cases, the principal will make a concerted effort to find a substitute.

23.17.3 In emergency situations, Teachers in secondary schools may be required to cover classes on a per-period rotation basis. On the elementary level, Teachers may be required to accept other students in their classrooms for instruction, with consideration given to class size, equitable distribution and the grade levels of the students involved.

23.17.4 The Supervisor and the SCAC shall jointly develop procedures for assigning class coverage on a voluntary basis, except as provided below.

23.17.5 When a building Supervisor is unable to provide substitute services for an absent Teacher during the instructional day, the Supervisor may require teachers to

81

provide coverage for the absent Teacher's students. When a Teacher is required to provide class coverage for students, the Teacher shall be compensated in accordance with the following sections:

23.17.5.1    Secondary Level and Block Schedules

        23.17.5.1.1 Secondary teachers who are assigned to provide instructional coverage for an absent Teacher's students, which results in the loss of a planning period for the Teacher, shall receive compensation for the additional workload using Administrative Premium.

        23.17.5.1.2 The Chancellor and WTU agree to jointly update the Pro Rata Pay Scale covering secondary schools with traditional class schedules (5 teaching periods) and those with block or modified block schedules in accordance with the current Administrative Premium rate.

23.17.5.2    Elementary Level

        23.17.5.2.1 When an elementary Teacher is required to accept additional students in his/her class due to a Teacher's absence, and the additional number results in a class exceeding the contractual limit, the Teacher shall be paid at the Administrative Premium per day of coverage. This per diem rate shall also apply to a special subject Teacher if the additional number of students results in three (3) or more of his/her classes exceeding the contractual limit.

        23.17.5.2.2 When an elementary Teacher loses his/her planning period due to coverage based on the absence or unavailability of a special subject Teacher, itinerant Teacher or other person(s) designated in the master schedule to provide the Teacher with a planning period, the Teacher shall receive compensation using Administrative Premium.

        23.17.5.2.3 Time records for pay for coverage shall be submitted by the local school Supervisor or his/her designee in accordance with the same timeline submission requirements for regular Teacher pay. Teachers shall receive their pay for coverage compensation on a biweekly basis through a process approved by DCPS and the WTU.

23.17.6   DCPS and WTU will execute a Memorandum of Understanding that further defines pay for coverage, loss of planning time, and loss of lunch time.

23.18  Lesson Plans

    23.18.1  Daily, unit, and long-term lesson plans shall be required of each Teacher and such plans shall be available for review by the principal/Supervisor at any time upon his/her request. The Supervisor shall be permitted to make a copy of the lesson upon request. It is understood that lesson plans are used as a guide to the Teacher in structuring the learning experiences of pupils. The system-wide template prescribes the minimum required elements for a lesson plan. No Teacher shall be required to provide more detail than that which is required in the system-wide template.

    23.18.2  Teachers shall not be required to submit daily, weekly, unit or long-range lesson plans on a regular basis. However, if the Supervisor determines as a result of the DCPS evaluation process that a Teacher has an average score of less than 2.5 in Planning domain of the Teaching and Learning Framework, then the Supervisor may require the Teacher to submit daily lesson plans for review and comment until such time that the Teacher's planning has satisfactorily improved.  In such cases, the Supervisor must suggest how the lesson plans can be improved.

    23.18.3  Lesson plans do not determine a Teacher's effectiveness; therefore, they shall not be used in isolation to determine a Teacher's effectiveness.

    23.18.4  DCPS shall develop the lesson plan template in collaboration with the WTU.

ARTICLE 24 - AUXILIARY AND ANCILLARY SERVICES

24.1  Library Media Specialists

    24.1.1  The District of Columbia Public Schools shall maintain library and media center facilities.

    24.1.2  When funds are specifically allocated, clerical assistance shall be provided for all Library Media Specialists.

    24.1.3  Library Media Specialists shall not be assigned non-Library Media Specialist duties, which will cause the closing of the library.

    24.1.4  Where there are two (2) or more professional staff personnel assigned to a media center or library, the Library Media Specialist with building seniority shall be designated as team leader if the performance ratings are equal.

    24.1.5  Library Media Specialists shall be given the opportunity to acquire the necessary training for handling non print materials, provided funding is available.

    24.1.6  When libraries are established, the standards of the American Library Association shall be considered.