24.1.7  Continuous access to the library collections and flexible scheduling may be components of the library media center. Flexible scheduling for the use of the library shall be developed and implemented when it is deemed appropriate for the instructional program of the school by the Supervisor after consultation with the Library Media Specialist-media specialist.

24.1.8  School Library Media Specialists shall arrange cooperative meetings and/or conferences with faculty Teachers during the employee's workday. These meetings and/or conferences shall be to discuss issues, books, materials and other business pertinent to the professional Library Media Specialist's and Teacher's mission of providing the highest quality of education to DCPS students. The goal is to implement the most efficient and effective use of the library as a learning and resource center.

24.1.9  Library Media Specialists are integral Teachers of the teaching function in the DCPS. Library Media Specialists shall, in addition to the traditional functions, collaborate in the selection of all learning resources, work with teachers in the planning and/or implementation of curriculum, and offer instruction to both teachers and students in the use of library and media center resources and equipment, as well as reading, listening and viewing skills.

24.1.10 The Supervisor and Library Media Specialist (LMS) shall meet and jointly develop annually the library media program including a flexible scheduling model based on best practices in accordance with the standards of the American Library Association.  Should the Supervisor and Library Media Specialist fail to mutually agree on the library media program, the Director of Library Services shall be available upon request from the Supervisor or Library Media Specialist to assist with the design and implementation of an effective library media program in accordance with best practices and standards of the profession.

24.2  Counselors

24.2.1  When funds are specifically allocated, clerical assistance shall be provided for all counselors.

24.2.2  Counselors' duties and DCPS counselor standards shall be related solely to the standards of the American School Counselors Association.

24.2.3  Suitable space as permitted by the existing physical plant shall be provided for counselors to carry out their programs. In a building which has a suite designed for a counselor, the counselor shall be assigned to that area.

24.2.4  In all schools, DCPS, within budget limitations, will work toward providing one counselor for every two hundred fifty (250) students or major fraction thereof.

24.2.5  Counselors shall be provided with a telephone in the counselor suite/area and, where possible, a direct line.

84

24.2.6   The confidentiality of the work of the counselor is recognized with the understanding that student records are to be made available upon request by the Supervisor.

24.2.7   DCPS and the WTU agree that school counselors must be provided local school benchmark data deadlines in a timely matter in order to support timely submission or inputting of required data.  To this end, DCPS shall request that supervisors provide school counselors critical benchmark data deadlines upon receipt.

24.2.8   All Senior High School 10-month counselors who desire to be converted to 11-month counselors shall be entitled to such conversion during the 2010-2011 school year.

24.2.9   For school year 2010-2011, if there is an insufficient number of 10-month counselors who wish to convert to 11-month counselors, DCPS may designate one of the counseling positions or up to 50% of the existing counseling positions at the school as 11-month counselors (ET15-11). These counselors shall be paid on a prorated basis based on their current salary. For school years 2011-2012 and beyond, all high school counseling positions will be 11 month positions.

24.2.10  In such cases, the selection of the 11-month counselor shall be determined by the principal based on the recommendation of the school's Personal Committee.  If there are an insufficient number of counselors who volunteer to convert to 11-month positions within a school, DCPS shall make the position available to other senior high school certified counselors currently employed within DC Public Schools.  If there are not enough senior high applicants, DCPS shall make the position available to other certified counselors within DCPS.

24.2.11  If there exists an insufficient number of voluntary 11-month counselors within the school system, DCPS shall have the authority to hire 11-month counselors from outside of the system to meet the programmatic needs of the school system.

24.3   Related Service Providers (School Social Workers, School Psychologists, Speech/Language Pathologists and Psychiatric Social Workers)

24.3.1   All Related Service Providers, covered under this section, shall perform duties related to their special field, except as otherwise provided in this Agreement.

24.3.2   DCPS Related Service Provider standards shall consider the standards of the American Speech and Hearing Association, the National Association of Social Workers, and the National Association of School Psychologists.

24.3.3   Related Service Providers shall not be assigned duties or perform acts which would result in a violation of standards of professional practice as defined by the appropriate professional organizations.

24.3.4    A room conducive to individual testing, interviewing, and the transaction of business of a confidential nature shall be made available to school psychologists, school social workers and other Related Service Providers as needed. The transaction of business of a confidential nature may require access to and a use of a telephone.

