| | | | |
|---|---|---|---|
| Self | $30.00* | $34.58 | $36.30 |
| Family | $60.00* | $69.16 | $72.60 |

*This represents no increase for 2016-2017

37.4    Legal Services Plan

    37.4.1    DCPS agrees to contribute the following amounts biweekly, per Teacher, towards a legal insurance plan to be contracted by the WTU:

| | 2016-2017 | 2017-2018 | 2018-2019 |
|---|---|---|---|
| Self | $12.50 | $13.00 | $13.50 |

37.5    Pension

    37.5.1    Teachers shall pay into the District of Columbia Teachers Retirement Fund, as stipulated by the District of Columbia Retirement Board (DCRB).

    37.5.2    DCPS shall collaborate with the WTU and the DCRB to ensure proper payroll deduction for pension purposes.

37.6    Other Retirement Plans

    37.6.1    DCPS shall collaborate with the WTU to ensure proper payroll deduction for other retirement plan options.

## ARTICLE 38 - PAYMENT POLICIES

38.1    Ten-month, eleven-month, and twelve-month teachers shall be paid on a bi-weekly basis. A ten (10) month Teacher shall not lose pay for Saturdays, Sundays and/or legal holidays if he/she is in a non-pay status on the Friday before Saturday, the Monday following Sunday, and/or the day before and the day after the holiday.

38.2    Employees must choose either direct deposit of paychecks or to receive their paycheck in the mail at their home address of record. Employees choosing direct deposit must designate their choice of financial institution to receive the direct deposit. Employees not choosing direct deposit have the responsibility for ensuring that their current address is the address of record.

38.3    When there is an administrative error on a salary check or payment, the error shall be corrected immediately, unless it is demonstrated in a particular case that this is not administratively possible.

38.4    When an administrative error occurs which prevents teachers from being paid on the proper day, DCPS shall prepare and issue a supplemental check to the Teacher.

38.5    Compensation for a Teacher granted leave under this Agreement shall be paid in the same manner as if they were on active duty during the period of such leave of absence reduced

by the amount of contributions which he/she is required to make to the retirement fund, federal and state taxes, and any other contributions he/she may elect to make in accordance with applicable statutes and regulations.

38.6    A Teacher, who is re-appointed, reassigned, or converted to an ET position within the bargaining unit shall be granted salary placement according to the number of years of full time teaching service at the time of salary certification as determined by DCPS. Salary placement shall be granted for each year of satisfactory service in a full-time, equivalent position in or outside DCPS, in an educational program of recognized standing as determined by DCPS, except that salary placement shall be limited to nine (9) years.

38.7    A Teacher who is re-appointed, reassigned, or converted to an ET position of shop Teacher in the career development program shall be granted one (1) year of salary placement for each year of approved experience in the trades, as determined by DCPS, but shall be limited to nine (9) years of any combination of trade experience and/or educational service outside the Public Schools of the District of Columbia.

38.8    DCPS shall "pick up" within the meaning of Subsection 414 (h) (2) of the Internal Revenue Code, each bargaining unit Teacher's contribution to the Teachers' Retirement Fund. The employee's basic pay shall be reduced by the full amount of retirement contribution. In determining retirement benefits, the employee's contributions which are "picked up" by the employer shall be treated as base pay in the same manner as contributions made by the employee prior to the commencement of the "pick up" program. The contributions will be included in compensation for the purpose of retirement benefit calculation. The employer's contribution to the Teachers' Retirement Fund on behalf of the employee shall be calculated on the employee's basic pay before the "pick up" is deducted.

38.9    All ET personnel covered under the provisions of this Agreement shall be paid at a per diem rate for each day they are required to work following the closing day of the school year for teachers and before the opening day of the school year for teachers.

38.10   All bargaining unit Teachers shall be paid at the administrative premium rate provided for in this Agreement for performing job related duties or engaging in educational activities outside the regular school hours except as otherwise provided in the Extra Duty Pay guidelines, or as may be mutually agree to by the Supervisor and the bargaining unit Teacher involved.  Pay for the performance of such duties and activities shall be approved by the Supervisor, his/her designee or other appropriate DCPS agent prior to the performance of such duties.

ARTICLE 39 - REDUCTION-IN-FORCE, ABOLISHMENT AND FURLOUGH

39.1    DCPS intends not to use the reduction in force (RIF) or abolishment procedures in cases commonly known as "Fall Equalization," "Spring Excessing," or in any other excess as defined in this Agreement. In these situations, DCPS intends to use the performance-based excessing and mutual consent provisions of this Agreement.

39.2    DCPS shall notify the WTU in writing prior to any Furlough. This notice shall include the reasons for the Furlough and all timelines.

101

39.3    Prior to the decision to implement a reduction in force and/or abolishment, DCPS shall discuss other possible options with the WTU.

39.4    After DCPS has made a decision to effectuate any reduction in force, abolishment, or furlough, DCPS shall consult with the WTU regarding implementation.

39.5    When DCPS determines a RIF, Abolishment, or Furlough may be necessary, the LSRT shall explore alternative ways to address the required budget reductions prior to making a recommendation that affects a reduction of personnel. If the Supervisor's final decision departs from the recommendation of the LSRT, the Supervisor shall prepare a written justification. A copy of the justification shall be provided to the Chancellor and President of the WTU. Upon the request of the WTU President, the justification shall require the approval of the Chancellor, or the Chancellor's designee prior to implementation of the RIF, Abolishment, or Furlough at the school.

39.6    After the effective date of a reduction in force or an abolishment, DCPS shall offer multiple hiring opportunities, e.g., job fairs and interviews, for Teachers subject to the RIF or abolishment. DCPS shall provide the WTU a listing of all current vacancies and post such list on its Web site.

39.7    As vacancies arise after the effective date of a reduction in force or abolishment, DCPS will require principals to interview 2 appropriately qualified Teachers who lost their positions as a result of the reduction in force or abolishment before considering any other candidate to fill a vacancy for the remainder of the school year.

