5--10 Zov.e

Exhibit 1



# Washington Teachers' Union

June 3, 2015

**Electronic Delivery**
Erin K. Pitts
Director, Labor Management & Employee Relations
District of Columbia Public Schools
1200 First Street, NE
Washington, DC 20002 .

Dear Ms. Pitts:

The Washington Teachers' Union hereby invokes this Step 2 grievance in accordance with Article 6 of the grievance and arbitration procedures as outlined in the Collective Bargaining Agreement dated October 1, 2007-September 30, 2012 and continuing in effect through the 2013-2014 school year (and on a continuing basis until a successor Agreement has been negotiated); between the Washington Teachers' Union and the District of Columbia Public Schools. This grievance is filed on behalf of Joanne Taylor-Cotten who is assigned to Ballou HS.

The grievance pertains to the unjust excessing of Ms. Cotten from Ballou HSI effective at the close of the 2014/2015 school year. Additionally, Ms. Cotten was recently restored to DCPS as the result of an OEA decision that has not been fully complied with.

The Washington Teachers' Union files this grievance under Article 4 and such other pertinent contract articles, policies, rules, and regulations. It is requested that the position to which Ms. Cotten is currently assigned be restored for the upcoming 2015/2016 school year. In other words, Ms. Cotten and the Washington Teachers' Union request that she be made whole.

Please contact me at cmoore@wtuloca16.net to arrange a mutually agreeable date and time for the grievance hearing.

Sincerely,

Charles R. Moore
Field Services

cc: