**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOANNE TAYLOR COTTEN, <br><br> *Plaintiff*, <br><br> v. <br><br> DISTRICT OF COLUMBIA GOVERNMENT, <br><br> *Defendant*. | Civil Action No. 25-01718 (AHA) |

## <u>Order</u>

For the reasons stated in the accompanying memorandum opinion, Defendant's motion to dismiss, ECF No. 7, is granted and this action is dismissed without prejudice. The Clerk of Court is directed to close the case.

 

_____

AMIR H. ALI
United States District Judge

Date:   May 5, 2026