24.3.5    Where a speech suite, a converted area or a room that is specifically designated for Speech language therapy and Hearing therapy services exists, the Speech language therapist and/or Hearing therapist will be assigned to that designated space on the day or days that the employee is in that building.

24.3.6    A Related Service Provider who is required to appear at a placement meeting, an assessment, a disciplinary hearing or a due process hearing shall have the opportunity to consult with the designated representatives of DCPS in advance of the event.

24.3.7    Related service providers may express in writing to the principal/Supervisor their preference for program assignments as long as the request is consistent with the educational needs of the system.  If the related service provider does not receive his/her requested assignment, he/she shall be so notified in writing with the reason(s) stated.

24.3.8    Protocols for all related service providers shall be provided by the DCPS Office of Special Education.

24.3.9    In accordance with the procedures outlined in this Agreement, the local school Supervisor shall provide funding for supplies to all related service providers assigned to his/her school.

24.3.10   Related service providers shall be provided a room with confidential access to an operational telephone and computer.

24.3.11   Assignment of caseloads to related service providers shall be done in an equitable manner.  The Office of Special Education will address disputes regarding equity in caseload assignments for service providers on a case-by-case basis.

24.4    Visiting Instruction Service (VIS)

24.4.1    The workday for VIS teachers is the same as that of any other Teacher and any unscheduled time shall be used in a relevant manner toward improving the instructional program.

24.4.2    One (1) afternoon per week shall be devoted to record keeping, meetings, planning, and any other relevant activities toward improving the instructional program.

86

24.4.3  Weekly teaching schedules must be updated promptly. If no changes occur during the week, such notation shall be recorded.

24.4.4  Teachers assigned full-time to child-oriented hospitals or institutions shall adjust their teaching schedules in consultation with their Supervisor.

24.4.5  When a daily schedule is to be rearranged, the Supervisor shall be notified by telephone within a reasonable time and a record of the changes shall be recorded as soon as practicable.

24.4.6  When conditions indicate, the Teacher may require adult supervision in the home while instruction is taking place.

24.4.7  Daily attendance records noting teachers' time of arrival with signature of parent or guardian and/or pupil shall be submitted to the Supervisor weekly.

24.4.8  An orientation of at least 3 days shall be provided for all new teachers in the VIS program.

24.4.9  A Teacher shall not be required to provide instructional services in any home, institution, or area if there is a valid reason to believe that the physical well being of the Teacher is threatened. This provision shall be applicable to all teachers who are required to make home visitations as a routine in their work schedule.

24.5  Special Education Teachers

24.5.1  Special education teachers who are involved in the development of Individualized Educational Programs (IEP) shall be granted the necessary time during the school day for testing, conferences, and the writing of IEP(s).

24.5.2  The Division of Special Education will disseminate to special education teachers any federal and state guidelines, which affect the operation of their program.

24.5.3  As funds are specifically allocated, special education teachers shall be provided with the necessary forms, supplies, equipment, materials and test(s) needed to fulfill curriculum requirements, as determined by the Chancellor.

24.5.4  Special education teachers who are assigned to non-citywide schools shall attend the organizational meetings of their assigned schools at the beginning of each school year.

24.5.5  The annual IEP caseload for special education teachers shall not exceed 15 per Teacher, except by mutual Agreement between the Supervisor and special education Teacher.   If Teacher agrees to complete more than 15 IEPs annually, the Teacher shall receive administrative premium at the rate of three (3) hours per additional IEP.

24.5.6    Upon request by a Teacher, including general education teachers, the Supervisor shall make available for review by the Teacher the IEP of each special needs student assigned to that Teacher for instruction.

24.5.7    DCPS and the WTU agree to establish a Joint Special Education Committee to develop policies and procedures that will support effective implementation of inclusion/inclusive instruction.

24.6    Special Subject Teachers

24.6.1    All special subject teachers assigned to a single school building shall be required to perform all the duties regular teachers are expected to perform.

24.6.2    Itinerant special subject teachers shall not be required to perform any of the following:

24.6.2.1    Answering of telephones; or

24.6.2.2    General clerical work.

24.6.3    Itinerant teachers shall be required to perform all duties regular teachers are expected to perform at schools where they teach a full day, provided that no itinerant Teacher shall be required to perform duties in excess of that which he/she would be assigned if full time in one school.