39.8    Reapplication Rights

  39.8.1    All Teachers who are separated by DCPS according to the provisions of this article shall have the right to reapply to DCPS at any time.

  39.8.2    If rehired, such Teachers shall be placed on the next salary step for which they would have been eligible at the time of their separation.

  39.8.3    If rehired within one year of separation, such Teachers shall incur no break in service for pension purposes.

### ARTICLE 40 - SUFFICIENT FUNDS

40.1    The Parties agree that all provisions of this Agreement are subject to the availability of funds.

40.2    Nothing in this Agreement shall be construed as a promise that Congress, the DC Council, or any other organization shall appropriate sufficient funds to meet the obligations set forth in this Agreement.

40.3    DCPS agrees to provide financial certification that DCPS can meet the obligations of this contract before moving toward final approval. The parties agree that the failure to provide the funds to meet the obligations of the Agreement pertaining to base salary, benefits

102

(defined as the provisions governing optical, dental and legal benefits), and mutual consent, is a material breach of contract by DCPS. The consequences of that breach will be settled by a court or an arbitrator, unless otherwise negotiated by the Parties.

## ARTICLE 41 - AVERAGE TEACHER SALARY

41.1    Both the DCPS and WTU agree that local school funding based on "actual Teacher salary" could lead to possible discrimination against senior Teachers with higher salaries. In order to ensure equity and prevent possible discrimination against senior Teachers and to maintain a successful balance of senior and newer teachers, DCPS agrees to maintain "average Teacher salary" as the formula for charging Teacher salaries to local schools.

## ARTICLE 42 – DURATION OF AGREEMENT

42.1    This Agreement shall be effective as of the date of DC Council approval, and shall remain in full force and effect until the 30th day of September 2019. It shall be automatically renewed from year to year thereafter, unless either party shall notify the other in writing by October 1 of the contract year in which this Agreement is due to expire that it desires to modify or terminate this Agreement. In the event that such notice is given, each party shall provide to the other its proposal for a successor Agreement by November 1st of that same contract year, identifying the articles and/or issues it proposes to modify in the successor Agreement, to the extent possible. It is the intent of the WTU and DCPS that contract negotiations will conclude in a manner that will allow negotiated compensation packages to be included in the DCPS annual budget request. However, such intent shall not be construed by either party as a requirement. This Agreement shall remain in full force and effect during the period of any negotiations.

42.2    IN WITNESS WHEREOF, the parties have executed this Agreement by their duly authorized representatives this __7th__ day of __August__, 2017.

This agreement is subject to final review for financial and legal sufficiency, final verification of salary schedules, dates and typographical errors.

_____
Elizabeth A. Davis, President
Washington Teachers' Union, Local #6, American Federation of Teachers, AFL-CIO

_____
Antwan Wilson, Chancellor
District of Columbia Public Schools

103

**MEMORANDUM OF AGREEMENT for 2007-2012 CBA**

The Washington Teachers' Union, Local #6, AFT, AFL-CIO ("WTU" or "Union") and the District of Columbia Public Schools ("DCPS"), collectively referred to as the Parties, hereby enter into this Memorandum of Agreement ("MOA") with respect to the working conditions, compensation, and other bargaining unit benefits for Athletic Trainers. As indicated in Article 1.7.1 of the Collective Bargaining Agreement ("CBA") between the WTU and DCPS, this MOA is an addendum to said CBA, covering the period of October 1, 2007 through September 30, 2012 and continuing until a successor agreement is negotiated. This MOA shall go in to effect for the 2017-2018 school year, after full execution by both Parties. It shall be automatically renewed from year to year thereafter through the life of the CBA, unless either party shall notify the other in writing by October 1 of the contract year in which the CBA is due to expire that it desires to modify or terminate this MOA. In the event that such notice is given, each party shall provide to the other its proposal for a successor MOA by November 1 of that same contract year, identifying the parts it proposes to modify in the successor MOA.

DCPS hereby recognizes WTU as the sole, and exclusive, representative for the purpose of negotiating all matters related to rates of pay, wages, benefits, hours of employment, and working conditions for employees of DCPS classified as Athletic Trainers (Certified Athletic Trainers). Further, the Parties agree to the following:

1. The CBA between WTU and DCPS applies to the job classification of Athletic Trainers.

2. All Athletic Trainers employed by DCPS shall be placed on the ET-15/11 pay scale in accordance with the provisions of Article 23.1.2 of the Parties' CBA. For purposes of this MOA, the "hourly rate" for a given Athletic Trainer shall be based on that Athletic Trainer's classification and corresponding salary on the ET-15/11 pay scale.

3. Athletic Trainers shall work a 7.5 hour day, Monday through Friday, with Saturday obligations as provided below. Any required hours worked in excess of 37.5 hours per week or worked on Saturdays shall be compensated at 1 1/2 times the hourly ET-15/11 pay scale rate of the Athletic Trainer performing the work. Any and all hours worked on Saturdays in excess of six (6) hours must have prior management approval in writing. All Athletic Trainers will be expected to work Saturday events twice a month as needed for athletic events and practices during the regular school year.

4. If required to cover athletic events scheduled on holidays, Athletic Trainers shall be paid, for each hour worked on holidays, at 1 1/2 times their ET-15/11 pay scale hourly rate.

5. All time worked by Athletic Trainers, including overtime/premium time, shall be counted and made a part of pension, leave, and all other benefits calculations.

104

6.    All time worked by Athletic Teachers, including Saturday/holiday work, shall be counted towards the 210 days of the work year for ET-15/11 Teachers as set out in Article 23.1.2 of the Parties' CBA.

7.    Athletic Trainers work an uncommon work schedule. However, Athletic Trainers shall be provided a duty-free meal period each day of no less than 45 minutes and no more than 60 minutes.

8.    Working an uncommon/variable work schedule, Athletic Trainers will not be eligible for formal planning periods nor will they be eligible for compensation for coverage due to the absence of a Teacher or another Athletic Trainer.