24.6.4    The duties of the special subject teachers shall be based on the guidelines for special subject and resource teachers.

24.6.5    All ET personnel covered under the provision of this Article shall be paid at a per-diem rate for each day they are required to work following the closing day of the school year for teachers and before the opening day of the school year for teachers, provided funds are available.

## ARTICLE 25 - SUPPLIES, EQUIPMENT, TEXTBOOKS, TECHNOLOGY, AND RELATED EDUCATIONAL MATERIALS

25.1    Definition

25.1.1    For the purposes of this Article, "instructional resources" shall refer to basic office supplies (e.g., paper, pencils, pens), textbooks, curricular support materials (e.g., math manipulatives, lab equipment, literacy kits), instructional technology (e.g., computers, interactive white boards, student response systems), and other education-related materials.

25.2    Inventory and Distribution of Existing Instructional Resources

25.2.1    Prior to the first day of school for students, the Supervisor (or her/his designee) and the SCAC shall prepare an inventory of the School's existing instructional

88

resources and shall develop procedures for the equitable distribution of these resources.

25.2.2   The Supervisor (or her/his designee) and the SCAC may elect to reserve a certain portion of the existing inventory for distribution at later points in the year.

25.2.3   The Supervisor shall provide a copy of the inventory and the distribution procedures to all Teachers on the first day of school for students.

25.3   Acquisition of New Resources

25.3.1   No later than September 30, the Supervisor shall meet with the SCAC to review the School's budget for instructional resources and to develop procedures for the equitable and instructionally appropriate use of these funds.

25.3.2   Included in the procedures shall be rules governing how Teachers shall submit their specific resource requests to the Supervisor.

25.3.3   Also included shall be a stipulation that, whenever the Supervisor is unable to fulfill a resource request, s/he shall provide a written explanation.

25.3.4   No later than October 15, the Supervisor shall meet with all Teachers to review the budget for instructional resources and to discuss the procedures pertaining to the use of the budget.

25.3.5   A written copy of the budget and the procedures shall be provided to all Teachers prior to the meeting.

25.4   Supply Room

25.4.1   The Supervisor shall provide a supply room in each School for the storage of instructional resources.

25.4.2   The Supervisor and the SCAC shall jointly develop procedures governing access to the supply room during the meeting referenced in Section 25.3.1.

25.5   Special Provision for Textbooks

25.5.1   The Supervisor shall ensure that all Teachers, including those without classrooms of their own, have adequate storage space for textbooks.

25.6   Special Provisions for Instructional Technology

25.6.1   The Chancellor and the President of the WTU agree to work cooperatively to ensure that each Teacher has, for instructional purposes, a designated computer (preferably a laptop) as well as Internet access, as soon as possible after this Agreement takes effect.

25.6.2 When a Teacher transfers from one work location to another, DCPS shall provide the Teacher with an operational computer at the new worksite within thirty (30) calendar days.

25.6.3 In addition, the Parties agree to work cooperatively to develop an Instructional Technology Plan for DCPS that shall include strategies to:

25.6.3.1 Acquire a sufficient number of computers for student use;

25.6.3.2 Acquire other instructional technologies such as LCD projectors, interactive whiteboards, electronic student response systems, opaque document projects, etc.;

25.6.3.3 Improve the availability, reliability, and speed of Internet access in all Schools;

25.6.3.4 Train Teachers in the use of instructional technology; and

25.6.3.5 Ensure regular maintenance of all instructional technology.

25.7 The Chancellor and President of the WTU shall appoint a Joint Committee to develop uniform standards for classroom resources. The Joint Committee shall provide opportunities for teachers and other educational stakeholders to give input during the process and shall make its final recommendations to the Chancellor and WTU President no later than March 31, 2010. The standards developed by the Joint Committee and approved by the Chancellor and WTU president shall be the standards of classroom resources for a DCPS "Certified Classroom." DCPS agrees to fund the "Certified Classroom" standards of resources annually to the extent possible. DCPS and the WTU shall mutually develop and agree on a process for monitoring the implementation of "Certified Classroom' resource standards in all DCPS classrooms.

## ARTICLE 26 - SUPERVISORY RELATIONSHIPS

26.1 Supervisory Relationships

26.1.1 Teachers shall have the right to know the names, titles, and reporting relationships of all personnel exercising direct, indirect, technical or administrative supervision over them.