9.    Except as provided above, Athletic Trainers shall have the same rights and privileges under the CBA as other eleven-month ET-15/11 employees covered by the CBA.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

Antwan Wilson
Chancellor
District of Columbia Public Schools

Date: 8/7/17

WASHINGTON TEACHERS' UNION,
LOCAL #6, AFT, AFL-CIO

Elizabeth Davis
President
Washington Teachers' Union, Local #6,
AFT, AFL-CIO

Date: 8/4/17

105

## MEMORANDUM OF AGREEMENT

The Washington Teachers' Union, Local #6, AFT, AFL-CIO ("WTU" or "Union") and the District of Columbia Public Schools ("DCPS"), collectively referred to as the Parties, hereby enter into this Memorandum of Agreement ("MOA") with respect to the working conditions, compensation, and other bargaining unit benefits for Athletic Trainers. As indicated in Article 1.7.1 of the Collective Bargaining Agreement ("CBA") between the WTU and DCPS, this MOA is an addendum to said CBA, covering the period of October 1, 2016 through September 30, 2019. It shall be automatically renewed from year to year thereafter through the life of the CBA, unless either party shall notify the other in writing by October 1 of the contract year in which the CBA is due to expire that it desires to modify or terminate this MOA. In the event that such notice is given, each party shall provide to the other its proposal for a successor MOA by November 1 of that same contract year, identifying the parts it proposes to modify in the successor MOA.

DCPS hereby recognizes WTU as the sole, and exclusive, representative for the purpose of negotiating all matters related to rates of pay, wages, benefits, hours of employment, and working conditions for employees of DCPS classified as Athletic Trainers (Certified Athletic Trainers). Further, the Parties agree to the following:

1. The CBA between WTU and DCPS, effective October 1, 2016 through September 30, 2019 applies to the job classification of Athletic Trainers.

2. Effective through the life of the contract, all Athletic Trainers employed by DCPS shall be placed on the ET-15/11 pay scale in accordance with the provisions of Article 23.1.2 of the Parties' CBA. For purposes of this MOA, the "hourly rate" for a given Athletic Trainer shall be based on that Athletic Trainer's classification and corresponding salary on the ET-15/11 pay scale.

3. Athletic Trainers shall work a 7.5 hour day, Monday through Friday, with Saturday obligations as provided below. Any required hours worked in excess of 37.5 hours per week or worked on Saturdays shall be compensated at 1 1/2 times the hourly ET-15/11 pay scale rate of the Athletic Trainer performing the work. Any and all hours worked on Saturdays in excess of six (6) hours must have prior management approval in writing. All Athletic Trainers will be expected to work Saturday events twice a month as needed for athletic events and practices during the regular school year.

4. If required to cover athletic events scheduled on holidays, Athletic Trainers shall be paid, for each hour worked on holidays, at 1 1/2 times their ET-15/11 pay scale hourly rate.

5. All time worked by Athletic Trainers, including overtime/premium time, shall be counted and made a part of pension, leave, and all other benefits calculations.

106

6. All time worked by Athletic Teachers, including Saturday/holiday work, shall be counted towards the 210 days of the work year for ET-15/11 Teachers as set out in Article 23.1.2 of the Parties' CBA.

7. Athletic Trainers work an uncommon work schedule. However, Athletic Trainers shall be provided a duty-free meal period each day of no less than 45 minutes and no more than 60 minutes.

8. Working an uncommon/variable work schedule, Athletic Trainers will not be eligible for formal planning periods nor will they be eligible for compensation for coverage due to the absence of a Teacher or another Athletic Trainer.

9. Except as provided above, Athletic Trainers shall have the same rights and privileges under the CBA as other eleven-month ET-15/11 employees covered by the CBA.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

Antwan Wilson
Chancellor
District of Columbia Public Schools

Date: 8/7/17

WASHINGTON TEACHERS' UNION,
LOCAL #6, AFT, AFL-CIO

Elizabeth Davis
President
Washington Teachers' Union, Local #6,
AFT, AFL-CIO

Date: 8/4/17

107

MEMORANDUM OF AGREEMENT
between
DISTRICT OF COLUMBIA PUBLIC SCHOOLS
and
WASHINGTON TEACHERS' UNION, LOCAL #6,
AMERICAN FEDERATION OF TEACHERS, AFL-CIO

This Memorandum of Agreement ("Agreement") is entered into by and between the DISTRICT OF COLUMBIA PUBLIC SCHOOLS ("DCPS"), and the WASHINGTON TEACHERS' UNION, LOCAL #6, AMERICAN FEDERATION OF TEACHERS, AFL-CIO ("WTU"), collectively the "Parties." This Agreement incorporates the terms and conditions of the parties collective bargaining agreement ("CBA" or contract"), effective October 1, 2016 to September 30, 2019.

WHEREAS, the Parties agree to enter into an Agreement to commemorate creation of the DC:STAR program;

NOW, THEREFORE, the Parties hereby agree as follows:

1. The Parties mutually desire to facilitate creative programs to promote student success at DCPS. To that end, the Parties have developed the District Collaborative: Supporting Teaching and Academic Reform ("DC:STAR") program, described in Attachment 1 to this Agreement.

2. The Parties agree that the foregoing Agreement and Attachment represents the complete Agreement between the Parties, and that both are incorporated into and made a part of the Parties' CBA effective from October 1, 2016 to September 30, 2019.

3. In the event that one or more of the provisions of this Agreement shall for any reason be held to be illegal or unenforceable, all other provisions of this Agreement shall remain in full force and effect and this Agreement shall be revised only to the extent necessary to make such provision(s) legal and enforceable.

4. This Agreement shall be governed by and subject to the laws and exclusive jurisdiction of the courts of the District of Columbia.