26.1.2 The Supervisor shall furnish Teachers with this information upon request.

## ARTICLE 27 - EXTRA DUTY PAY ACTIVITIES

27.1 The WTU and DCPS agree to establish a joint committee to review all policies and make recommendations to the Chancellor and WTU President regarding extra duty assignments, including compensation, no later than May 30, 2010. The current extra duty pay policies and compensation will remain in effect until the joint committee has made its recommendations to the Chancellor and WTU President and those recommendations have

90

been accepted by the Chancellor and WTU President and subject to certification of available funds by the Chief Financial Officer of the District of Columbia.

27.2    Extra-duty pay activities shall include only those activities performed before and after school as determined by DCPS in consultation with the WTU.

27.3    Where an extra-duty pay activity is such that it normally starts in September, the extra-duty pay applicable to such activity shall also start in September.

27.4    The following procedures will apply to assignments to positions for which there is extra-duty pay:

27.4.1    No later than April 30 of the current school year, the Board shall publish a list of vacancies and the qualifications for positions for which there is extra duty pay. The list of vacancies shall include those positions held by an incumbent for three (3) years. Candidates shall apply within a two (2) week period stating their qualifications. Three (3) year incumbents who wish to be considered for the position they hold must reapply. All subsequent vacancies shall be published and candidates shall apply within a two (2) week period.

27.4.2    The selection for the position shall be made from only qualified applicants, regardless of their area of certification. Where qualifications are equal, seniority is the determining factor. If in any school year in a particular school there is no qualified Teacher available to conduct a specific needed extra-duty pay activity, the services of a qualified Teacher from another school may be utilized after Agreement between the concerned Supervisors and the qualified Teacher from another DC Public School. If in any school year there is no qualified Teacher in the DCPS system available to conduct a specific needed extra-duty pay activity, the Supervisor may appoint a qualified applicant from outside the school system. Such appointment of a non-Teacher shall be for the current school year only and shall be made only after DCPS has advertised the specific extra duty pay position to all Teachers throughout the system and no qualified Teacher applicants are available.

27.4.3    A qualified Teacher who applies for an extra-duty pay activity held by another Teacher for at least three (3) years shall have priority over such incumbent except that if the services of the incumbent are satisfactory, the incumbent may be re-appointed to that position on an annual basis; if the Supervisor, after consultation with the School Chapter Advisory Committee, determines on an equitable basis to continue the incumbent's appointment.

27.4.4    If selected, teachers must serve in such positions for the scheduled length of the activity. Teachers who do not wish to continue in the position should notify the Supervisor in writing by April 1 of the current school year so that the vacancy list for extra-duty positions for which there is pay can be prepared and made available by April 30.

91

27.4.5    A Teacher applicant for an activity who does not receive the desired position shall be notified in writing with the reason so stated by the end of the school year.

27.4.6    A Teacher who is removed from an extra-duty pay activity because of unsatisfactory performance shall be given the reason(s) for the removal in writing.

ARTICLE 28 - PERSONAL AFFAIRS DURING NON-DUTY HOURS

28.1    Personal behavior of a Teacher during non-duty hours is the Teacher's concern, but this shall not preclude DCPS from taking action against a Teacher in appropriate circumstances after notification to the WTU of such personal behavior.

28.2    Complaints concerning unpaid bills, bad checks, tax delinquencies, and court judgments not involving D.C. Government monies or accounts shall be forwarded to the employee concerned without comment.

ARTICLE 29 - SUMMER AND PART-TIME SCHOOLS AND PROGRAMS

29.1    Teachers applying for summer and part-time school positions shall be considered by qualification to teach specific subject matter. Qualification shall be determined by educational background and demonstrated competence as indicated by performance evaluations. In the case of shop instructors, preference will be given to the day school Teacher who teaches in that particular shop.

29.2    Subject to legal limitations, all teachers shall have equal opportunities for employment in any summer or part time program. System-wide seniority, as defined in the Definitions section, shall be the prime consideration in employment if all other factors are equal.

29.3    Regular teaching personnel with satisfactory performance evaluations will be given preference over substitutes and transient teachers provided they apply during the announced period for applications.

29.4    All applicants for such employment will be notified in writing that their applications have been received and that they will be considered for summer or part time positions.