108

IN WITNESS WHEREOF, the Parties have executed this Memorandum of Agreement by their duly authorized representatives.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

Antwan Wilson
Chancellor
District of Columbia Public Schools

Date: _____8/1/2017_____

WASHINGTON TEACHERS' UNION
LOCAL #6, AMERICAN FEDERATION OF
TEACHERS, AFL-CIO

Elizabeth A. Davis
President
Washington Teachers' Union, Local #6,
American Federation of Teachers,
AFL-CIO

Date: _____8/1/17_____

109

Attachment 1

# District Collaborative: Supporting Teaching and Academic Reform (DC:STAR)

1. Mission:
   a. To lay the groundwork for the academic success for all of DCPS' students, eliminating the achievement gap, and providing school cultures which seek to build on students love of learning through a truly collaborative environment for all schools at all levels among the key stakeholders responsible for educating the District of Columbia's public school children – teachers and other school based staff, central office leadership, and parents.
   b. To treat instructional staff as professionals by empowering them and holding them responsible for providing the highest quality of teaching, to build this Partnership on a basis of collaboration and mutual respect that empowers school based staff (including school leaders) and enables students to learn, thrive and achieve mastery at grade level and beyond.
   c. To foster continuous innovation in the way that labor and management, principals, supervisors, teachers and other school based staff share information, share decision-making, and share accountability for student achievement and sound educational outcomes.
   d. To empower school based staff to embrace new ways of teaching children, even if this means modifying certain existing regulations and work rules. This includes reexamining current instructional practice, such as the school day and school year, student assessment, and class size. Giving existing schools the opportunity and flexibility to change certain rules and challenge the traditional way of doing things – provided they meet specific, measurable goals and targets.

2. DC:STAR Joint Advisory Panel
   a. Upon ratification of the successor collective bargaining agreement to the 2007-2012 collective bargaining agreement, a collaborative decision-making Panel made up of an equal number of members selected by the WTU President and the Chancellor will invite school teams of the WTU-represented employees and school leaders to submit three year proposals for the DC:STAR participation, where schools with real educator voice and decision making input and/or authority are permitted to design schools that work best for the students and communities they serve.
   b. The program will begin as soon as practicable, consisting of a mix of high, medium, and low achieving schools.
   c. Proposals will be for a maximum of three years. The Panel may recommend to the Chancellor to end a school's participation in the program only if the Panel concludes the school is not succeeding.

3. Panel Evaluation of Proposals
   a. Designation of a school as a DC:STAR school shall be based on the extent to which those schools can demonstrate:

110

       i.  Partnership and strong buy-in between WTU-represented employees and DCPS administration in decision making

      ii.  Jointly designed and job-embedded professional development through Principals' collaboration with established LSAT and Academic Leadership Teams.

     iii.  Planning time for teachers prorated to reflect no less relative time given in comparison to traditional school teachers

     iv.  A three year commitment to the proposal

      v.  Proposals may (but do not have to) include changes to articles of the WTU CBA that relate to configuration and length of the existing work hours and/or work year provided there is no diminution of annual salary or benefits, programs, assignments and teaching conditions in schools and programs, professional support teachers, and professional development assignments. Any proposed changes in the WTU CBA must first be agreed to by the WTU and DCPS before they can be included as part of the DC:STAR.

b.  Proposals must include

      i.  A specific description of how the school intends to use the contractual and regulatory flexibility of the DC:STAR program to provide employees with decision making input and authority.

      ii.  A list of types of innovative, collaboratively designed practices the school uses or intends to use to promote student success.

     iii.  A mechanism for the DC:STAR school to report every three years on their progress to the Panel and the Chancellor including, but not limited to, academic achievement, annual goals, and budgets.

     iv.  A requirement that the school day for WTU-represented employees may be extended up to a maximum of 10 hours per school day. Notwithstanding any extension of the school day, no WTU bargaining unit members will be required to work longer than 8 hours in any given school day.

      v.  That no school may become a DC:STAR school except upon a simple majority secret ballot vote of the WTU bargaining unit members assigned to the school.

     vi.  That planning time for WTU-represented members be prorated based on any extension of the school year or school day.

    vii.  That all time worked by WTU-represented employees, including time worked during extensions of the school year or school day, shall be paid at the pro-rated daily rate for that employee. Where schools are proposing to adopt an 11 or 12 month school calendar, WTU-represented employees will be placed on the negotiated 11 and 12 month salary schedules.

    viii.  That all pay to WTU-represented employees, including those in extended school year or school day programs, shall count for that employee's pension, and other, benefit calculations.

     ix.  WTU-represented employees who received a final IMPACT rating of Effective or Highly Effective in the prior school year and do not want to continue to work in a school which becomes a DC:STAR school will not be initially excessed from

111

their position(s) with DCPS. Such WTU-represented employee will receive assistance from DCPS in obtaining a comparable position at DCPS that they are qualified to hold for the next school year at a non-DC:STAR school. If the WTU-represented employee is unable to secure a position with DCPS assistance before the last school day of the preceding school year, DCPS will locate a position for the employee in a high needs school. If the WTU-represented employee declines the position selected by DCPS, he or she will receive an excessing notice, and shall have rights provided to an excessed employee, pursuant to the DCPS-WTU collective bargaining agreement.

    x. Three school years after implementation of an extended school year or day program in a DC:STAR school, teachers, by simple majority secret ballot vote, may vote to discontinue an extended year/day program.

c. Becoming a DC:STAR

    i. After collaborating with the school stakeholders (parents, community leaders, business partners, etc.), a school's LSAT may choose to apply to the DC:STAR Panel to be a DC:STAR school according to a schedule and process devised by the Panel. Once approved by the Chancellor, the proposal is submitted to the DC:STAR school for adoption.

    ii. The proposal may be implemented only upon ratification by simple majority secret ballot vote of all WTU-represented employees at the DC:STAR school.

    iii. If accepted and approved as provided herein, the WTU, DCPS and the applying school will implement the proposal as approved.