29.5    No Teacher shall be eligible to teach in these part-time programs after five (5) years of consecutive service unless there is no other qualified applicant available.

29.6    Sections 29.1 – 29.6 shall not apply to those teachers who are declared excess and are qualified for the positions.

29.7    Summer program teachers will receive written notification of employment at least two (2) weeks before the end of the regular school year, where possible, even if so notified on a contingency basis. If funds are reduced after teachers have been notified of employment on a contingency basis, the selection from among these individuals shall be in accordance with this Article.

92

## ARTICLE 30 - MEETINGS ON POLICY MATTERS

30.1    The WTU and DCPS representatives shall hold meetings at least once a month, unless cancelled by mutual Agreement, to discuss school policies and problems relating to the implementation of the Agreement. Any agreement reached on the interpretation of any part of the Agreement shall be reduced to writing and signed by DCPS or its designee and the WTU.

## ARTICLE 31 - COPY OF AGREEMENT

31.1    The WTU and the DCPS shall each pay half of the full cost of the printing of this Agreement by a union printer for distribution to all Teachers.

## ARTICLE 32 - TAX-SHELTERED ANNUITY

32.1    The WTU shall choose the company or companies to provide tax-sheltered annuity coverage for employees in the ET teachers' bargaining unit. Employees in the EG teachers' bargaining unit will continue to be covered by the carrier designated by the District of Columbia Government.

## ARTICLE 33 - NO STRIKE CLAUSE

33.1    During the life of this Agreement, the WTU shall not cause, support, encourage or authorize any Teacher to participate in any cessation of work through slowdown, strike, work stoppage, or other similar activity.

33.2    If a strike, slowdown, stoppage of work, or other similar activity were to occur, the WTU's agents shall, upon notification of such activity by the Chancellor, immediately and publicly declare as illegal all such activity and shall order Teachers to terminate such activity. Failure of the WTU's agents to do so shall constitute a violation of this Agreement.

33.3    For the purposes of this Agreement, an employee who is absent from work without permission, or who abstains wholly or in part from the full performance of his/her duties in his/her normal manner without permission, on the date or dates when a strike occurs, shall be presumed to have engaged in such strike on such date or dates. Such a presumption is rebuttable.

33.4    Any Teacher who participates in any slowdown, strike, work stoppage, or other similar activity shall be subject to discipline or discharge with the right to appeal through the grievance and arbitration procedure only as to the determination of the question of whether the employee so disciplined or discharged did, in fact, participate in, support or encourage the strike, work stoppage or slowdown.

## ARTICLE 34 - CONFORMITY TO LAW-SAVING CLAUSE

34.1    If any provision of this Agreement is or shall at any time be contrary to law, then such provision shall not be applicable or performed or enforced, and substitute language, if any, shall be subject to negotiation between the parties.

34.2    In the event that any provision of the Agreement is or shall at any time be contrary to law, all other provisions of this Agreement shall continue in effect.

## ARTICLE 35 - MATTERS NOT COVERED

35.1    The parties agree that by mutual consent they will consult and negotiate on matters not covered by this Agreement, which are proper subjects for collective bargaining.

## ARTICLE 36 - COMPENSATION

36.1    The effective date for all across-the-board base salary increases in this Agreement shall be October 1 for each year of this Agreement.

36.2    Base Salary Increases

36.2.1    DCPS shall provide the following base salary raises for the following years:

| 2016-2017 | 2017-2018 | 2018-2019 |
|-----------|-----------|-----------|
| 4% | 3% | 2% |

36.2.2    The 2016-2017 raises shall be paid retroactively to all DCPS employees who are members of the WTU bargaining unit upon approval of this Agreement by the DC Council, all WTU bargaining unit members who retired during the 2016-2017 school year, and the estates of all WTU bargaining unit members who died during the 2016-2017 school year, in accordance with D.C. Official Code 1-611.06(d). Retroactive payment of raises shall be made following ratification of this agreement by the WTU membership and approval by the DC Council.

36.3    DCPS shall implement an individual performance-based pay and/or bonus system in the fall of 2010 in collaboration with the WTU that results in Teachers in the system being among the highest compensated educators in the nation.

36.3.1    The system shall be based on the following parameters:

36.3.1.1    The program shall be constructed to support improved achievement for all students.

36.3.1.2    DCPS and the WTU shall collaborate on the development, implementation and restructuring of the program and the related support mechanisms.