112

# FY 2016-2017 ET 15 Salary Schedule

**FY 2017 ET 15 Salary Schedule - (10 Month) - CBU: MAA, SCV: "S"** — Adjustment: 4.00%

| | | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 53,601 | $ 53,785 | $ 54,888 | $ 56,914 | $ 58,921 | $ 60,943 | $ 63,511 | $ 66,058 | $ 68,624 | $ 71,168 | $ 73,727 | $ 78,849 | $ 84,993 | N/A | N/A | N/A |
| Bachelors + 15 | $ 55,386 | $ 56,263 | $ 57,418 | $ 59,433 | $ 61,450 | $ 63,473 | $ 66,036 | $ 68,595 | $ 71,151 | $ 73,714 | $ 76,258 | $ 81,391 | $ 90,078 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 57,174 | $ 58,492 | $ 61,047 | $ 63,604 | $ 66,155 | $ 68,721 | $ 71,897 | $ 75,058 | $ 78,241 | $ 81,404 | $ 84,588 | $ 90,928 | $ 99,181 | $ 100,318 | $ 102,216 | $ 104,873 |
| Masters + 30 | $ 58,961 | $ 61,047 | $ 63,604 | $ 66,155 | $ 68,721 | $ 71,278 | $ 74,444 | $ 77,626 | $ 80,794 | $ 83,958 | $ 87,125 | $ 93,482 | $ 101,788 | $ 102,926 | $ 104,824 | $ 107,481 |
| Masters + 60/PhD | $ 62,533 | $ 63,604 | $ 66,155 | $ 68,721 | $ 71,278 | $ 73,837 | $ 77,007 | $ 80,185 | $ 83,353 | $ 86,527 | $ 89,685 | $ 96,318 | $ 105,109 | $ 106,246 | $ 108,144 | $ 110,802 |

**FY 2017 ET 15 Salary Schedule - (11 Month) - CBU: MAA, SVC: "R"** — Adjustment: 4.00%

| | | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 58,961 | $ 59,164 | $ 60,377 | $ 62,605 | $ 64,814 | $ 67,037 | $ 69,862 | $ 72,664 | $ 75,487 | $ 78,286 | $ 81,099 | $ 86,734 | $ 93,493 | N/A | N/A | N/A |
| Bachelors + 15 | $ 60,925 | $ 61,889 | $ 63,160 | $ 65,375 | $ 67,595 | $ 69,820 | $ 72,640 | $ 75,455 | $ 78,266 | $ 81,086 | $ 83,884 | $ 89,530 | $ 99,086 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 62,892 | $ 64,341 | $ 67,152 | $ 69,965 | $ 72,771 | $ 75,592 | $ 79,087 | $ 82,564 | $ 86,066 | $ 89,545 | $ 93,048 | $ 100,021 | $ 109,098 | $ 110,350 | $ 112,438 | $ 115,360 |
| Masters + 30 | $ 64,856 | $ 67,152 | $ 69,965 | $ 72,771 | $ 75,592 | $ 78,407 | $ 81,889 | $ 85,388 | $ 88,874 | $ 92,354 | $ 95,838 | $ 102,830 | $ 111,966 | $ 113,219 | $ 115,306 | $ 118,228 |
| Masters + 60/PhD | $ 68,787 | $ 69,965 | $ 72,771 | $ 75,592 | $ 78,407 | $ 81,220 | $ 84,708 | $ 88,203 | $ 91,687 | $ 95,180 | $ 98,654 | $ 105,949 | $ 115,619 | $ 116,872 | $ 118,959 | $ 121,882 |

**FY 2017 ET 15 Salary Schedule - (12 Month) - CBA: MAA, SVC: "Q"** — Adjustment: 4.00%

| | | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 63,521 | $ 63,716 | $ 64,893 | $ 67,048 | $ 69,187 | $ 71,341 | $ 74,075 | $ 76,787 | $ 79,519 | $ 82,230 | $ 84,954 | $ 90,409 | $ 96,954 | N/A | N/A | N/A |
| Bachelors + 15 | $ 65,424 | $ 66,356 | $ 67,588 | $ 69,732 | $ 71,881 | $ 74,036 | $ 76,764 | $ 79,489 | $ 82,212 | $ 84,942 | $ 87,651 | $ 93,117 | $ 102,369 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 67,324 | $ 68,719 | $ 71,451 | $ 74,175 | $ 76,891 | $ 79,623 | $ 82,988 | $ 86,372 | $ 89,764 | $ 93,132 | $ 95,635 | $ 103,274 | $ 112,062 | $ 113,201 | $ 115,099 | $ 117,755 |
| Masters + 30 | $ 69,230 | $ 71,451 | $ 74,175 | $ 76,891 | $ 79,623 | $ 82,347 | $ 85,719 | $ 89,107 | $ 92,484 | $ 95,852 | $ 99,223 | $ 105,995 | $ 114,841 | $ 115,979 | $ 117,877 | $ 120,534 |
| Masters + 60/PhD | $ 73,033 | $ 74,175 | $ 76,891 | $ 79,623 | $ 82,347 | $ 85,076 | $ 88,449 | $ 91,833 | $ 95,206 | $ 98,587 | $ 101,950 | $ 109,014 | $ 118,375 | $ 119,514 | $ 121,412 | $ 124,068 |