94

36.3.1.3    DCPS shall provide a strong base pay structure including competitive benefits.

36.3.1.4    DCPS and the WTU shall collaborate on the development and ongoing improvement of a dynamic set of instructional and performance standards for all Teachers in the program.

36.3.1.5    A significant amount of professional development shall be provided to all Teachers and administrators on the instructional, performance, and program standards.

36.3.1.6    All Teachers may qualify for the individual performance-pay system and the program shall not use quotas for budgeting purposes.

36.3.1.7    The best programs are easily understood and focus on causal effect.

36.3.1.8    The components of the individual performance-pay system shall be interdependent.

36.3.1.9    Funding for this program, as well as the Together Everyone Achieves More (TEAM) awards, shall be sufficient and stable.

36.3.1.10   DCPS shall provide the infrastructure necessary to sufficiently run the individual performance-pay system.

36.4    The individual performance-based pay system shall be on a voluntary "qualify-in" basis, with the qualifications including student growth for tested and non-tested grades and subjects and not requiring permanent status Teachers to relinquish their tenure.

36.5    DCPS shall collaborate with the WTU on the expansion of the Together Everyone Achieves More (TEAM) school-wide bonus program (originally defined by the December 17, 2007 Memorandum of Agreement between DCPS and the WTU) by broadening eligibility requirements based on a growth metric.

36.6    Salary Step Hold

36.6.1    Teachers who receive an evaluation score of Minimally Effective shall be held on their current salary step.

36.6.2    Such Teachers who earn an evaluation scored of Effective or higher shall be immediately moved to the next step.

36.7    Service Credit

36.7.1    Teachers shall receive a service credit of up to nine (9) years for:

36.7.1.1    Each year of comparable, satisfactory, full-time service in another school system, as determined by DCPS; and

95

36.7.1.2    Each year of work in another field deemed applicable to education, as determined by DCPS.

36.8    Administrative Premium

36.8.1    Administrative premium shall be provided to Teachers for participating in:

36.8.1.1    Summer School;

36.8.1.2    Saturday School;

36.8.1.3    After-school programs;

36.8.1.4    Class coverage; and

36.8.1.5    Other eligible activities, approved by the Supervisor or DCPS.

36.8.2    Administrative premium shall be provided according to the follow schedule, for qualified administrative work performed after ratification and approval of this Agreement:

| 2017-2018 | 2018-2019 |
|---|---|
| $40.00/hr. | $40.00/hr. |

36.9    Extra Duty Pay

Extra-duty pay shall remain at the levels in effect as of the 2016-2017 school year until changes are mutually agreed to by the Parties.

36.10    Department and Grade Level Chair Stipends

36.10.1  All secondary Department Chairs shall receive an annual non-pensionable stipend as stipulated below.

| 2009-2010 | 2010-2011 | 2011-2012 |
|---|---|---|
| $2,500 | $2,500 | $2,500 |

36.10.2  The Parties agree to discuss additional compensation options for elementary Grade Level Chairs.

96

36.11    Reimbursement for Travel

Itinerant Teachers shall be provided Metro fare or reimbursement for required use of a vehicle at the Internal Revenue Code's recognized reimbursement rate. Teachers using privately owned vehicles must obtain authorization through their immediate Supervisor and submit the required documentation of travel.

36.12    Reimbursement for Tuition Expenses

36.12.1  A Teacher who is enrolled in graduate coursework or a relevant dual certification program shall be reimbursed at the rate of $200 per credit hour, not to exceed $1,800 per year, provided:

36.12.1.1  The Teacher has not been subject to a discharge for misconduct that has been upheld;

36.12.1.2  The Teacher's most recent evaluation score is Effective or higher;

36.12.1.3  The Teacher is "Certified" (as determined by the District of Columbia Office of the State Superintendent of Education);

36.12.1.4  The coursework is for an advanced degree or as part of a relevant dual certification program;

36.12.1.5  The program is approved by DCPS and the Teacher submits the tuition reimbursement form not later than two (2) weeks following the beginning of the coursework;

36.12.1.6  The Teacher earns a letter grade of "B" or higher in each course for which reimbursement is sought; and

36.12.1.7  The credit hours are not otherwise funded by grants, scholarships, or other educational awards.

36.12.2  The tuition reimbursement shall be paid within sixty (60) School Days following completion of the coursework.

36.12.3  The Teacher shall be required to work in DCPS for a minimum of three (3) years after receiving the reimbursement.