# FY 2017-2018 ET 15 Salary Schedule

### FY 2018 ET 15 Salary Schedule - (10 Month) - CIIU: MAA, SCV: "S"  —  Adjustment: 3.00%

| | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 55,209 | $ 55,398 | $ 56,535 | $ 58,621 | $ 60,689 | $ 62,771 | $ 65,416 | $ 68,039 | $ 70,683 | $ 73,303 | $ 75,938 | $ 81,214 | $ 87,543 | N/A | N/A | N/A |
| Bachelors + 15 | $ 57,048 | $ 57,951 | $ 59,141 | $ 61,216 | $ 63,294 | $ 65,377 | $ 68,017 | $ 70,653 | $ 73,285 | $ 75,926 | $ 78,546 | $ 83,833 | 92,780 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 58,889 | $ 60,246 | $ 62,878 | $ 65,512 | $ 68,140 | $ 70,783 | $ 74,054 | $ 77,310 | $ 80,589 | $ 83,846 | $ 87,126 | $ 93,656 | $ 102,156 | $ 103,328 | $ 105,283 | $ 108,019 |
| Masters + 30 | $ 60,730 | $ 62,878 | $ 65,512 | $ 68,140 | $ 70,783 | $ 73,417 | $ 76,678 | $ 79,954 | $ 83,218 | $ 86,477 | $ 89,739 | $ 96,287 | $ 104,842 | $ 106,013 | $ 107,968 | $ 110,705 |
| Masters + 60/PhD | $ 64,409 | $ 65,512 | $ 68,140 | $ 70,783 | $ 73,417 | $ 76,052 | $ 79,317 | $ 82,591 | $ 85,853 | $ 89,123 | $ 92,376 | $ 99,207 | $ 108,262 | $ 109,434 | $ 111,389 | $ 114,126 |

### FY 2018 ET 15 Salary Schedule - (11 Month) - CIIU: MAA, SVC: "R"  —  Adjustment: 3.00%

| | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 60,730 | $ 60,938 | $ 62,189 | $ 64,483 | $ 66,758 | $ 69,048 | $ 71,958 | $ 74,844 | $ 77,752 | $ 80,635 | $ 83,532 | $ 89,336 | 96,298 | N/A | N/A | N/A |
| Bachelors + 15 | $ 62,753 | $ 63,746 | $ 65,055 | $ 67,337 | $ 69,623 | $ 71,915 | $ 74,819 | $ 77,719 | $ 80,614 | $ 83,518 | $ 86,401 | $ 92,216 | $ 102,059 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 64,779 | $ 66,271 | $ 69,166 | $ 72,064 | $ 74,954 | $ 77,860 | $ 81,459 | $ 85,040 | $ 88,648 | $ 92,231 | $ 95,839 | $ 103,022 | $ 112,371 | $ 113,661 | $ 115,811 | $ 118,821 |
| Masters + 30 | $ 66,802 | $ 69,166 | $ 72,064 | $ 74,954 | $ 77,860 | $ 80,759 | $ 84,345 | $ 87,950 | $ 91,540 | $ 95,125 | $ 98,713 | $ 105,915 | $ 115,325 | $ 116,615 | $ 118,765 | $ 121,775 |
| Masters + 60/PhD | $ 70,850 | $ 72,064 | $ 74,954 | $ 77,860 | $ 80,759 | $ 83,656 | $ 87,249 | $ 90,850 | $ 94,438 | $ 98,035 | $ 101,614 | $ 109,127 | $ 119,087 | $ 120,378 | $ 122,528 | $ 125,538 |

### FY 2018 ET 15 Salary Schedule - (12 Month) - CBA: MAA, SVC: "Q"  —  Adjustment: 3.00%

| | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 65,427 | $ 65,627 | $ 66,840 | $ 69,059 | $ 71,263 | $ 73,481 | $ 76,297 | $ 79,091 | $ 81,905 | $ 84,697 | $ 87,503 | $ 93,122 | 99,863 | N/A | N/A | N/A |
| Bachelors + 15 | $ 67,387 | $ 68,347 | $ 69,615 | $ 71,824 | $ 74,037 | $ 76,257 | $ 79,067 | $ 81,874 | $ 84,678 | $ 87,490 | $ 90,281 | $ 95,911 | 105,440 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 69,344 | $ 70,781 | $ 73,595 | $ 76,400 | $ 79,198 | $ 82,012 | $ 85,477 | $ 88,963 | $ 92,457 | $ 95,926 | $ 98,504 | $ 106,372 | $ 115,424 | $ 116,597 | $ 118,552 | $ 121,288 |
| Masters + 30 | $ 71,307 | $ 73,595 | $ 76,400 | $ 79,198 | $ 82,012 | $ 84,818 | $ 88,290 | $ 91,780 | $ 95,259 | $ 98,727 | $ 102,200 | $ 109,175 | $ 118,286 | $ 119,458 | $ 121,413 | $ 124,150 |
| Masters + 60/PhD | $ 75,224 | $ 76,400 | $ 79,198 | $ 82,012 | $ 84,818 | $ 87,628 | $ 91,102 | $ 94,588 | $ 98,062 | $ 101,544 | $ 105,009 | $ 112,284 | $ 121,926 | $ 123,099 | $ 125,054 | $ 127,790 |

# FY 2018-2019 ET 15 Salary Schedule

### FY 2019 ET 15 Salary Schedule - (10 Month) - CBU: MAA, SCV: "S"  —  Adjustment: 2.00%

| | | | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 56,313 | $ 56,506 | $ 57,665 | $ 59,794 | $ 61,903 | $ 64,027 | $ 66,724 | $ 69,400 | $ 72,097 | $ 74,769 | $ 77,457 | $ 82,838 | $ 89,294 | N/A | N/A | N/A |
| Bachelors + 15 | $ 58,189 | $ 59,110 | $ 60,324 | $ 62,440 | $ 64,560 | $ 66,685 | $ 69,377 | $ 72,066 | $ 74,751 | $ 77,444 | $ 80,117 | $ 85,510 | $ 94,635 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 60,067 | $ 61,451 | $ 64,136 | $ 66,823 | $ 69,503 | $ 72,198 | $ 75,535 | $ 78,856 | $ 82,200 | $ 85,523 | $ 88,869 | $ 95,529 | $ 104,199 | $ 105,395 | $ 107,389 | $ 110,179 |
| Masters + 30 | $ 61,944 | $ 64,136 | $ 66,823 | $ 69,503 | $ 72,198 | $ 74,885 | $ 78,211 | $ 81,553 | $ 84,883 | $ 88,206 | $ 91,533 | $ 98,213 | $ 106,938 | $ 108,134 | $ 110,128 | $ 112,919 |
| Masters + 60/PhD | $ 65,697 | $ 66,823 | $ 69,503 | $ 72,198 | $ 74,885 | $ 77,573 | $ 80,903 | $ 84,242 | $ 87,571 | $ 90,905 | $ 94,224 | $ 101,191 | $ 110,427 | $ 111,622 | $ 113,617 | $ 116,408 |