36.12.4  In the event that a Teacher fails to meet the three-year commitment, s/he shall be obligated to return the compensation to DCPS on a prorated basis.

36.13    Dual Certification

36.13.1  A Teacher who is a certified classroom Teacher, and who achieves a second certification in secondary math, secondary science, or special education (or other

97

subjects, as determined by DCPS) shall receive a non-pensionable, one-time bonus of $1,500, provided:

36.13.1.1    The Teacher's most recent evaluation score is Effective or higher; and

36.13.1.2    The $1,500 bonus shall be paid within sixty (60) Calendar Days following completion of the second certification.

36.13.2    The Teacher shall be required to work in DCPS for a minimum of three (3) years after receiving the bonus unless terminated by DCPS.

36.13.3    In the event that the Teacher fails to meet the three-year commitment, s/he shall be obligated to return the compensation to DCPS on a prorated basis.

36.14    Start-up Allocation for Instructional Supplies

36.14.1    Prior to the first of day of school for students, DCPS shall provide each Teacher with non-pensionable funds for the purchase of start-up instructional supplies according to the following schedule:

| 2017-2018 | 2018-2019 |
|-----------|-----------|
| $175 | $200 |

36.14.2    The Parties agree that the annual start-up allocation shall not be a substitute for DCPS instructional obligations under this Agreement.

36.15    Reimbursement Fund

36.15.1    The Parties agree to jointly explore a pilot fund to reimburse Teachers for personal expenditures related to their core duties (e.g., purchase of instructional supplies for classroom projects or use of cell phone to call students' parents/guardians).

36.15.2    The Parties further agree to jointly develop policies and procedures to govern this fund.

36.16    Declaration of Intent

36.16.1    Teachers who do not intend to continue employment with DCPS the following year shall be required to submit a Declaration of Intent to Not Return (DINR) form no later than April 1 annually.

36.16.2    Teachers who submit the DINR form by April 1 annually, and who do, in fact, leave the school system of their own accord at the conclusion of the school year, shall be eligible for a non-pensionable, one-time $1,000 bonus payable by September 30 of the calendar year in which they leave DCPS.

98

36.16.3  Teachers who submit the DINR form by April 1 annually, but who decide to remain in the school system the following year, shall incur no loss of pay or benefits as long as they notify DCPS by April 30 annually and withdraw their DINR form. If such Teachers do not notify DCPS by April 30 annually, they shall incur a $1,000 penalty in the form of withheld compensation. This penalty shall not apply to Teachers who declare an intent to retire, but who subsequently find that they are ineligible to do so.

36.16.4  Teachers who do not submit a DINR form by April 1 annually, but who decide to leave the school system the following year shall incur a $1,000 penalty in the form of withheld compensation. This penalty shall not apply to Teachers who are terminated by DCPS.

36.16.5  Teachers who incur the penalties outlined above shall have the right to request a waiver from the Chancellor. The Chancellor shall have the sole authority to grant such waivers at her/his discretion.

## ARTICLE 37 - BENEFITS

37.1    Stipulations

37.1.1  The dental, optical, and legal service plans shall be contracted by the WTU, subject to a competitive bidding process.

37.1.2  The WTU shall be responsible for the administration of the dental, optical, and legal service plans, and shall bear all related administrative costs.

37.1.3  DCPS shall be held harmless from any liability arising from the administration of the optical, dental and legal service plans.

37.1.4  The WTU shall provide DCPS with quarterly reports on all benefit programs.

37.2    Optical Plan

37.2.1  DCPS agrees to contribute the following amounts per month, per Teacher, towards an optical insurance plan to be contracted by the WTU:

|             | 2016-2017 | 2017-2018 | 2018-2019 |
|-------------|-----------|-----------|-----------|
| Self/Family | $15.40*   | $16.94    | $18.68    |

*This represents no increase for 2016-2017

37.3    Dental Plan

37.3.1  DCPS agrees to contribute the following amounts per month, per Teacher, towards a dental insurance plan to be contracted by the WTU:

|   | 2016-2017 | 2017-2018 | 2018-2019 |
|---|-----------|-----------|-----------|

99