### FY 2019 ET 15 Salary Schedule - (11 Month) - CBU: MAA, SVC: "R"  —  Adjustment: 2.00%

| | | | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step B | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 61,944 | $ 62,157 | $ 63,432 | $ 65,773 | $ 68,093 | $ 70,429 | $ 73,397 | $ 76,341 | $ 79,307 | $ 82,247 | $ 85,203 | $ 91,123 | $ 98,224 | N/A | N/A | N/A |
| Bachelors + 15 | $ 64,008 | $ 65,021 | $ 66,356 | $ 68,683 | $ 71,015 | $ 73,353 | $ 76,315 | $ 79,273 | $ 82,227 | $ 85,189 | $ 88,129 | $ 94,061 | $ 104,100 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 66,074 | $ 67,596 | $ 70,550 | $ 73,505 | $ 76,453 | $ 79,417 | $ 83,089 | $ 86,741 | $ 90,421 | $ 94,076 | $ 97,756 | $ 105,082 | $ 114,618 | $ 115,934 | $ 118,127 | $ 121,197 |
| Masters + 30 | $ 68,138 | $ 70,550 | $ 73,505 | $ 76,453 | $ 79,417 | $ 82,374 | $ 86,032 | $ 89,709 | $ 93,371 | $ 97,027 | $ 100,687 | $ 108,033 | $ 117,632 | $ 118,947 | $ 121,140 | $ 124,211 |
| Masters + 60/PhD | $ 72,267 | $ 73,505 | $ 76,453 | $ 79,417 | $ 82,374 | $ 85,330 | $ 88,994 | $ 92,667 | $ 96,327 | $ 99,996 | $ 103,646 | $ 111,310 | $ 121,469 | $ 122,786 | $ 124,979 | $ 128,049 |

### FY 2019 ET 15 Salary Schedule - (12 Month) - CBA: MAA, SVC: "Q"  —  Adjustment: 2.00%

| | | | | | | | | | | | | | | | | | Longevity Placements | | |
| | | | | | | | | | | | | | | | | | 1 | 2 | 2 |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 | Step 11 | Step 12-15 | Step 16 | 17-18 Yrs Service | 19-20 Yrs Service | 21+ Yrs Service |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bachelors | $ 66,735 | $ 66,940 | $ 68,176 | $ 70,440 | $ 72,688 | $ 74,951 | $ 77,823 | $ 80,673 | $ 83,543 | $ 86,391 | $ 89,253 | $ 94,984 | $ 101,860 | N/A | N/A | N/A |
| Bachelors + 15 | $ 68,735 | $ 69,714 | $ 71,007 | $ 73,260 | $ 75,518 | $ 77,782 | $ 80,649 | $ 83,511 | $ 86,372 | $ 89,240 | $ 92,086 | $ 97,829 | $ 107,549 | N/A | N/A | N/A |
| Bachelors + 30/Masters | $ 70,731 | $ 72,196 | $ 75,067 | $ 77,928 | $ 80,782 | $ 83,652 | $ 87,187 | $ 90,742 | $ 94,307 | $ 97,844 | $ 100,474 | $ 108,500 | $ 117,732 | $ 118,929 | $ 120,923 | $ 123,713 |
| Masters + 30 | $ 72,733 | $ 75,067 | $ 77,928 | $ 80,782 | $ 83,652 | $ 86,514 | $ 90,056 | $ 93,616 | $ 97,164 | $ 100,702 | $ 104,244 | $ 111,358 | $ 120,652 | $ 121,847 | $ 123,841 | $ 126,633 |
| Masters + 60/PhD | $ 76,728 | $ 77,928 | $ 80,782 | $ 83,652 | $ 86,514 | $ 89,381 | $ 92,924 | $ 96,480 | $ 100,023 | $ 103,575 | $ 107,109 | $ 114,530 | $ 124,365 | $ 125,561 | $ 127,555 | $ 130,346 |

# FY 2017 - 2019 EG 09 Salary Schedule

**FY 2017 EG 09 Salary Schedule - CBU: MAB, SVC: "A01"**  Adjustment: 4.00%

| | | | | | | | | | | Longevity Placements | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1 | 2 | 2 |
| | | | | | | | | | | 17-18 Yrs Service BA/BS+30 & Above | 19-20 Yrs Service BA/BS+30 & Above | 21+ Yrs Service BA/BS+30 & Above |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10-16 | | |
| Bachelors | $ 58,719 | $ 60,684 | $ 62,648 | $ 64,612 | $ 66,577 | $ 68,540 | $ 70,505 | $ 72,469 | $ 74,433 | $ 76,398 | $ 77,537 | $ 79,435 | $ 82,091 |

**FY 2018 EG 09 Salary Schedule - CBU: MAB, SVC: "A01"**  Adjustment: 3.00%

| | | | | | | | | | | Longevity Placements | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1 | 2 | 2 |
| | | | | | | | | | | 17-18 Yrs Service BA/BS+30 & Above | 19-20 Yrs Service BA/BS+30 & Above | 21+ Yrs Service BA/BS+30 & Above |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10-16 | | |
| Bachelors | $ 60,481 | $ 62,505 | $ 64,527 | $ 66,550 | $ 68,574 | $ 70,596 | $ 72,620 | $ 74,643 | $ 76,666 | $ 78,690 | $ 79,863 | $ 81,818 | $ 84,554 |

**FY 2019 EG 09 Salary Schedule - CBU: MAB, SVC: "A01"**  Adjustment: 2.00%

| | | | | | | | | | | Longevity Placements | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1 | 2 | 2 |
| | | | | | | | | | | 17-18 Yrs Service BA/BS+30 & Above | 19-20 Yrs Service BA/BS+30 & Above | 21+ Yrs Service BA/BS+30 & Above |
| Education Level | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10-16 | | |
| Bachelors | $ 61,690 | $ 63,755 | $ 65,818 | $ 67,881 | $ 69,946 | $ 72,008 | $ 74,073 | $ 76,136 | $ 78,199 | $ 80,264 | $ 81,460 | $ 83,454 | $ 86,245 |

116



**The Washington Teachers' Union**
1239 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
202.517.1477
www.wtulocal6.org

6. When libraries are established, the standards of the American Library Association shall be considered.

7. Continuous access to the library collections and flexible scheduling shall be components of the library media center. Flexible scheduling for the use of the library shall be developed and implemented when it is deemed appropriate for the instructional program of the school by the supervisor after consultation with the librarian-media specialist.

8. School librarians shall arrange cooperative meetings and/or conferences with faculty members during the employee's work day. These meetings and/or conferences shall be to discuss issues, books, materials and other business pertinent to the professional librarian's and faculty member's mission of providing the highest quality of education to DCPS students. The goal of Section A is to implement the most efficient and effective use of-the library as a learning and resource center.

9. Librarians are integral members of the teaching function in the DCPS. Librarians shall, in addition to the traditional functions, collaborate in the selection of all learning resources, work with teachers in the planning and/or implementation of curriculum, and offer instruction to both teachers and students in the use of library and media center resources and equipment, as well as reading, listening and viewing skills.

B. Counselors

1. As funds are specifically allocated, clerical assistance shall be provided for all counselors.

2. Counselors' duties shall be related solely to the guidance program, except as otherwise provided in this Agreement.

3. Suitable space as permitted by the existing physical plant shall be provided for counselors to carry out their programs. In a building which has a suite designed for a counselor, the counselor shall be assigned to that area.

4. In all schools, the Board, within budget limitations, will work toward providing one counselor for every three hundred (300) students or major fraction thereof.

5. Counselors shall be provided with a telephone in the counselor suite/area and, where possible, a direct line.

6.    The confidentiality of the work of the counselor is recognized with the understanding that student records are to be made available upon request by the supervisor.

61

420 Lexington Avenue, Suite 300, New York, NY 10017 | (212) 209-1005

Attorney Website by Omnizant

Case 1:25-cv-01718-AHA    Document 1-9    Filed 03/30/25    Page 22 of 23

# District of Columbia
# Court of Appeals

## REDACTION CERTIFICATE DISCLOSURE
## FORM

Pursuant to Administrative Order No. M-274-21 (amended June 17, 2024), this certificate must be filed in all cases with all briefs and motions submitted in all cases designated with a "CV" docketing number, to include Civil I, Collections, Contracts, General Civil, Landlord and Tenant, Liens, Malpractice, Merit Personnel, Other Civil, Property, Real Property, Torts and Vehicle Cases. This form only needs to be filed once and should be filed under "Redaction Certification Form" on Ctrack.

If you are incarcerated, are not represented by an attorney (also called being "pro se"), and not able to redact your brief or motion, please initial the box below at "No. 7" to certify you are unable to file a redacted brief or motion. Once Box "No. 7" is checked, you do not need a file a separate motion to request leave to file an unredacted brief.

I _____ certify [as the attorney for my client, or on behalf of OAG/PDS/USAO/other institutional litigant] that [I/institutional litigant] will review the guidelines outlined in Administrative Order No. M-274-21, amended June 17, 2024, and Super. Ct. Civ. R. 5.2, and I, or any later assigned attorney, will be sure the following information will be redacted from any subsequent briefs and motions filed in this case:

1. All information listed in Super. Ct. Civ. R. 5.2(a); including:

   - An individual's social-security number
   - Taxpayer-identification number
   - Driver's license or non-driver's' license identification card number
   - Birth date
   - The name of an individual known to be a minor
   - Financial account numbers, except that a party or nonparty making the filing may include the following:

     (1) the acronym "SS#" where the individual's social-security number would have been included;
     (2) the acronym "TID#" where the individual's taxpayer-

identification number would have been included;

(3) the acronym "DL#" or "NDL#" where the individual's driver's license or non-driver's license identification card number would have been included;

(4) the year of the individual's birth;

(5) the minor's initials; and

(6) the last four digits of the financial-account number.

2. Any information revealing the identity of an individual receiving mental-health services.

3. Any information revealing the identity of an individual receiving or under evaluation for substance-use-disorder services.

4. Information about protection orders, restraining orders, and injunctions that "would be likely to publicly reveal the identity or location of the protected party," 18 U.S.C. § 2265(d)(3) (prohibiting public disclosure on the internet of such information); *see also* 18 U.S.C. § 2266(5) (defining "protection order" to include, among other things, civil and criminal orders for the purpose of preventing violent or threatening acts, harassment, sexual violence, contact, communication, or proximity) (both provisions attached).

5. Any names of victims of sexual offenses except the brief may use initials when referring to victims of sexual offenses.

6. Any other information required by law to be kept confidential or protected from public disclosure.

7. **I certify that I am incarcerated, I am not represented by an attorney (also called being "pro se"), and I am not able to redact any filings. This form will be independently filed as record of this notice and the filing will be unavailable for viewing through online public access**

Initial here

Signature

Name: Joanne Taylor-Cotten

Email Address: joannetaylor3401.com

Case Number(s): No. 24-CV-0441

Date: May 30, 2024

# Certificate of Service

I certify that the attached opposition was delivered by United States Mail on this day

May 31, 2025

Postage prepaid to

District of Columbia Government

Office of the Attorney General

Brian L Schwalb .

Attorney General

400 6th street N.W. Suite 8100

Washington D.C 20020

Mayor Muriel Bowser
1350 Pennsylvania Av NW #404
Washington DC 20004

Joanne Taylor-Cotten

12405 Gable Lane

Fort Washington Md 20744

202 550-6702